AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

Ct 1: 18 USC 2252A(a)(2)-
Distribution of Child Porn; Cts 2 &
3: 18 USC 2252A(a)(5)-
Possession of Child Porn; Ct 4: 18
USC 2253-Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Ct 1: 5 to 20 yrs imprisonment
Cts 2 & 3: max 10 yrs imprisonment
Cts 1-3: max $250K fine; 5 to life supervised release; $100
mandatory special assess.; sex offender registration

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)

Federal Bureau of Investigation, SA Lydia Durben

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   MERRY JEAN CHAN

---- 

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.
▶ ERIC MICHAEL BORGERSON

DISTRICT COURT NUMBER
CR 07 0472 MJJ

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year _____
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
CRIMINAL DIVISION
VENUE: OAKLAND

# CR 07 0472

UNITED STATES OF AMERICA,

v.

ERIC MICHAEL BORGERSON,

**MJJ**

FILED

JUL 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT.

## INDICTMENT

18 U.S.C. § 2252A(a)(2) - Distribution of Child Pornography;
18 U.S.C. § 2252A(a)(5)(B) - Possession of Child Pornography (2 counts);
18 U.S.C. § 2253 - Criminal Forfeiture



A true bill.

_____ Foreman

Filed in open court this 19th day of July, 2007

_____ Clerk

Bail, $ _____ 30,000.

7/19/07

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

**FILED**

JUL 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07 0472 MJJ |
| Plaintiff, ) | |
| ) | VIOLATIONS: 18 U.S.C. § 2252A(a)(2) - Distribution of Child Pornography; 18 U.S.C. § 2252A(a)(5)(B) - Possession of Child Pornography (2 counts); 18 U.S.C. § 2253 - Criminal Forfeiture |
| v. ) | |
| ) | |
| ERIC MICHAEL BORGERSON, ) | |
| ) | |
| Defendant. ) | |
| ) | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE : (18 U.S.C. § 2252A(a)(2) - Distribution of Child Pornography)

1.      On or about October 27, 2006, in the Northern District of California, the defendant

ERIC MICHAEL BORGERSON,

did knowingly distribute child pornography, namely a computerized movie file depicting a male engaging in oral-genital sexual intercourse with a minor male, that had been mailed, shipped, and transported in interstate and foreign commerce and which contained materials which had been

INDICTMENT                                       1

Document No.

District Court
Criminal Case Processing

1 mailed, shipped, and so transported, by any means, including a computer, knowing that the
2 computerized movie file depicted a person under the age of eighteen engaging in sexually
3 explicit conduct, and knowing that the production of such visual depiction involved a person
4 under the age of eighteen engaging in sexually explicit conduct, in violation of Title 18, United
5 States Code, Section 2252(a)(2).

7 COUNT TWO : (18 U.S.C. § 2252A(a)(5)(B) - Possession of Child Pornography)

9 2.    On or about October 27, 2006, in the Northern District of California, the defendant
10                              ERIC MICHAEL BORGERSON,
11 did knowingly possess computer disks and a computer hard drive containing images of child
12 pornography that had been mailed, shipped and transported in interstate commerce, in violation
13 of Title 18, United States Code, Section 2252A(a)(5)(B).

15 COUNT THREE: (18 U.S.C. § 2252A(a)(5)(B) - Possession of Child Pornography)

17 3.    On or about October 30, 2006, in the Northern District of California, the defendant
18                              ERIC MICHAEL BORGERSON,
19 did knowingly possess computer disks containing images of child pornography that had been
20 mailed, shipped and transported in interstate commerce, in violation of Title 18, United States
21 Code, Section 2252A(a)(5)(B).

23 //

25 //

27 //

INDICTMENT                                    2

COUNT FOUR: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

4. The allegations of Counts One through Three of this Indictment are realleged and incorporated herein.

5. Upon conviction of the offenses alleged in Counts One, Two, and Three, or any of them, the defendant,

ERIC MICHAEL BORGERSON,

shall forfeit to the United States any images of child pornography, as well as any property, real or personal, used to commit such offenses.

DATED:

July 19, 2007

A TRUE BILL.

FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

STEPHEN G. CORRIGAN
Acting Chief, Oakland Branch

(Approved as to form: _____
AUSA M.J. CHAN

INDICTMENT                            3