```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    W. DOUGLAS SPRAGUE (CABN 202121)
 3  Acting Chief, Criminal Division

 4  MERRY JEAN CHAN (CASBN 229254)
    Assistant United States Attorney
 5
      450 Golden Gate Ave., 11th Floor
 6    San Francisco, California 94102612
      Telephone: (415) 436-6150
 7    Facsimile:  (415) 436-6470
      Email: merry.chan@usdoj.gov
 8
    Attorneys for the United States
 9
```

FILED

JUL 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**CR 07 0472**

| IN THE MATTER OF THE UNITED STATES OF AMERICA V. ERIC MICHAEL BORGERSON, CRIMINAL CASE NUMBER: | ) ) ) ) ) ) | APPLICATION TO SEAL  MJJ |
|---|---|---|

The United States hereby moves to seal this Application and Order, the Indictment against Eric Michael BORGERSON, and the Warrant for Arrest of Eric Michael BORGERSON in connection with the above-captioned matter. Because Mr. BORGERSON was an employee of U.C. Berkeley at the time of the charge child pornography charges, his case may be of interest to the media. Mr. BORGERSON faces heavy penalties if convicted of the charged offenses, including a mandatory minimum sentence of five years' imprisonment. Mr. BORGERSON also

//
//
//
//
//
//

SEALING APPLICATION

Document No.
District Court
Criminal Case Processing

has a history of substance abuse. FBI Special Agent Lydia Durben does not anticipate effecting service of the warrant for arrest of Mr. BORGERSON until next week. The government is concerned that Mr. BORGERSON may take steps to avoid service or endanger himself, his community, and law enforcement officers if he becomes aware of the pending charges.

DATED: July 18, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

*[signature]*

MERRY JEAN CHAN
Assistant United States Attorney

SEALING APPLICATION

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                          OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE UNITED STATES OF AMERICA V. ERIC MICHAEL BORGERSON, CRIMINAL CASE NUMBER: | No. CR<br><br>[~~PROPOSED~~] ORDER |

## ORDER

Upon Application of the United States of America and good cause having been shown, the Court HEREBY ORDERS that the this Application and Order, the Indictment against Eric Michael BORGERSON, the Warrant for Arrest of Eric Michael BORGERSON, the government's motion to seal, as well as this Order are ordered sealed until further order of the Court. The Clerk of the Court shall provide an endorsed copy of each document to the government.

IT IS SO ORDERED.

DATED: July 19, 2007

_____
MARILYN HALL PATEL
United States District Judge