SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MERRY JEAN CHAN (CABN 229254)
Assistant United States Attorney

450 Golden Gate Ave., 11th Floor
San Francisco, California 94102612
Telephone: (415) 436-6150
Facsimile:  (415) 436-6470
Email: merry.chan@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC MICHAEL BORGERSON, ) <br> ) <br> Defendant. ) <br> ) | No. CR 07-0472 MJJ <br><br> STIPULATION CONTINUING INITIAL APPEARANCE UNTIL SEPTEMBER 6, 2007 AT 2:00 P.M. IN SAN FRANCISCO, AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. §§ 3161(h)(8) from JULY 7, 2007 to SEPTEMBER 6, 2007 |

STIPULATION

1. On July 20, 2007, a federal grand jury returned an indictment against defendant Eric M. Borgerson.

2. On July 23, 2007, Mr. Borgerson appeared before Magistrate Judge Wayne D. Brazil, in Oakland, for arraignment.  On July 26, 2007, Mr. Borgerson was released on a $200,000 bond.  Initial appearance before District Judge Martin J. Jenkins was scheduled for September 6, 2007, at 2:00 p.m., in San Francisco, based on Mr. Borgerson's counsel's request for time to review discovery, and based on Judge Jenkins' unavailability.  At that time, Mr. Borgerson was represented by retained counsel William Goodman and Lyn Agre.

3. On July 27, 2007 and August 7, 2007, undersigned government counsel produced a total of 243 pages and disks of discovery, and made other evidence containing child pornography available for inspection.

4. On August 15, 2007, Assistant Federal Public Defender Hilary Fox substituted in as counsel for Mr. Borgerson in a proceeding before Magistrate Judge Joseph C. Spero in San Francisco. At that time, Mr. Goodman indicated that his law offices would send all discovery materials to Ms. Fox. Ms. Fox requires at least until September 6, 2007 to review these materials, in part because of her unavailability due to pre-scheduled vacation.

5. Ms. Fox has explained to Mr. Borgerson his right to a speedy trial, and he agrees that this exclusion of time is warranted.

6. The parties agree that the time between July 23, 2007 and September 6, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8), as a delay necessary to give defendant continuity of counsel and to give defense counsel reasonable time for effective preparation, taking into account the exercise of due diligence, so that defense counsel may review provided discovery and make arrangements to review discovery containing child pornography, and that the furtherance of the ends of justice which this delay effects outweighs the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

DATED: August 24, 2007                /s/
                                      MERRY JEAN CHAN
                                      Assistant United States Attorney


DATED: August 24, 2007                /s/
                                      HILARY FOX
                                      Attorney for Eric Borgerson