1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0472 MJJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER EXCLUDING |
| v. | ) | TIME UNDER THE SPEEDY TRIAL ACT, |
| | ) | 18 U.S.C. § 3161(h)(8) from JULY 7, 2007 |
| ERIC MICHAEL BORGERSON, | ) | to SEPTEMBER 6, 2007 |
| | ) | |
| Defendant. | ) | |

ORDER

1. On July 20, 2007, a federal grand jury returned an indictment against defendant Eric M. Borgerson.

2. On July 23, 2007, Mr. Borgerson appeared before this Court for arraignment and was released on a $200,000 bond. This Court scheduled Mr. Borgerson's initial appearance before District Judge Martin J. Jenkins for September 6, 2007, at 2:00 p.m., in San Francisco, based on Mr. Borgerson's counsel's request for time to review discovery, and based on Judge Jenkins' unavailability.

3. The Government has indicated that it has provided defense counsel with a total of 243 pages and disks of discovery, and made other evidence containing child pornography available for inspection.

4. On August 15, 2007, Assistant Federal Public Defender Hilary Fox substituted in as counsel for Mr. Borgerson in a proceeding before Magistrate Judge Joseph C. Spero in San Francisco.

5. Mr. Borgerson's attorney has explained to him his right to a speedy trial, and he agrees that the requested exclusion of time is warranted.

6. Based on this record, this Court finds that the time between July 23, 2007 and September 6, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8), as a delay necessary to give defendant continuity of counsel and to give defense counsel reasonable time for effective preparation, taking into account the exercise of due diligence, so that defense counsel may review provided discovery and make arrangements to review discovery containing child pornography, and that the furtherance of the ends of justice which this delay effects outweighs the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED:_____          _____
                                      HON. WAYNE D. BRAZIL
                                      United States Magistrate Judge