UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**THE HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Edward Butler**

Date: **September 6, 2007**          []          Court Reporter: **Sahar McVickar**

Case No:     **CR07-00472 MJJ**

DEFENDANT: **USA v. ERIC MICHAEL BORGERSON**     (**x**) Present     () Not Present     () In Custody

AUSA:     **Merry Jean Chan**          DEF ATTY:     **Hilary Fox**

Interpreter:          Probation Officer:     **Lyn Agre**

TYPE FOR HEARING:     **Status/Trial Setting**

Motion(s), if any, to be filed on or before:
Opposition due:
Reply(s)

ORDER AFTER HEARING(S):
- **The parties stipulate to excluding time from 09/06/07 to 10/17/07 for effective preparation of counsel. The request for a change in bond conditions should be heard by Magistrate Judge Brazil.**

PRETRIAL CONFERENCE:
TRIAL SET for:

CASE CONTINUED TO:     **10/17/07 at 1:30 p.m.**          for     **Status/Trial Setting**

BASIS TO EXCLUDE TIME GRANTED FOR:     **09/06/07**     Thru     **10/17/07**

JUDGMENT:

Notes: