SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MERRY JEAN CHAN (CABN 229254)
Assistant United States Attorney

    450 Golden Gate Ave., 11th Floor
    San Francisco, California 94102612
    Telephone: (415) 436-6150
    Facsimile:  (415) 436-6470
    Email: merry.chan@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>ERIC MICHAEL BORGERSON,<br>    Defendant. | No. CR 07-0472 MJJ<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161(h)(8) from JULY 7, 2007 to SEPTEMBER 6, 2007 |

ORDER

1. On July 20, 2007, a federal grand jury returned an indictment against defendant Eric M. Borgerson.

2. On July 23, 2007, Mr. Borgerson appeared before this Court for arraignment and was released on a $200,000 bond.  This Court scheduled Mr. Borgerson's initial appearance before District Judge Martin J. Jenkins for September 6, 2007, at 2:00 p.m., in San Francisco, based on Mr. Borgerson's counsel's request for time to review discovery, and based on Judge Jenkins' unavailability.

3. The Government has indicated that it has provided defense counsel with a total of 243 pages and disks of discovery, and made other evidence containing child pornography available for inspection.

4. On August 15, 2007, Assistant Federal Public Defender Hilary Fox substituted in as counsel for Mr. Borgerson in a proceeding before Magistrate Judge Joseph C. Spero in San Francisco.

5. Based on this record, this Court finds that the time between July 23, 2007 and September 6, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8), as a delay necessary to give defendant continuity of counsel and to give defense counsel reasonable time for effective preparation, taking into account the exercise of due diligence, so that defense counsel may review provided discovery and make arrangements to review discovery containing child pornography, and that the furtherance of the ends of justice which this delay effects outweighs the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 8/21/07

HON. WAYNE D. BRAZIL
United States Magistrate Judge