**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

October 4, 2007

The Hon. Wayne D. Brazil
U.S. Magistrate Judge
Northern District of California
1301 Clay Street
Oakland, CA 94612

    Re:    *United States v. Eric Borgerson,* CR 07-0472-MJJ
           Request to add matter to calendar on Friday, October 5, 2007

Your Honor:

    I am writing to request that Mr. Borgerson's case be added to the Court's calendar on Friday, October 5, 2007, at 10:00 a.m. to address his conditions of release. Specifically, we intend to request that the Court modify the condition which has precluded Mr. Borgerson from making use of any computer for any purpose. Mr. Borgerson will request permission to access a computer for the following purposes.

1. <u>Word Processing</u>: Mr. Borgerson requests permission to use a laptop computer equipped with Microsoft Word and a floppy disc drive or jump drive (or other means by which to transfer documents) so that he may perform work on the cases in which he is currently representing his partner, Gene, as well as for pay on a contract or other basis with a firm, if he is able to resume work for his previous employer.

2. <u>Library Resources</u>: Mr. Borgerson requests permission to use the computerized catalogues at the public law library. He has determined that law libraries such as the Alameda County Law Library no longer carry current hard copy volumes of Shepard's Citations. Instead, current Shepard's are only available on CD Rom or on hard drives on the library computer. He needs to access these resources to complete several opposition briefs that he is due to file in pending cases on behalf of his partner.

3. <u>Legal Research Internet Sites</u>: Mr. Borgerson requests permission to access law-related internet sites such as Westlaw, the California Code and U.S. Code on-line, Findlaw.com, the California and Federal Codes of Regulations on-line, and the websites of state and federal regulatory agencies. He needs to use these resources for the pending work he has, and so that he can resume work on a contract basis with his former employer.

The Hon. W.D. Brazil
October 4, 2007
Page 2


      With regards to the computer he would use, Mr. Borgerson's aunt is in possession of a laptop that would be available for his use, should the Court so allow. The Pretrial Services Agency has indicated that they have a monitoring software which could be installed on Mr. Borgerson's computer that would enable them to monitor his computer use and confirm that he is using the computer for work-related purposes only and is not accessing any inappropriate materials. Both Mr. Borgerson and his one "client," (i.e., his partner, Gene) are willing to have the monitoring software installed and willing to permit Pretrial Services full access to monitor and review all of his computer usage.

      We have contacted the government and Pretrial Services and they are aware of this request and of the pending court appearance. We understand that the government will oppose this request; we do not believe Pretrial Services opposes this request.

      We appreciate the Court's consideration of this matter.

                                   Respectfully yours,

                                   BARRY J. PORTMAN
                                   Federal Public Defender

                                     /S/

                                   HILARY FOX
                                   Assistant Federal Public Defender

cc:    Merry Jean Chen AUSA (SF)
       Richard Sarlatte, U.S. Pretrial Services Agency (SF)