**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

October 5, 2007

The Hon. Wayne D. Brazil
U.S. Magistrate Judge
Northern District of California
1301 Clay Street
Oakland, CA 94612

    Re:    *United States v. Eric Borgerson,* CR 07-0472-MJJ
            Request to add matter to calendar on Wednesday, October 10, 2007

Your Honor:

    I am writing to request that Mr. Borgerson's case be added to the Court's calendar on Wednesday, October 10, 2007, at 10:00 a.m. We had previously requested that the matter be added to the Court's calendar for Friday, October 5, for the reasons set forth in our letter of October 4; due to the Court's unavailability, we are now requesting instead that the matter be added to the calendar on Wednesday, October 10, 2007, at 10:00 a.m., to address Mr. Borgerson's conditions of release.

    We have contacted the government and Pretrial Services and they are aware of this request and will be available for the court appearance on that date.

                              Respectfully yours,

                              BARRY J. PORTMAN
                            Federal Public Defender

                              /S/

                              HILARY FOX
                            Assistant Federal Public Defender

cc:    Merry Jean Chen AUSA (SF)
       Richard Sarlatte, U.S. Pretrial Services Agency (SF)