| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | HILARY A. FOX |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Ste. 650 |
| | Oakland, California 94607-3627 |
| 4 | Telephone: (510) 637-3500 |
| 5 | Counsel for Defendant BORGERSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0472-MJJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER FOR CONTINUANCE AND |
| v. | ) | EXCLUSION OF TIME |
| | ) | |
| ERIC BORGERSON, | ) | Date: Oct. 17, 2007 |
| | ) | Time: 1:30 p.m. |
| Defendant. | ) | Court: Hon. Martin J. Jenkins |
| | ) | U. S. District Court |

This matter is currently on calendar for status on Wednesday, October 17, 2007 at 1:30 p.m. The parties jointly stipulate and request that the matter be continued to the new date of Friday, November 9, 2007 at 2:30 p.m. for status or setting, and further request that the time between October 17 and November 9, 2007, be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv) for the following reasons. The defendant requires additional time to review discovery that has remained in the possession of the government, and to conduct research and investigation into the pending charges. In addition, defense counsel has a scheduling conflict and will not be available on October 17.

For these reasons, the parties stipulate and agree that the ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny defendant

- 1 -

1  adequate time to prepare, taking into account the exercise of due diligence. The parties therefore
2  stipulate and agree that this period of time should be excluded under the Speedy Trial Act, 18
3  U.S.C. §3161(h)(8)(A) and (B)(iv).
4  SO STIPULATED.
5  Dated:      October 16, 2007              /S/
6                                            _____
                                             HILARY A. FOX
                                             Attorney for Defendant Borgerson
7  SO STIPULATED.
8  Dated:      October 16, 2007              /S/
9                                            _____
                                             MERRY JEAN CHAN
10                                           Assistant United States Attorney

11     I hereby attest that I have on file all holograph signatures for any signatures indicated by
   a "conformed" signature (/S/) within this e-filed document.
12

13                                    **ORDER**

14     Based on the reasons provided in the stipulation of the parties above, the Court hereby
15  FINDS that the ends of justice served by granting of the requested continuance outweigh the best
16  interests of the public and the defendant in a speedy trial, and that the failure to grant the requested
17  continuance would deny defendant the reasonable time necessary for effective preparation, taking
18  into account the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).
19     Based on these findings, IT IS HEREBY ORDERED THAT the hearing that is currently
20  scheduled for October 17, 2007, shall be continued to November 9, 2007, at 2:30 p.m. for status or
21  setting, and that the time from October 17 through November 9, 2007, shall be excluded for
22  purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).
23     IT IS SO ORDERED.

24  Dated: ___10/17___, 2007
25                                            _____
                                             MARTIN J. JENKINS
                                             United States District Judge
26

- 2 -