UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CRIMINAL PRETRIAL MINUTES</u>

<u>MARTIN JENKINS</u>
United States District  Judge

Date: ___November 9,  2007___

Case No. _CR 07-0472__MJJ_

Case Title: __USA v.   ERIC MICHAEL BORGERSON (PRESENT)_____

Attorneys:

      For the Government: __George Bevan for Merry Jean Chan__

      For the Defendant(s): __Hilary Fox__

Deputy Clerk: **_Cora Klein_**          Reporter:_Starr Wilson___
                                        Interpreter:

**PROCEEDINGS**

1) _Status_

2) _Defendant is doing forensic evaluation of the hard drive to determine if any motion will be filed._

3) _The govt seek to have control of the computers._

Case Continued to: _12/13/2007 at 2:00 PM (crtroom #11 SF)_      For Status/Set Motion
                                                            Hearing Date

**ORDERED AT THE HEARING**

time:

EXCLUDABLE DELAY : __effective preparation of counsel_____
Begin:11/9/07            End: 12/13/07