**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

November 19, 2007

The Hon. Wayne D. Brazil
U.S. Magistrate Judge
Northern District of California
1301 Clay Street
Oakland, CA 94612

      Re:    *United States v. Eric Borgerson,* CR 07-0472-MJJ
             Request to add matter to calendar on Tuesday, November 20, 2007

Your Honor:

     I am writing to request that Mr. Borgerson's case be added to the Court's calendar on Tuesday, November 20, 2007, at 10:00 a.m. to address his conditions of release. Specifically, we are seeking permission for Mr. Borgerson to travel over the Thanksgiving holiday to visit his mother in Desert Hot Springs, California (near Palm Springs). She is 82 years old and lives alone. She fell two years ago and shattered her femur, and since that incident she has very limited mobility and has relied upon a wheelchair and cane to get around. During his visit, Mr. Borgerson will be able to provide much-needed assistance to her in the way of some plumbing repairs and other minor repairs around her house. He is the only healthy sibling who lives nearby (his sister resides in Hawai'i and his brother is mentally ill.) His request would be for permission to drive down to Desert Hot Springs with his partner, Gene, on Thursday, November 22 and return to Oakland on Sunday, November 25. The two sureties on his bond (his partner, Gene, and his aunt Judy) are both aware of the requested modification and support the request.

     We have confirmed with Pretrial Services that, since his release, Mr. Borgerson has remained fully compliant with all of the conditions imposed by the Court and fully cooperative with the Pretrial Services Agency.

     It is our understanding that the government opposes Mr. Borgerson's request for permission to travel and that, because of the government's opposition, Pretrial Services's policy is similarly to oppose it. We have confirmed, however, that there is nothing about Mr. Borgerson's conduct to date while on pretrial release that would warrant denial of his request.

The Hon. W.D. Brazil
November 19, 2007
Page 2

    We appreciate the Court's consideration of this matter.

                                         Respectfully yours,

                                         BARRY J. PORTMAN
                                         Federal Public Defender

                                             /S/
                                         HILARY FOX
                                         Assistant Federal Public Defender

cc:     Merry Jean Chen AUSA (SF)
        Richard Sarlatte, U.S. Pretrial Services Agency (SF)