**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*     *(415) 436-7200*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102-3495*     *FAX:(415) 436-7234*

November 20, 2007

The Honorable Wayne D. Brazil
U.S. Magistrate Judge
Northern District of California
1301 Clay Street
Oakland, CA 94612

      Re:    *United States v. Borgerson*, CR 07-0472 MJJ
              Ex parte motion for stay of November 19, 2007 order modifying pretrial release

Dear Judge Brazil:

      I am writing to explain why I am filing an emergency stay of your order to modify defendant Eric Borgerson's pretrial release conditions to permit him to drive to Desert Hot Springs this afternoon to spend three days, including Thanksgiving.

      The defendant's motion is in blatant violation of the local rules.  Local Rule 47-2 specifically requires that all motions be noticed fourteen days in advance, in part to provide the opposing party a fair opportunity to respond.  Thanksgiving is a national holiday.  It recurs every year, and its occurrence is eminently predictable.  There was no reason why the defendant could not have complied with this standard rule in this case.  Even Local Rule 47-3, which provides for shortened notice in ex parte motions where good cause is shown, requires that a movant give the opposing party reasonable advance notice of the motion.

      The defendant did not give the United States any reasonable advanced notice of his motion.  The first time defense counsel mentioned anything about the defendant wanting to leave town for Thanksgiving was in a voice mail to me yesterday afternoon– less than 24 hours before the hearing.  As it happened, although I was in the office in the morning, I had to take sick leave in the afternoon, and did not receive the message until the hearing had already occurred and this Court had granted the requested modification.  Defense counsel made no attempt to find out whether I could make today's hearing, and gave me no opportunity to adequately prepare a colleague to handle the issue.  To the extent that defense counsel represented to this Court the government's position on its motion, it was speculative because we never discussed the matter at all.

//

//

The defendant's violation of the local rules greatly prejudices the United States. The government never had an opportunity to state the reasons for its objections on the record, or to argue for restrictions (e.g., having the visit be shorter, having him be monitored by GPS) that would have helped to ensure public safety or allay concerns about risk of flight. A federal grand jury has found probable cause to exist that this defendant distributed child pornography. The government's case is tight, and the evidence shows that the defendant encouraged another person's sexual gratification by sending him videos, that he simultaneously viewed, of young children being molested, raped, humiliated, harmed for life. Studies have shown a high correlation between such conduct with child pornography and actual contact with children. The defendant faces a five-year mandatory minimum sentence. Congress has found that individuals like Borgerson are of such concern that their detention should be presumed. *See* 18 U.S.C. § 3142(e). In this case, over the government's strenuous objections, the defendant is out on pretrial release, with generous access to the Internet, and now, leave to make a roadtrip to a vacation destination with his domestic partner as well.

The United States is therefore submitting an ex parte motion, asking this Court to immediately stay its order permitting the defendant to drive to Desert Hot Springs this evening. I notified defense counsel this morning that I would be filing this motion. Good cause for the short notice exists because the United States had no real opportunity to respond or oppose the defendant's untimely motion for modification of pretrial release conditions, the order was issued this morning at 10 a.m., and the defendant intends to depart for his vacation this evening.

Sincerely,

SCOTT N. SCHOOLS
United States Attorney

/s/

MERRY JEAN CHAN
Assistant United States Attorney

cc:  Hilary Fox, AFPD (Oak)
     Richard Sarlatte, Pretrial (SF)