| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): **29** Mins | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | | | REPORTER/FTR 2:45:25-3:01:16<br>FTR: 11/20/07 and 4:28:26-4:41:57 | | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>11/20/07 | | | NEW CASE ☐ | CASE NUMBER<br>CR-07-00472-MJJ | |

## APPEARANCES

| DEFENDANT<br>ERIC BORGERSON (by telephone) | AGE | CUST<br>No | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Hilary Fox | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>MARY JEAN CHAN (by telephone) | INTERPRETER<br>None | | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Rich Sarlatte (by telephone) | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG<br>NOT HELD | ☒ MOTION FOR STAY OF COURT'S ORDER (See below) | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT<br>NOT HELD | ☒ BOND HEARING HELD | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED NOV 20 2007**

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: Given the nature of deft's pending allegations the Court was not concerned so much about the deft's risk of flight but was very concerned about the presence of minors in his mother's house around Thanksgiving. |

### CONTINUANCE

| TO:<br>12/13/07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>2:00 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>MARTIN J. JENKINS | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The govt's atty. told Court that she had no real opportunity to respond to or state her objections on the record re: the deft's untimely request to travel to Desert Hot Springs, CA for 3 days. The deft's atty. didn't give the govt. reasonable advanced notice of the deft's request. The govt's atty. was really concerned with the public safety and deft's risk of flight. Pret. Svcs. R. Sarlatte told Court that the deft's mother said that there's a school about 2 blocks where she lives but the school is closed for Thanksgiving holiday for 1 week and her 61 yr. old son, 2 granddaughters and 2 great grandsons (youngest one is 13 yrs. old) will all come for Thanksgiving in her house. The Court ordered that the deft's request to travel over Thanksgiving holiday to visit his mother is DENIED (prev. Order granting his request VACATED). The Court said that the deft. can find some other time to visit/spend time with his mother. Govt's ex-parte motion for Stay of Court's order - moot.

DOCUMENT NUMBER:

cc: WDB's Stats, Debbie Maghoney for Monica Narcisse, Pretrial, Financial