UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CRIMINAL MINUTES

**Judge:** MARTIN J. JENKINS

**Date**: December 13, 2007

**Case No:** CR 07-00472 MJJ

**Case Title**: UNITED STATES v. ERIC MICHAEL BORGERSON (present)

**Appearances:**

    For the Government: Merry Jean Chan

    For Defendant(s): John Paul Reichmuth

**Interpreter:**                                              **Probation Officer:**

**Deputy Clerk**: Rowena B. Espinosa          **Court Reporter**: Katherine Powell

### PROCEEDINGS

1. Status - held

### SUMMARY

- The Court is inclined to give the parties a summer 2008 trial date.
- The matter is continued to **Thursday, 01/24/08 at 2:00 PM (SF) for Trial Setting**. Time is excluded until January 24, 2008 for effective preparation of counsel.