UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**THE HONORABLE MARTIN J. JENKINS**          Courtroom Clerk:   **Monica Narcisse**

Date:   **January 24, 2008    [2:15 - 2:21 pm]**          Court Reporter: **Margo Gurule**

Case No:   **CR07-00472-1 MJJ**

DEFENDANT:   **ERIC MICHAEL BORGERSON**   (**x**) Present     () Not Present    () In Custody

AUSA:   **Merry Jean Chan**          DEF ATTY:   **John Paul Reichmuth**

Interpreter:          Probation Officer:

TYPE FOR HEARING:        **Status**


Motion(s), if any, to be filed on or before: **February 29, 2008**
Opposition due:       **March 14, 2008**
Reply(s):       **March 21, 2008**


ORDER AFTER HEARING(S):
•


PRETRIAL CONFERENCE:
TRIAL SET for:

CASE CONTINUED TO:   **April 3, 2008 at 2:00 pm  (SF)**    for      **Motion to Suppress**


BASIS TO EXCLUDE TIME GRANTED FOR:  **Effective preparation**       Thru   **4/3/2008**


JUDGMENT:


Notes: