**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

ERIC MICHAEL BORGERSON,

       Defendant.

_____/

No. CR 07-00472 CW

CLERK'S NOTICE
SETTING HEARING ON
REASSIGNED CRIMINAL
CASE

    The above-captioned case having been reassigned to Judge Claudia Wilken,

    Notice is hereby given that a hearing on motions will be held on **April 2, 2008, at 2:30 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA  94612.  Motions to be filed on or before February 29, 2008; opposition due March 14, 2008, and any reply due March 21, 2008.  If no motions are filed, a trial setting hearing will be held on April 2, 2008.

Dated: 2/19/08

                           *Sheilah Cahill*
                        _____
                        SHEILAH CAHILL
                        Deputy Clerk