BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627
Tel. 510-637-3500

Counsel for Defendant BORGERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-0472-CW |
|---|---|
| Plaintiff, | ) STIPULATION FOR EXCLUSION ) OF TIME UNDER THE SPEEDY ) TRIAL ACT, 18 U.S.C. § 3161 ET ) SEQ. |
| v. | ) |
| ERIC BORGERSON, | ) |
| Defendants. | ) |

　　IT IS HEREBY STIPULATED, by and between the parties to this action, that the MOTIONS HEARING date of April 2, 2008, scheduled at 2:30 p.m., before the Honorable CLAUDIA WILKEN, be reset as a MOTIONS SETTING/TRIAL SETTING date. The February 29, 2008 motions filing date be vacated.

　　The requested re-setting is sought under The Speedy Trial Act, 18 U.S.C. §§ 3161(H)(8)(A) and (B)(iv). The reasons for this stipulation are as follows: Time has been excluded through February 29, 2008 based on the need to prepare motions. A motion would have excluded time from the Speedy Trial Clock if filed on February 29, 2008 until the time that it was resolved at

- 1 -

hearing. The parties wish to have time excluded through April 2, 2008 based on the need for additional preparation: Counsel for the defense needs additional time to investigate this case and brief the pending motion to suppress evidence. Defense counsel is in the process of retaining a computer forensics expert to examine the computer evidence seized in this case. The defense believes that the computer examination will be material to preparation of the motion. The parties will try to agree upon a reasonable accommodation allowing the forensic examination to take place at a government facility. It is very difficult to estimate the time that a forensic examination will take. Defense counsel has spoken with several computer forensics examiners in an effort to identify the expert with the most expertise in the area at issue, as well as an expert who will conduct examinations under the conditions specified in the Adam Walsh Act, namely, the requirement that the materials remain under the care, custody, and control of the government during the examination. Further, the defense will seek the issuance of pretrial subpoenas duces tecum for materials directly relevant and necessary to the litigation of the suppression issue. It is not yet possible to know how long the defense needs to file motions, but the parties will establish a schedule as soon as possible and submit it to the court.

//

For the foregoing reasons, the parties stipulate that the ends of justice served by vacating the motions filing date and resetting the April 2, 2008 appearance as a MOTIONS SETTING/TRIAL SETTING as requested herein outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED:    3/3/08        /S/

_____
MERRY JEAN CHAN
Assistant United States Attorney

DATED:    3/3/08        /S/

_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Eric Borgerson

## ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by vacating the February 29, 2008 filing date and setting a MOTIONS SETTING/TRIAL SETTING date on April 2, 2008 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation, expert forensic xamination, and review are necessary to the defense preparation of the motions in this case.

2. Given counsel's need to review forensic results as well as materials which potentially may be produced pursuant to subpoenae duces tecum, the failure to grant the requested extension would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(H) (8)(A) and (B)(iv) from February 29, 2008 until April 2, 2008, the proposed MOTIONS SETTING/TRIAL SETTING date.

IT IS FURTHER ORDERED that the MOTIONS HEARING date of April 2, 2008, scheduled at 2:30 p.m., before the Honorable CLAUDIA WILKEN, be reset as a MOTIONS SETTING/TRIAL SETTING HEARING for April 2 at 2:30 p.m.  If the parties agree on a motions briefing schedule, it is to be submitted by stipulation to the court as soon as possible.

Dated  _____
                                            Hon. Claudia Wilken
                                            United States District Judge