1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, California 94607-3627
4  Telephone (510) 637-3500

5  Counsel for Defendant BORGERSON

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   Nos. CR 07-00472 CW
                                       )
12              Plaintiff,             )   NOTICE OF SUBSTITUTION
                                       )   OF DEFENSE COUNSEL
13 vs.                                 )
                                       )
14 ERIC MICHAEL BORGERSON,             )
                                       )
15              Defendant.             )
                                       )
16 _____     )

17

18       Pursuant to Criminal Local Rule 44-2(a), undersigned counsel, Assistant Federal Public

19 Defender John Paul Reichmuth, enters his general appearance for defendant in this case.

20 Dated:  March 4, 2008

21                              Respectfully submitted,

22                              BARRY J. PORTMAN
                                Federal Public Defender
23
                                       /S/
24
                                JOHN PAUL REICHMUTH
25                              Assistant Federal Public Defender

26
   Notice of Substitution of Attorney          - 1 -
   Nos. CR 07-00472 CW