**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET- SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

March 6, 2008

Hon. Wayne D. Brazil
United States Magistrate Judge for the
Northern District of California
1301 Clay St.
Oakland, CA 94612

**Re: United States v. Eric Borgerson, Case No. CR 07-0472-MJJ**

Dear Judge Brazil:

      I write to request that this matter be placed on the court's calendar on March 11, 2008 at 10:00. At that time, Mr. Borgerson, through counsel, will request a modification of his pretrial release conditions. There are four specific areas that we will ask the court to address. First, we will ask that Mr. Borgerson be permitted to use the internet for purposes of corresponding with potential employers, sharing his resume, and searching for work; second, we will ask the court to clarify whether Mr. Borgerson is permitted to use the ECF system in litigation in which he is acting as an attorney and the court has required him to do so. The court had previously indicated that Mr. Borgerson was permitted to use the internet for legal research. Third, we will request that Mr. Borgerson be permitted to use email for purposes of acting as an editor on a book authored by his father, specifically the sending and receiving of drafts. Finally, we will request that Mr. Borgerson's partner Gene be permitted to use a computer in their home, either under password protection or subject to the same monitoring that Mr. Borgerson's computer is subject to. I have discussed these requests with the government and Pretrial Services Agency. Both are available at the requested time. Please do not hesitate to contact me for any reason.

      Very truly yours,

      BARRY J. PORTMAN
      Federal Public Defender

      /S/
      JOHN PAUL REICHMUTH
      Assistant Federal Public Defender

cc:    Merry Jean Chan, AUSA
        Rich Sarlatte, PSA