**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET- SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

March 7, 2008

Hon. Wayne D. Brazil
United States Magistrate Judge for the
Northern District of California
1301 Clay St.
Oakland, CA 94612

**Re: United States v. Eric Borgerson, Case No. CR 07-0472-MJJ**

Dear Judge Brazil:

I write to request that this matter be placed on the court's calendar on March 10, 2008 at 10:00 for a request to modify pretrial release conditions. This letter supercedes my previous letter asking for a setting on March 11. The reasons for the request are the same as those set forth in my previous letter dated March 6, 2008. Please do not hesitate to contact me for any reason.

Very truly yours,

BARRY J. PORTMAN
Federal Public Defender

/S/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

cc:   Merry Jean Chan, AUSA
      Rich Sarlatte, PSA