PROPOSED ORDER/COVER SHEET

TO: Honorable Wayne D. Brazil  
U.S. Magistrate Judge

FILED  
APR 2 – 2008  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
OAKLAND

RE: Eric Borgerson

FROM: Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

DOCKET NO.: CR 07-00472 CW

DATE: April 1, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte                                           415-436-7508  
U.S. PRETRIAL SERVICES OFFICER          TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)  
A.  
B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[X] Other Instructions:  
_No need to report this to me_

_____  
JUDICIAL OFFICER

4-2-08  
DATE

Cover Sheet (12/03/02)    cc: WDB's Stats, Copy to parties via ECF, Pretrial, Sheilah, Financial

**To:** Honorable Wayne D. Brazil
U.S. Magistrate Judge
**From:** Rich Sarlatte
U.S. Pretrial Services Officer
**Subject:** **Eric Borgerson**
Docket No.: CR 07-00472 CW
**INFORMATIONAL NOTICE**
**Date:** April 1, 2008



# MEMORANDUM

Your Honor:

The above-captioned individual was released by the Court with supervision by U.S. Pretrial Services including the following special release condition(s):

- ☐ the defendant shall report as directed by U.S. Pretrial Services
- ☐ the defendant shall seek or maintain gainful employment
- ☐ the defendant shall remain in the custody of a third party custodian
- ☐ the defendant shall submit to random drug testing and/or treatment as directed by U.S. Pretrial Services
- ☐ the defendant's travel shall be restricted to
- ☐ the defendant shall comply with a curfew from_____ to _____
- ☒ the defendant shall submit to electronic monitoring
- ☐ other special condition _____

## INFORMATION:

On March 27, 2008, this officer received an alert that the defendant left his home without authority at 8:00pm. This officer checked the electronic monitoring website which reflected that the defendant's residence was called at 8:14pm by EM vendor (G4S) who confirmed that the defendant was home. The defendant's residence was called by this officer at approximately 8:30pm and I confirmed his presence. Mr. Borgerson was adamant that he never left his home. The website did not reflect that the defendant returned until 8:37pm.

The above incident may have been the result of a mechanical problem with the electronic monitoring equipment. In any case, there is insufficient information do determine if Mr. Borgerson committed a violation of his bond. To avoid this situation again, this officer switched the defendant to electronic monitoring vendor BI on March 31, 2008. (Note: Mr. Borgerson was not originally moved to BI in November 2007 because of technical problems with the new equipment at his residence).

PAGE 2 OF 2
INFORMATIONAL NOTICE TO THE HONORABLE WAYNE D. BRAZIL, U.S. MAGISTRATE JUDGE
RE: Borgerson, Eric                                    Docket No.: CR 07-00472 CW

## RECOMMENDATION

Based upon the above information, U.S. Pretrial Services respectfully recommends that the Court:

- ☒ not take any punitive action at this time
- ☐ convene a Bail Violation Hearing to discuss this situation
- ☐ other:_____

This memorandum is submitted for Your Honor's information and direction.

Respectfully Submitted,

Rich Sarlatte
Electronic Monitoring Specialist
U.S. Pretrial Services Officer

Reviewed by:

Silvio Lugo, Assistant Deputy Chief
U.S. Pretrial Services Officer

cc:  John Paul Reichmuth, Defense Counsel
     Merry Jean Chan, Assistant U.S. Attorney