UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Starr Wilson, pro tem
**Date:** 4/2/08

**Plaintiff:** United States

**v.**                                                **No.** CR-07-00472 CW

**Defendant:** Eric Michael Borgerson (present)

**Appearances for Plaintiff:**
Merrie Jean Chan

**Appearances for Defendant:**
John Paul Reichmuth

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

Hearing:  Motions Setting or Trial Setting

**Notes:**     Defense counsel plans on filing motion to suppress, but needs forensics.  If unable to timely file suppression motion, Defense counsel to file whatever motions he can file by 4/23/08 (and include what forensic would show and why it was not done to include in motions); opposition due 5/7/08; reply due 5/12/08.  **Hearing on motions set for 5/14/08 at 2:30 p.m.  Pretrial Conference set for 6/11/08 at 2:30 p.m.; Jury Trial (5 days) set for 6/16/08 at 8:30 a.m.**  Time excluded between now and the filing of motions for continuity of counsel and effective preparation.  If motions not filed, counsel will need to stipulate for further time exclusion.

Copies to: Chambers