| **Plaintiff's Exhibit Markers** | **Defendant's Exhibit Markers** |
|---|---|
| π **PLAINTIFF** π<br><br>United States District Court<br>Northern District of California<br><br>Case No. _____<br>Case Title _____<br>Exhibit No. _____<br>Date Entered _____<br>Richard W. Wieking, Clerk<br>By: _____, Deputy Clerk | Δ **DEFENDANT** Δ<br><br>United States District Court<br>Northern District of California<br><br>Case No. _____<br>Case Title _____<br>Exhibit No. _____<br>Date Entered _____<br>Richard W. Wieking, Clerk<br>By: _____, Deputy Clerk |
| π **PLAINTIFF** π<br><br>United States District Court<br>Northern District of California<br><br>Case No. _____<br>Case Title _____<br>Exhibit No. _____<br>Date Entered _____<br>Richard W. Wieking, Clerk<br>By: _____, Deputy Clerk | Δ **DEFENDANT** Δ<br><br>United States District Court<br>Northern District of California<br><br>Case No. _____<br>Case Title _____<br>Exhibit No. _____<br>Date Entered _____<br>Richard W. Wieking, Clerk<br>By: _____, Deputy Clerk |
| π **PLAINTIFF** π<br><br>United States District Court<br>Northern District of California<br><br>Case No. _____<br>Case Title _____<br>Exhibit No. _____<br>Date Entered _____<br>Richard W. Wieking, Clerk<br>By: _____, Deputy Clerk | Δ **DEFENDANT** Δ<br><br>United States District Court<br>Northern District of California<br><br>Case No. _____<br>Case Title _____<br>Exhibit No. _____<br>Date Entered _____<br>Richard W. Wieking, Clerk<br>By: _____, Deputy Clerk |
| π **PLAINTIFF** π<br><br>United States District Court<br>Northern District of California<br><br>Case No. _____<br>Case Title _____<br>Exhibit No. _____<br>Date Entered _____<br>Richard W. Wieking, Clerk<br>By: _____, Deputy Clerk | Δ **DEFENDANT** Δ<br><br>United States District Court<br>Northern District of California<br><br>Case No. _____<br>Case Title _____<br>Exhibit No. _____<br>Date Entered _____<br>Richard W. Wieking, Clerk<br>By: _____, Deputy Clerk |

Councel shall meet and confer pursuant to Civ. L.R. 30-3(b) and assign blocks of numbers to the exhibits
(i.e. Plaintiff 1 - 199; Defendant 200 - 400.)
Exhibit markers should be placed on the lower right-hand corner of the exhibit. Exhibits should be contained within a binder with each exhibit separated by a tabbed page denoting the exhibit number.