JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

MERRY JEAN CHAN (CABN 229254)
DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7359
Facsimile: (415) 436-7234
E-mail: denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0472 MJJ |
| Plaintiff, ) | |
| ) | **NOTICE OF ASSOCIATION OF** |
| v. ) | **COUNSEL FOR PLAINTIFF** |
| ) | |
| ERIC MICHAEL BORGERSON, ) | |
| ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Denise M. Barton, Assistant United States Attorney, as additional counsel of record representing the United States of America. The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will

1  in the future be additionally directed to AUSA Denise M. Barton at the above mailing address,
2  telephone number, facsimile number, and e-mail address.
3       Please continue to serve the United States of America through Merry Jean Chan as well
4  as Denise M. Barton, who joins as counsel for the United States for this matter.

6  DATED: January 8, 2008             Respectfully submitted,
7                                     JOSEPH P. RUSSONIELLO
                                      United States Attorney

10                                        /s/ Denise Barton
                                      DENISE M. BARTON
                                      Assistant United States Attorney