BARRY J. PORTMAN
Federal Public Defender
ANGELA HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, California  94607
Telephone:  (510) 637-3500

Counsel for Defendant BORGERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0472-CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF SUBSTITUTION OF |
| | ) | ATTORNEY |
| ERIC BORGERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        The Federal Public Defender was previously appointed as counsel for defendant in the

above captioned case pending before the Court.  Pursuant to Criminal Local Rule 44-2 (a),

undersigned counsel, Assistant Federal Public Defender Angela Hansen, enters her general

appearance for defendant in place of Assistant Federal Public Defender John Paul Reichmuth.

Counsel's contact information is listed above.

Dated: April 14, 2008

                                        Respectfully submitted,

                                        BARRY J. PORTMAN
                                        Federal Public Defender

                                        /S/

                                        ANGELA HANSEN
                                        Assistant Federal Public Defender

Notice of Substitution of Attorney                    1