## TABLE OF AUTHORITIES

### FEDERAL CASES

*Leventhal v. Knapek*, 266 F.3d 64 (2d Cir. 2001) ....................................................... 12, 13

*O'Connor v. Ortega*, 480 U.S. 709 (1987) ..................................................... 11, 12, 14, 15

*United States v. Angevine*, 281 F.3d 1130 (10th Cir. 2002) ........................................... 12

*United States v. Heckenkamp*, 482 F.3d 1142 (9th Cir. 2007) ................................. 11, 12

*United States v. Ojeda*, 276 F.3d 486 (9th Cir. 2002) ..................................................... 14

*United States v. Simons*, 206 F.3d 392 (4th Cir. 2000) ....................................... 11, 12, 13

*United States v. Slanina*, 382 F.3d 670 (5th Cir. 2002) .................................................. 12

*United States v. Thorn*, 375 F.3d 679 (8th Cir. 2004) .................................................... 12