BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Telephone: (510) 637-3500

Counsel for Defendant BORGERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0472-CW |
| Plaintiff, | EXHIBITS AND INDEX TO EXHIBITS FILED IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS |
| vs. | |
| ERIC BORGERSON, | |
| Defendant. | |

**INDEX**

| Exhibit | Date | Description |
|---|---|---|
| A | 4/11/07 | Robert Hiramoto FBI Interview |
| B | 10/29/06 | Robert Hiramoto University of California Police Interview |
| C | 10/29/06 | Robert Hiramoto Signed Statement |
| D | 10/28/08 | Bandwidth Report Sent to Robert Hiramoto |
| E | 11/07/03 | Peer-to-Peer Applications, *available at* http://p2p.internet2.edu/apps_list.html |
| F | 10/14/04 | Jack McCredie, *Online music, entertainment, and software copyright issues, available at* http://istpub.berkeley.edu:4201/bcc/Spring2005/digitalcopyright.html |

Exhibits to Defendant's Motion to Suppress               1

| Exhibit | Date | Description |
|---------|------|-------------|
| G | | Karen Eft, *Q: So, can I use file-sharing programs or not?*, available at http://istpub.berkeley.edu:4201/bcc/Fall2002/pol.filesharing.html |
| H | 7/16/07 | Robert Hiramoto FBI Interview |
| I | 10/30/06 | Eric Borgerson University of California Police Interview |
| J | 10/30/06 | University of California Police Report Summary re Eric Borgerson Interview and Search |
| K | 10/30/06 | Search Warrant for Eric Borgerson's Home, Office, etc. |
| L | 11/01/06 | Search Warrant for Previously Seized UC-Issued Laptop |
| M | 11/30/06 | Supplemental University of California Police Report re Search |
| N | | Screen shot Listing Policies that apply to University of California's CalMail System |
| O | | UC Berkeley's Computer Use Policy (produced in discovery) |
| P | | Email Excerpt from University of California's Electronic Communications Policy (produced in discovery) |
| Q | 11/18/05 | University of California's Electronic Communications Policy |
| R | 11/00/04 | University of California's CalMail Service Policy |

Exhibits to Defendant's Motion to Suppress                 2