# Exhibit A

FD-302 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription  04/11/2007

ROBERT HIRAMOTO, ███████████████, Manager of Information Services and Technology (IST)/Network Administration at the Institute for Research on Labor and Employment (IRLE), formerly the Institute of Industrial Relations, 2521 Channing Way, Berkeley, California (CA), ███████████████████████ was interviewed at his place of employment. Also present during the interview was HIRAMOTO's supervisor, Hadidjah Rivera, Management Services Officer at IRLE. After being advised of the identity of the interviewing agents and purpose of the interview, HIRAMOTO voluntarily provided the following information:

HIRAMOTO has worked in the field of Information Technology (IT) for approximately twenty years and has been employed as the sole IST manager for IRLE for over two years. As such, he is responsible for the computer network security of the IRLE building, to include the monitoring of computer traffic into and out of the building, and computer maintenance for the approximately 70 IRLE employees.

The computer network at the IRLE contains private and protected data and is one of the fastest systems available. As such, it is at risk for intrusion by hackers seeking to access such data or to simply utilize free access to the faster system available via the IRLE network.

Shortly after HIRAMOTO began working at IRLE, their computer systems at IRLE were compromised by a hacker. Thereafter, computer security became an especially important issue for the IRLE. HIRAMOTO learned of a program developed by Mike Hunter, UC Berkeley Systems and Network Security (SNS) staff, that records the amount of bandwidth use via computer nodes throughout the University. HIRAMOTO began to receive emails from a UC Berkeley networking group affiliated with SNS containing daily reports of bandwidth use for the more than 100 nodes located in the IRLE building. The report is generated at midnight each day. Via the bandwidth report, HIRAMOTO monitors the volume of data transmitted each day via each node located in the IRLE building. Through experience, HIRAMOTO can recognize when the bandwidth use is unusual. Unusually high bandwidth use is an indicator that

Investigation on  04/10/2007  at  Berkeley, California

File # ███████████████  Date dictated  _____

by  SA Lydia L. Durben:lld
    ███████████████

BORGERSON0096

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of  ROBERT HIRAMOTO , On 04/10/2007 , Page  2

unauthorized computer activity may have occurred. It is HIRAMOTO's job to investigate such unusual activity.

In the past, employees at IRLE utilized laptop computers at work. Eventually, most employee laptop computers were replaced with desktop computers. Some divisions within the IRLE would purchase work laptop computers for their employees and some would recycle the retired laptops. Prior to issuing the recycled laptop computers to employees, HIRAMOTO wipes the hard drive and reinstalls known reliable programs. The laptop computers do not automatically lock when left on. HIRAMOTO meets with each new employee to issue their work computer. During this initial meeting, HIRAMOTO shows each user how to manually lock their computers and encourages them to do so when they leave their computer. HIRAMOTO also tells each new employee he has the ability to access their computer remotely should they encounter computer problems.

HIRAMOTO recalls specifically meeting with ERIC BORGERSO to issue his recycled work laptop computer. During this meeting, HIRAMOTO advised BORGERSON that he could remotely access his computer. BORGERSON was given administrative rights to his computer meaning he could install programs. This was routine to allow laptop users the flexibility to make their laptop computers compatible with various peripherals, such as printers. Other than this meeting, HIRAMOTO did not associate with BORGERSON and never had any conflicts with him.

UC Berkeley User Accounts and Services (UAS) was responsible for setting up user accounts and email for IRLE employees. Each employee has a CALNET ID and unique passphrase that must be used to login to the computer. Basic computer use policies are set forth by UAS.

HIRAMOTO accesses IRLE employee computers frequently to provide maintenance, such as resolving problems and providing program updates. Other than BORGERSON's work computer, HIRAMOTO recalls only one other time he accessed an IRLE employee work computer to investigate unusual activity. That incident was also triggered by a high bandwidth report.

The bandwidth report leading to BORGERSON's laptop computer clearly indicated an unusually large amount of use. HIRAMOTO initially thought the building's computer network had been compromised. After determining the use came from BORGERSON's

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ____ROBERT HIRAMOTO_____, On _04/10/2007_ , Page __3__

    laptop computer, he used a Mini Remote Control program to access the computer. HIRAMOTO used an encrypted communication method called VPN to connect his home computer to his work computer where the Mini Remote program is housed. The accessed computer notifies the user that HIRAMOTO has remotely accessed the computer via a pop-up window or message. The access is then shared by HIRAMOTO and the user. The user can logoff at anytime. HIRAMOTO can remotely logon to a computer that has been logged off but only under his own login. He can not logon under the user's account. HIRAMOTO is the only one who can remotely access the computers of the IRLE employees.

    When HIRAMOTO accessed BORGERSON's computer, he saw that the BearShare program had been installed. HIRAMOTO knows that BearShare is a file sharing program that allows others to access or share files. He accessed the BearShare program to verify whether it was the program that caused the high bandwidth report. When he opened the BearShare program, he saw a list of files waiting to be downloaded that contained subject titles relating to child pornography. HIRAMOTO accessed additional files to confirm that inappropriate material was on the computer before reporting it to security. When images of child pornography were discovered, he shutdown the computer and notified security.

    To his knowledge, the Mini Remote program does not have a cache file that retains images accessed via the program. Therefore, other than the few screen capture snapshots he took and turned over to law enforcement, he does not believe images that were on BORGERSON's computer would be present on his computers.

    The office doors in the IRLE building automatically lock when closed. Most employees leave their office door open while at work especially since there is no air conditioning in the building. HIRAMOTO has a master key to the offices at the IRLE building and went with UC Police Department (UCPD) Officers to retrieve BORGERSON's computer. BORGERSON's office was locked and the computer was not there. HIRAMOTO checked a few more offices and located BORGERSON's laptop computer in another locked office, that was not BORGERSON's office, in the CPER division. The laptop had been physically moved to utilize a different node than normally used. HIRAMOTO thought this was unusual. Once located UCPD disconnected the computer and took it away.

BORGERSON0098

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of  ROBERT HIRAMOTO  , On 04/10/2007 , Page  4

[redacted]

HIRAMOTO was initially traumatized when he saw images of child pornography. [redacted] HIRAMOTO expressed all the trouble and stress would be worth it if a child pornographer(s) were brought to justice as a result of his actions.

BORGERSON0099

# Exhibit B

# CRIME REPORT

**UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700**

| | |
|---|---|
| 1. ☐ ARREST ☐ TO BPD JAIL<br>☐ FIELD CITE ☐ TO CO. JAIL<br>☐ CONFISCATION ☐ TO JUV. HALL | 2. CASE NUMBER [redacted]<br>3. PAGE 1 OF 4 |

| 4. OFFENSE(S) (IN SEQUENCE OF OCCURRENCE) | ☐ OUTSIDE ASSIST TO: | THEIR CASE #: |
|---|---|---|
| 311.11(a) PC | | |

| 5. CRIME(S) | 6. CLASSIFICATION | 7. |
|---|---|---|
| Possession of Child Pornography | ☐ FELONY ☒ PERSON<br>☒ MISD ☐ PROPERTY | ☒ ADULT<br>☐ JUVENILE |

| 8. DATE OCCURRED FROM | 9. TIME | 10. DAY | 11. DATE OCCURRED TO | 12. TIME | 13. DAY | 14. DATE REPORTED | 15. TIME | 16. DAY |
|---|---|---|---|---|---|---|---|---|
| 10/27/06 | 1614 | Fri | 10/29/06 | 1443 | Sun | 10/29/06 | 1443 | Sun |

**17. LOCATION OF OFFENSE:** 2521 Channing Way, Berkeley, CA 94720-5555

| 18. V | 19. NAME/FIRM NAME (LAST, FIRST, MIDDLE)<br>The People of the State of California | 20. RACE | 21. SEX | 22. DOB |
|---|---|---|---|---|

| 23. RESIDENCE ADDRESS, CITY, STATE, ZIP | 24. ☐ STUDENT ☐ EMPLOYEE ☐ OTHER | 25. RESIDENCE PHONE ( ) - |
|---|---|---|

| 26. BUSINESS/SCHOOL ADDRESS, CITY, STATE, ZIP | 27. BUSINESS PHONE ( ) - |
|---|---|

| 28. OCCUPATION | 29. WORK HOURS | 30. DL NUMBER/STATE | 31. EMAIL ADDRESS |
|---|---|---|---|

| 32. VICTIM'S ACTIVITY AT TIME OF OFFENSE | 33. VICTIM'S PHYSICAL CONDITION |
|---|---|

| 34. V'S VEHICLE LIC. NO/STATE | 35. VICTIM'S VEHICLE YEAR, MAKE, MODEL, BODY STYLE | 36. TOP COLOR | 37. BOTTOM COLOR |
|---|---|---|---|

| 38. CODE | 39. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 40. RACE | 41. SEX | 42. DOB |
|---|---|---|---|---|
| R | HIRAMOTO, Robert | O | M | 12/13/65 |

| 43. RESIDENCE ADDRESS, CITY, STATE, ZIP | 44. ☐ STUDENT ☒ EMPLOYEE ☐ OTHER | 45. RESIDENCE PHONE [redacted] |
|---|---|---|
| n/a | | |

| 46. BUSINESS/SCHOOL ADDRESS, CITY, STATE, ZIP | 47. BUSINESS PHONE [redacted] |
|---|---|
| 2521 Channing Way, Berkeley, CA 94720-5555 | |

| 48. OCCUPATION | 49. WORK HOURS | 50. DL NUMBER/STATE | 51. EMAIL ADDRESS |
|---|---|---|---|
| IT Manager | M-F, 0800-1600 | [redacted] | [redacted] |

| 52. S-1 | 53. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 54. RACE | 55. SEX | 56. HT | 57. WT | 58. HAIR | 59. EYES | 60. DOB |
|---|---|---|---|---|---|---|---|---|
| | BORGERSON, Eric Michael | W | M | 5-10 | 175 | Brn | Grn | 11-29-65 |

| 61. RESIDENCE ADDRESS, CITY, STATE, ZIP | 62. PFN NUMBER | 63. ☐ STUDENT ☒ EMPLOYEE ☐ OTHER |
|---|---|---|
| 2625 School Street, Oakland, CA 94602 | | |

| 64. S-2 | 65. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 66. RACE | 67. SEX | 68. HT | 69. WT | 70. HAIR | 71. EYES | 72. DOB |
|---|---|---|---|---|---|---|---|---|

| 73. RESIDENCE ADDRESS, CITY, STATE, ZIP | 74. PFN NUMBER | 75. ☐ STUDENT ☐ EMPLOYEE ☐ OTHER |
|---|---|---|

**76. HAIR LENGTH** — Suspect 1: B ☒ UNKNOWN
**77. HAIR TEXTURE** — Suspect 1: B ☒ UNKNOWN
**78. HAIR STYLE** — Suspect 1: B ☒ UNKNOWN
**79. FACIAL HAIR** — Suspect 1: B ☒ UNKNOWN
**80. COMPLEXION** — Suspect 1: B ☒ UNKNOWN
**81. TATTOOS/SCARS & TYPE** — Suspect 1: B ☒ UNKNOWN

**82. GENERAL APPEARANCE** — Suspect 1: B ☒ UNKNOWN
**83. DEMEANOR** — Suspect 1: B ☒ UNKNOWN
**84. SPEECH** — Suspect 1: B ☒ UNKNOWN
**85. BUILD** — Suspect 1: B ☒ UNKNOWN
**87. FACE** — Suspect 1: B ☒ UNKNOWN
**88. GLASSES** — Suspect 1: B ☒ UNKNOWN

**86. RIGHT/LEFT HANDED:** A ☒ UNKNOWN

**89. FRAME COLOR:**

**90. SUSPECT 1 CLOTHING DESCRIPTION:** A ☒ UNKNOWN
**91. SUSPECT 2 CLOTHING DESCRIPTION:** A ☒ UNKNOWN
**92. WEAPON TYPE:** A ☒ UNKNOWN

*CONTROLLED DOCUMENT — DO NOT DUPLICATE — UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY*

| 93. OTHER REPORTS ATTACHED: | ☐ ARREST ☐ ACCIDENT ☐ VEHICLE ☒ CONTIN. | ☐ PROPERTY ☐ ADD'L NAMES | ☐ EVIDENCE ☐ PATROL | ☐ DISTRICT ATTY. ☐ RISK MGT. | ☐ CII ☐ OTHER |
|---|---|---|---|---|---|

| 95. REPORTING OFFICER | 96. DATE AND TIME | 97. REVIEWING SUPERVISOR | 98. DATE |
|---|---|---|---|
| [redacted] | 10/29/06 22[??] | | 10-30-06 |

| 99. THIS CASE IS: | ☐ ALCOHOL RELATED ☐ DOMESTIC VIOLENCE | ☐ DRUG RELATED ☐ GANG RELATED ☐ HATE CRIME | ☐ HATE INCIDENT ☐ WEAPONS RELATED ☒ NONE OF THE ABOVE | 100. CLEARANCE STATUS: ☐ CLEARED BY ARREST ☐ EXCEPTIONAL CLEARANCE ☐ UNFOUNDED |
|---|---|---|---|---|

**ROUTED TO** US ATTORNEY **ROUTED BY** 130 **DATE** 2/1/07

BORGERSON0014

| CONTINUATION REPORT | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 2. CASE NUMBER |
|---|---|---|
| ☐ INCIDENT REPORT<br>☒ CRIME REPORT<br>☐ ARREST REPORT | | 3. PAGE 2 OF 4 |

**4. $ LOSS**

**5. PROPERTY TYPE** (Check no more than three)

☐ NONE
A. ☐ SMALL APPLIANCES
B. ☐ MAJOR APPLIANCES
C. ☐ STEREO/RADIO/TAPE
D. ☐ DRUGS/MEDICAL
E. ☐ JEWELRY
F. ☐ CURRENCY
G. ☐ PURSE/WALLET
H. ☐ TV/VIDEO
I. ☐ TOOLS
J. ☐ COMPUTERS
K. ☐ OTHER OFFICE
L. ☐ ART ITEMS
M. ☐ FOOD
N. ☐ FURNITURE
O. ☐ FIREARM/KNIFE
P. ☐ PHOTO EQUIPMENT
Q. ☐ PERSONAL I.D.
R. ☐ PROPERTY DAMAGE
S. ☐ OTHER

**6. OBJECT OF ATTACK NON RESIDENTIAL STRUCTURE** (CHECK ONE)

A. ☐ RENTAL BOOKSTORE
B. ☐ RECREATIONAL/ENTERTAINMENT
C. ☐ OFFICES
D. ☐ LIBRARY
E. ☐ INSTRUCTIONAL
F. ☐ BARN/ANIMAL
G. ☐ FOOD SERVICE BAR
H. ☐ MEDICAL/VETERINARY
I. ☐ STORAGE/DOCK
J. ☐ GYM/LOCKER ROOM
K. ☐ PARKING FACILITY
L. ☐ SPROUL PLAZA
M. ☐ PEOPLES PARK
N. ☐ OTHER

**7. SPECIAL CONSIDERATION**
O. ☐ UNIVERSITY PROPERTY
P. ☐ PERSONAL PROPERTY
Q. ☐ DOMESTIC VIOLENCE
R. ☐ CHILD ABUSE
S. ☐ GANG RELATED
T. ☐ ALCOHOL RELATED
U. ☐ WEAPONS RELATED

**8. OBJECT OF ATTACK RESIDENTIAL STRUCTURE** (CHECK ONE)

A. ☐ UNIT I
B. ☐ UNIT II
C. ☐ UNIT III
D. ☐ CKC
E. ☐ THEME HOUSE
F. ☐ I-HOUSE
G. ☐ SMYTHE-FERNWALD
H. ☐ ALBANY VILLAGE
I. ☐ OTHER

**9. VICTIM SUSPECT RELATION**
A. ☐ UNKNOWN
B. ☐ SPOUSE
C. ☐ RELATIVE
D. ☐ ROOMMATE
E. ☐ BOY/GIRL FRIEND
F. ☐ ACQUAINTANCE
G. ☐ TEACHER/STUDENT
H. ☐ STRANGER
I. ☐ EMPLOYEE
J. ☐ STUDENT
K. ☐ OTHER

**10. POINT OF ENTRY** (CHECK NO MORE THAN 2)
A. ☐ UNKNOWN
B. ☐ FRONT
C. ☐ REAR
D. ☐ SIDE
E. ☐ GROUND LEVEL
F. ☐ UPPER LEVEL
G. ☐ DOOR
H. ☐ WINDOW
I. ☐ SLIDING DOOR
J. ☐ DUCT OR VENT
K. ☐ ADJ. BUILDING
L. ☐ ROOF
M. ☐ FLOOR
N. ☐ WALL
O. ☐ GARAGE
P. ☐ BASEMENT
Q. ☐ WING WINDOW
R. ☐ WINDOW MOLDING
S. ☐ SIDE WINDOW
T. ☐ WINDSHIELD
U. ☐ TRUNK
V. ☐ OTHER

**10. STRUCTURE ALARMS**
A. ☐ N/A
B. ☐ YES
C. ☐ NO
D. ☐ ACTIVATION

**12. METHOD OF ENTRY** (CHECK NO MORE THAN 2)
A. ☐ UNKNOWN
B. ☐ ATTEMPT ONLY
C. ☐ BODILY FORCE
D. ☐ BOLT CUTTER
E. ☐ BRICK/ROCK
F. ☐ CHANNEL LOCK
G. ☐ UNLOCKED DOOR/WINDOW
H. ☐ HID IN BUILDING
I. ☐ KEY
J. ☐ NO FORCE
K. ☐ PIPE WRENCH
L. ☐ PLIERS
M. ☐ PRY BAR
N. ☐ PUNCH
O. ☐ SAW/BURN/DRILL
P. ☐ SCREWDRIVER
Q. ☐ TAPE/WIRE
R. ☐ LOCK CHEAT
S. ☐ WINDOW SMASHED
T. ☐ WINDWING
U. ☐ OTHER

**13. SUSPECT'S ACTIONS** (CHECK NO MORE THAN 2)
A. ☐ NONE
B. ☐ MULTIPLE SUSPECTS
C. ☐ ARMED
D. ☐ MADE THREATS
E. ☐ FAMILIAR W/LOCATION
F. ☐ LIES IN WAIT
G. ☐ TECH SKILL USED
H. ☐ DISABLES PHONE
I. ☐ KNEW V'S NAME
J. ☐ SMOKED ON PREMISES
K. ☐ ATE/DRANK ON PREMISES
L. ☐ DEFECATE/URINATES
M. ☐ UNUSUAL BODY ODOR
N. ☐ HAD BEEN DRINKING
O. ☐ INFLUENCE OF DRUGS
P. ☐ VEHICLE USED
Q. ☐ RANSACK PROWL
R. ☐ SELECTIVE PROWL
S. ☐ LEAVES OTHER VALUABLES
T. ☐ USES NOTE

**14. PROPERTY CODES**

S-STOLEN   R-RECOVERED   L-LOST   F-FOUND   S/R-STOLEN/RECOVERED   O-OBSERVED   E-EVIDENCE   X-MISCELLANEOUS

| CODE | ITEM | QTY | KIND OF ARTICLE | BRAND NAME | MODEL NAME/NO. | DESCRIPTION/COLOR | SERIAL NO. | VALUE |
|---|---|---|---|---|---|---|---|---|
| E48-1-1 | | | Laptop computer, Dell PP01L, black in color, SN HPV9T01 | | | | | |
| E48-2-1 | | | 2 Piece Power cord for E48-1-1 | | | | | |
| E48-3-1 | | | USB media card reader, PNY compactflash with PNY 512mb compactflash media card | | | | | |
| E48-4-1 | | | "Screen shot" from BORGERSON's computer | | | | | |
| E48-5-1 | | | "Screen shot" from BORGERSON's computer | | | | | |
| E48-6-1 | | | "Screen shot" from BORGERSON's computer | | | | | |
| E48-7-1 | | | "Screen shot" from BORGERSON's computer | | | | | |

Items E48-1-1 through E48-3-1 placed into UCPD Evidence Locker #7
Items E48-4-1 through E48-7-1 placed into UCPD Evidence Locker #8

15. ☒ WRITTEN STATEMENTS ATTACHED   ☐ NEIGHBORHOOD CHECKS   ☐ VICT OF VIOLENT CRIME FORM   ☐ RESOURCE PAMPHLET GIVEN
☐ ID WORK/PHOTOS TECH NO.   ☐ DIAGRAMS   ☐ LAB TEST REQUESTED   ☐ PROPERTY/PERSONS ENTERED BY

16. REPORTING OFFICER: [redacted]
17. DATE AND TIME: 10/29/06 2200 hours
18. APPROVING SUPERVISOR: DE10
19. DATE: 10-29-06

BORGERSON0015

| CONTINUATION REPORT | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 2. CASE NUMBER [redacted] |
|---|---|---|
| 1. ☐ INCIDENT REPORT ☒ CRIME REPORT ☐ ARREST REPORT | | 3. PAGE 3 OF 4 |

| 4. TYPE REPORT ☒ ORIGINAL ☐ SUPPLEMENT | 5. CODE SECTION/DESCRIPTION 311.11(a) PC | 6. CRIME Possession of Child Pornography |
|---|---|---|
| 7. INCIDENT DATE 10/29/06   TIME 1443 | 8. INCIDENT LOCATION 2521 Channing Way, Berkeley, CA 94720-5555 | 9. ADDL. NAMES ATTACHED ☐ YES ☒ NO |

10. NARRATIVE

**Scene:**
2521 Channing Way is a multi-story, university owned and maintained office building located two blocks south of the main UCB Campus. The building is comprised of various offices, conference rooms and a library. The crime occurred in various locations of the building, primarily on the second floor.

**Summary:**
HIRAMOTO, Robert (MO-36-E) reported the presence of movies and files on the university issued laptop computer of BORGERSON, Eric Michael (MW-40-E). The computer in question was not accessed by anyone other than HIRAMOTO, seized and taken to UCPD along with the power cable and a digital media card and card reader. Four "screen shot" images of computer directories and images depicting children participating in sexual acts with adults were taken from BORGERSON's university issued laptop computer and seized as evidence. The crimes occurred at the Institute of Industrial Relations, located at 2521 Channing Way in Berkeley, CA.

**Narrative:**
On 10/29/06 at approximately 1537 hours, I was notified by UCPD dispatch that a male adult employee was in possible possession of child related pornographic materials on his university issued laptop computer. I met the reporting party, HIRAMOTO, Robert (MO-36-E) who told me the following:

HIRAMOTO said that he is the IT Manager for the Institute of Industrial Relations, located at 2521 Channing Way. HIRAMOTO said that he was notified by the UCB campus networking group of a large amount of computer bandwidth being used on 10/27/06. HIRAMOTO was able to investigate the usage from his work computer and was able to tell that the bandwidth usage was caused by a file sharing program called "BearShare," located on the university issued laptop computer of an employee, BORGERSON, Eric Michael (MW-40-E). HIRAMOTO logged into BORGERSON's university issued laptop computer user account and saw several video file icons on with "inappropriate, adult sounding names", such as "9 year old rape," and a few others. Upon further investigation, HIRAMOTO said he was able to find a computer file directory which showed "thumbnail" images of video files which appeared to have children participating in sexual acts with adults. HIRAMOTO said he decided to not look any further from that point. HIRAMOTO said that he took several "screen shots" of the images and shutdown BORGERSON's university issued laptop computer remotely. HIRAMOTO said that he contacted the UCB campus networking group and they advised that they would call UCPD. (See attached written statement from HIRAMOTO.)

I asked HIRAMOTO if it was possible that someone else had put the images and movies onto BORGERSON's university issued laptop computer. HIRAMOTO told me that the employees in his department have issued computers and that they have to use their "Calnet ID and Passphrase" to logon. HIRAMOTO told me that the "Calnet ID and Passphrase" is specific to each employee and as far as he could tell, it was BORGERSON who put the images and movies onto the computer.

I drove with HIRAMOTO to 2521 Channing Way in Berkeley to view the images he saved from BORGERSON's university issued laptop computer. HIRAMOTO showed me four digital images of what he found on BORGERSON's university issued laptop computer. Image #1 (E48-4-1) showed that BORGERSON was logged into the computer at the time. Image #2 (E48-5-1) showed a computer directory on BORGERSON's university issued laptop called "C:\WINDOWS\xerxes\system" that contained a video file called "g-rape.avi." Image #3 (E48-6-1) showed the BearShare files that were downloaded that included movie files such as "BEST ! 6yo and dad.mpg," "3Yo molested by hindu.mpg," "bondage 11yo.mpg," "Carol 6yo child-cum.mpg," and "+1s BabyJmouthfull pthc kid porn cum suck dick kiddy.mpg." Image #4 (E48-7-1) showed 5 "thumbnail" images from video files saved on BORGERSON's university issued laptop computer. The movie files were called "bath.avi," "blow.mpg," "rpe.mpg," "showersuck.mpg," and "TMPbibcam – 13 boy's Dad sneaks in for mut..."

| 11. COPIES TO: | ☒ DETECTIVES | ☐ PATROL | ☒ DISTRICT ATTY. | ☐ RISK MGT. | ☐ E.H&S | ☐ OTHER | ☐ OTHER |
|---|---|---|---|---|---|---|---|
| 12. REPORTING OFFICER [redacted] MYB | 13. DATE AND TIME 10/29/06  2200 | | | 14. APPROVING SUPERVISOR DE | | 15. DATE 10-29-06 | |

BORGERSON0016

| CONTINUATION REPORT | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 2. CASE NUMBER |
|---|---|---|
| 1. ☐ INCIDENT REPORT<br>☒ CRIME REPORT<br>☐ ARREST REPORT | | 3. PAGE 4 OF 4 |

| 4. TYPE REPORT<br>☒ ORIGINAL  ☐ SUPPLEMENT | 5. CODE SECTION/DESCRIPTION<br>311.11(a) PC | 6. CRIME<br>Possession of Child Pornography | |
|---|---|---|---|
| 7. INCIDENT<br>DATE 10/29/06  TIME 1443 | 8. INCIDENT LOCATION<br>2521 Channing Way, Berkeley, CA 94720-5555 | | 9. ADDL. NAMES ATTACHED<br>☐ YES  ☒ NO |

**10. NARRATIVE**

*Continued:*

I had HIRAMOTO print the digital images out and I took them for evidence. HIRAMOTO then took me to BORGERSON's university laptop computer and I seized it for evidence (E48-1-1), along with the power cable (E48-2-1) and a digital media card with card reader (E48-3-1) that HIRAMOTO said was not issued by his department and may have belonged to BORGERSON.

I asked HIRAMOTO if he could lock BORGERSON's access to university email and his "Calnet ID and Passphrase" and he did.

I took the items seized to UCPD to label and place into evidence. I placed the laptop computer, power cable and card and card reader into UCPD Evidence Locker #7. I placed the four digital images into UCPD Evidence Locker #8.

This report should be forwarded to UCPD Criminal Investigations Bureau for further investigation.

| 11. COPIES TO: | ☒ DETECTIVES | ☐ PATROL | ☒ DISTRICT ATTY. | ☐ RISK MGT. | ☐ E.H&S | ☐ OTHER | ☐ OTHER |
|---|---|---|---|---|---|---|---|
| 12. REPORTING OFFICER | | 13. DATE AND TIME<br>10/29/06 | | 14. APPROVING SUPERVISOR<br>DE 10 | | 15. DATE<br>10-29-06 | |

BORGERSON0017

**Exhibit C**




Name:     Robert Hiramoto
Address:  2521 Channing Way
          Berkeley, CA 94720-5555
          (work)

I am Robert Hiramoto, IT Manager for the Institute of Industrial Relations building, located at 2521 Channing Way, in Berkeley.

The IIR building uses "static" or fixed internet networking addresses for each network node (network connection in a wall jack). This way, we assign each IIR machine a fixed network address, and that address is to be used for a certain network node in our building. This way, I can know that a certain computer using a certain network address should be connected to a specific IIR office network node.

I receive daily emails from the UC campus networking group (from Mike Hunter) that detail the amount of Internet usage over certain communication ports for each network connection in my building.

These reports show only the amount of traffic in and out of each connection, and over what port of communication. These reports do not show me the destination or origin of the traffic, only the amounts transferred. An example of this would be that a report shows that a certain computer transferred a certain amount of data over port 80. Port 80 is standardized according to Internet standards for web site traffic. Therefore, I can assume that the traffic over port 80 was to / from a web site.

On Saturday, October 28, 2006, about 3:30pm PST, I received a bandwidth usage report for Friday, October 27, 2006, that showed one connection transferring a large amount of data over a certain port, and the bandwidth report marked that port as "gtela". This is normally associated with the "gnutella" file transfer program. This is a standardized protocol for transferring files over a network of computers running the same family of file sharing programs.

The report showed that the data connection "c2521-210-2" which was assigned the static IP address of 128.32.94.9 was the connection transferring the large amount of data.

This report led me to believe that a user's computer was running a file sharing program, and that a large amount of data was being received and sent to and from this user's machine.

In the IIR, I have installed a program that allows me to remotely connection and view my user's machines. This program is called "mini remote control" and is from the vendor "DameWare".

Since my users in the IIR building do not run file sharing programs as part of their normal work, I was curious to see if this certain user's machine was running a file sharing program.

I connected to the IP address 128.32.94.9 with the DameWare program, and saw that the user Eric Borgerson was logged into the machine, and had not locked the workstation (not activated a screen saver program with a password). This allowed me to see the user's desktop on his Windows XP computer. (See snap #2)

1

I noticed on the desktop some video files that had what appeared to be inappropriate, adult-sounding names. (At the time of this writing, I cannot remember what those file names were).

This made me want to see if any file sharing programs were running. I noticed that I could not see a file sharing program running. However, many file sharing programs have the option to hide the fact that they are running on a machine.

I noticed that newer programs had been installed after I had delivered the laptop to Eric. One of these programs was "BearShare" a well-known file sharing program that is not connected with UC Berkeley in anyway.

I decided to run the BearShare program that was installed, to see if that would let me see if any file sharing programs were currently sharing files.

When I started the BearShare program, many file names appeared that were "queued" or were ready to be downloaded once the file sharing program was started.

I saw file names that had child pornographic video titles, such as "9 year old rape" and others. (see snap # 3)

I also noticed that in the user's "recent documents" link on their Windows XP Start bar, that there were other adult file names of video files. I right-clicked on one of these file names, to see where the file was stored on the user's machine.

The file's propertied showed me that the files were stored in C:\windows\xerxes (or c:\windows\system\xerxes). This is not a standard Windows XP created directory.

When I opened that directory, I saw many adult video files. I also saw a few sub directories that had more adult sounding names.

I opened one of these directories, and saw many child pornographic video files. When Windows XP displays files that are video files, often the window will show you a "thumbnail" or one frame of the video file.

I saw what appeared to be children in several of these video file thumbnails.

I then shutdown the Bearshare program, logged off the current user, and then shutdown the machine.

I wanted to consider what the best course of action would be, so I thought about what to do until about 2:00pm on Sunday, October 29, 2006. I then called Jake Harwood, the only UCB network security staff member who displayed a cell phone number on his contact page. Jake told me that he would call the UCPD, and that they would contact me.

_____  10/29/06   18:00 PST
Signature, Date & Time

2

BORGERSON0019