# Exhibit Q

# Electronic Communications Policy

University of California
Office of the President

Issued November 17, 2000
Revised August 18, 2005

# TABLE OF CONTENTS

I.     INTRODUCTION ................................................................................................. 1

II.    GENERAL PROVISIONS ................................................................................... 2

    A.   PURPOSE ..................................................................................................... 2
    B.   SCOPE .......................................................................................................... 2
    C.   DEFINITIONS ............................................................................................. 3
    D.   RESPONSIBILITIES ................................................................................... 3
    E.   VIOLATIONS OF LAW AND POLICY ..................................................... 4

III.   ALLOWABLE USE ............................................................................................ 5

    A.   INTRODUCTION ........................................................................................ 5
    B.   OWNERSHIP ............................................................................................... 5
    C.   ALLOWABLE USERS ................................................................................ 6
    D.   ALLOWABLE USES ................................................................................... 6
    E.   ACCESS RESTRICTION ............................................................................ 9

IV.    PRIVACY AND CONFIDENTIALITY ........................................................... 10

    A.   INTRODUCTION ...................................................................................... 10
    B.   ACCESS WITHOUT CONSENT .............................................................. 10
    C.   PRIVACY PROTECTIONS AND LIMITS ............................................... 12

V.     SECURITY ........................................................................................................ 15

    A.   INTRODUCTION ...................................................................................... 15
    B.   SECURITY PRACTICES .......................................................................... 15
    C.   INTEGRITY ............................................................................................... 15
    D.   AUTHENTICATION ................................................................................. 16
    E.   AUTHORIZATION .................................................................................... 16
    F.   ENCRYPTION ........................................................................................... 16
    G.   RECOVERY ............................................................................................... 16
    H.   AUDIT ........................................................................................................ 16

VI.    RETENTION AND DISPOSITION ................................................................. 17

    A.   RETENTION .............................................................................................. 17
    B.   DISPOSITION ............................................................................................ 17
    C.   BACK-UP ................................................................................................... 17

APPENDIX A: DEFINITIONS ................................................................................. 18

APPENDIX B: REFERENCES ................................................................................. 21

APPENDIX C: POLICIES RELATING TO ACCESS WITHOUT CONSENT ................. 23

## I.  INTRODUCTION

The University of California encourages the use of electronic communications to share information and knowledge in support of the University's mission of education, research and public service and to conduct the University's business. To this end, the University supports and provides interactive electronic communications services and facilities for telecommunications, mail, publishing, and broadcasting.

Recognizing the convergence of technologies based on voice, video, and data networks, as Presidential Policy [http://www.ucop.edu/ucophome/coordrev/policy/], the University of California Electronic Communications Policy establishes principles, rules, and procedures applying to all members of the University community to specifically address issues particular to the use of electronic communications. It clarifies the applicability of law to electronic communications and references other University guidelines to ensure consistent application of the Electronic Communications Policy on all University campuses (see Appendix B, References).

## II. GENERAL PROVISIONS

### A. PURPOSE

The purposes of this Policy are to:

- Establish policy on privacy, confidentiality, and security in electronic communications;
- Ensure that University electronic communications resources are used for purposes appropriate to the University's mission;
- Inform the University community about the applicability of laws and University policies to electronic communications;
- Ensure that electronic communications resources are used in compliance with those laws and University policies; and
- Prevent disruptions to and misuse of University electronic communications resources, services, and activities.

### B. SCOPE

This Policy applies to:

- All electronic communications resources owned or managed by the University;
- All electronic communications resources provided by the University through contracts and other agreements with the University;
- All users and uses of University electronic communications resources; and
- All University electronic communications records in the possession of University employees or of other users of electronic communications resources provided by the University.

This Policy does not apply to electronic communications resources of the Department of Energy Laboratories managed by the University, or to users of such electronic communications resources who are employees and agents of those Laboratories. The Policy does apply to University users (as defined here) of the DOE Laboratories' electronic communications resources, to the extent that the provisions of the Policy are not superseded by those of DOE Laboratories managed by the University.

This Policy applies to the contents of electronic communications, and to the electronic attachments and transactional information associated with such communications.

This Policy applies only to electronic communications records in electronic form. The Policy does not apply to printed copies of electronic communications records or printed copies of transactional information. Electronic communications records in either printed or electronic form are subject to federal and state laws as well as University records management policies, including their provisions regarding retention and disclosure (see State of California Statutes, Federal Statutes and Regulations, and Business and Finance Bulletins in the Records Management and Privacy (RMP) series listed in Appendix B, References).

## C. DEFINITIONS

The following terms used in this Policy are defined in Appendix A, Definitions. Knowledge of these definitions is important to an understanding of this Policy.

- Compelling Circumstances
- Electronic Communications
- Electronic Communications Resources
- Electronic Communications Records
- Electronic Communications Service Provider
- Electronic Communications Systems or Services
- Emergency Circumstances
- Faculty
- Holder of an Electronic Communications Record or Electronic Communications Holder
- Possession of Electronic Communications Record
- Public Record
- Substantiated Reason
- Time-dependent, Critical Operational Circumstances
- Transactional Information
- University Administrative Record
- University Electronic Communications Record
- University Electronic Communications Systems or Services
- Use of Electronic Communications Services

## D. RESPONSIBILITIES

1.  **Policy.** This Policy is issued by the President of the University of California. The Associate Vice President, Information Resources and Communications (IR&C) in the Office of the President is responsible for maintenance of this Policy.

2. **Implementation**. Each Chancellor, and for the Office of the President, the Senior Vice President, Business and Finance, shall designate a coordinator to administer the Policy.  In consultation with faculty, students, and staff, the designated coordinator shall develop, maintain, and publish specific procedures and practices that implement this Policy. Campus procedures shall include information on accessibility of student information, authorized users, procedures for restricting or denying use of its electronic communications services, adjudication of complaints, network monitoring practices, and other matters as described in Attachment 2, Implementation Guidelines.  IR&C shall facilitate regular communication among campus coordinators to address consistency in campus implementing procedures.

3. **Informational Material.** Campuses shall provide users of University electronic communications resources with instructional material based on this Policy and on their own campus implementation guidelines.

## E. VIOLATIONS OF LAW AND POLICY

1. **Law.** Federal and state law prohibit the theft or abuse of computers and other electronic resources such as electronic communications resources, systems, and services. Abuses include (but are not limited to) unauthorized entry, use, transfer, tampering with the communications of others, and interference with the work of others and with the operation of electronic communications resources, systems, and services. The law classifies certain types of offenses as felonies (see Appendix B, References).

2. **University Disciplinary Actions.** University policy prohibits the use of University property for illegal purposes and for purposes not in support of the mission of the University. In addition to legal sanctions, violators of this Policy may be subject to disciplinary action up to and including dismissal or expulsion, pursuant to University policies and collective bargaining agreements. Further information on permitted and prohibited uses is given in Section III, Allowable Use.

## III. ALLOWABLE USE

### A. INTRODUCTION

The University encourages the use of electronic communications resources and makes them widely available to the University community. Nonetheless, the use of electronic communications resources is limited by restrictions that apply to all University property and by constraints necessary for the reliable operation of electronic communications systems and services. The University reserves the right to deny use of its electronic communications services when necessary to satisfy these restrictions and constraints.

In general, the University cannot and does not wish to be the arbiter of the contents of electronic communications. Neither can the University always protect users from receiving electronic messages they might find offensive.

### B. OWNERSHIP

This Policy does not address the ownership of intellectual property stored on or transmitted through University electronic communications resources. Ownership of intellectual property is governed by law, the University of California Policy on Copyright Ownership (1992) and the 2003 Policy on Ownership of Course Materials, Academic Personnel Policy 020, Special Services to Individuals and Organizations (Regulation 4), and other University policies and contracts (see Appendix B, References).

University policy issued by Vice President Bolton on October 31, 1969 and reiterated in Business and Finance Bulletin RMP-1, University Records Management Program (see Appendix B, References) assigns the ownership of the administrative records of the University to The Regents of the University of California. This applies whether such records are in paper, digital, or other format. Electronic communications records pertaining to the administrative business of the University are considered public records (see Appendix A, Definitions), whether or not the University owns the electronic communications resources, systems or services used to create, send, forward, reply to, transmit, store, hold, copy, download, display, view, read, print, or otherwise record them. Other records, although not owned by The Regents, nevertheless may be subject to disclosure as public records under the California Public Records Act if they pertain to the business of the University.

University electronic communications resources, systems and services are the property of The Regents of the University of California. These include all components of the electronic communications physical infrastructure and any

electronic communications address, number, account, or other identifier associated with the University or any unit of the University or assigned by the University to individuals, units, or functions.

## C. ALLOWABLE USERS

1. **University Users.** University students, faculty, staff, and others affiliated with the University (including those in program, contract, or license relationships with the University) may, as authorized by the Chancellor, be eligible to use University electronic communications resources and services for purposes in accordance with Sections III.D, Allowable Use.

2. **Public Users.** Persons and organizations that are not University Users may only access University electronic communications resources or services under programs sponsored by the University, as authorized by the Chancellor, or for the Office of the President, the Senior Vice President, Business and Finance, for purposes of such public access in accordance with Section III.D, Allowable Use.

3. **Transient Users.** Users whose electronic communications merely transit University facilities as a result of network routing protocols are not considered "Users" for the purposes of this Policy.

## D. ALLOWABLE USES

Use of University electronic communications resources is allowable subject to the following conditions:

1. **Purpose.** Electronic communications resources may be provided by University units or sub-units in support of the teaching, research, and public service mission of the University, and of the administrative functions that support this mission.

2. **Non-Competition.** University electronic communications resources shall not be provided to individual consumers or organizations outside the University except by approval of the Chancellor. Such services shall support the mission of the University and not be in competition with commercial providers.

3. **Restrictions.** University electronic communications resources may not be used for:

- unlawful activities;
- commercial purposes not under the auspices of the University;
- personal financial gain (except as permitted under applicable academic personnel policies);
- personal use inconsistent with Section III.D, Allowable Uses; or
- uses that violate other University or campus policies or guidelines. The latter include, but are not limited to, policies and guidelines regarding intellectual property and sexual or other forms of harassment (see Appendix B, References).

4. **Representation.** Use of the University's name and seal is regulated by the State of California Education Code 92000. Users of electronic communications resources must abide by this statute as well as by University and campus policies on the use of the University's name, seals, and trademarks (see Appendix B, References). Users of electronic communications resources shall not give the impression that they are representing, giving opinions, or otherwise making statements on behalf of the University or any unit of the University unless appropriately authorized to do so.

5. **Endorsements**. Users of electronic communications resources must abide by University and campus policies regarding endorsements. References or pointers to any non-University entity contained in University electronic communications shall not imply University endorsement of the products or services of that entity.

6. **False Identity and Anonymity.** Users of University electronic communications resources shall not, either directly or by implication, employ a *false identity* (the name or electronic identification of another). However, when not prohibited by law or other University policy, a supervisor may direct an employee to use the supervisor's identity to transact University business for which the supervisor is responsible. In such cases, an employee's use of the supervisor's electronic identity does not constitute a false identity.

   A user of University electronic communications resources may use a *pseudonym* (an alternative name or electronic identification for oneself) for privacy or other reasons, so long as the pseudonym clearly does not constitute a false identity.

   A user of University electronic communications resources may remain *anonymous* (the sender's name or electronic identification are hidden) except when publishing web pages and transmitting broadcasts.

Campus guidelines and procedures may further restrict the circumstances under which pseudonyms and anonymous electronic communications are permitted.

7. **Interference**. University electronic communications resources shall not be used for purposes that could reasonably be expected to cause excessive strain on any electronic communications resources, or to cause interference with others' use of electronic communications resources.

Users of electronic communications services shall not: (i) send or forward chain letters or their equivalents in other services; (ii) "spam," that is, exploit electronic communications systems for purposes beyond their intended scope to amplify the widespread distribution of unsolicited electronic messages; (iii) "letter-bomb," that is, send an extremely large message or send multiple electronic messages to one or more recipients and so interfere with the recipients' use of electronic communications systems and services; or (iv) intentionally engage in other practices such as "denial of service attacks" that impede the availability of electronic communications services.

8. **Personal Use.** University users of a University electronic communications facility or service may use that facility or service for incidental personal purposes provided that, in addition to the foregoing constraints and conditions, such use does not: (i) interfere with the University's operation of electronic communications resources; (ii) interfere with the user's employment or other obligations to the University, or (iii) burden the University with noticeable incremental costs. When noticeable incremental costs for personal use are incurred, users shall follow campus guidelines and procedures for reimbursement to the University.

The California Public Records Act requires the University to disclose specified public records. In response to requests for such disclosure, it may be necessary to examine electronic communications records that users consider to be personal to determine whether they are public records that are subject to disclosure (see the presumption in Appendix A, Definitions, of a University Electronic Communications Record).

The University is not responsible for any loss or damage incurred by an individual as a result of personal use of University electronic communications resources.

9. **Accessibility**. All electronic communications intended to accomplish the academic and administrative tasks of the University shall be accessible to allowable users with disabilities in compliance with law and University policies. Alternate accommodations shall conform to law and University policies and guidelines.

**10. Intellectual Property**. The contents of all electronic communications shall conform to laws and University policies regarding protection of intellectual property, including laws and policies regarding copyright, patents, and trademarks. When the content and distribution of an electronic communication would exceed fair use as defined by the federal Copyright Act of 1976, users of University electronic communications resources shall secure appropriate permission to distribute protected material in any form, including text, photographic images, audio, video, graphic illustrations, and computer software.

## E. ACCESS RESTRICTION

Eligibility to access or use University electronic communications services or electronic communications resources, when provided, is a privilege accorded at the discretion of the University. This privilege is subject to the normal conditions of use, including procedures for initiation and termination of service eligibility, established by the manager of the individual electronic communications resource.

In addition, use of University electronic communications resources may be restricted or rescinded by the University at its discretion when required by and consistent with law, when there is substantiated reason to believe that violations of law or University policies have taken place, when there are compelling circumstances, or under time-dependent, critical operational circumstances (see Appendix A, Definitions). Restriction of use is subject to established *campuswide* procedures or, in the absence of such procedures, to the approval of the appropriate Vice Chancellor(s) or, for the Office of the President, the Senior Vice President, Business and Finance. Electronic communications resource providers may, nonetheless, restrict use of University electronic communications systems and services on a temporary basis as needed in Emergency Circumstances and Compelling Circumstances (see Appendix A, Definitions).

In compliance with the Digital Millennium Copyright Act, the University reserves the right to suspend or terminate use of University electronic communications systems and services by any user who repeatedly violates copyright law.

## IV. PRIVACY AND CONFIDENTIALITY

### A. INTRODUCTION

The University recognizes that principles of academic freedom and shared governance, freedom of speech, and privacy hold important implications for the use of electronic communications. This Policy reflects these firmly-held principles within the context of the University's legal and other obligations. The University respects the privacy of electronic communications in the same way that it respects the privacy of paper correspondence and telephone conversations, while seeking to ensure that University administrative records are accessible for the conduct of the University's business.

The University does not examine or disclose electronic communications records without the holder's consent. Nonetheless, subject to the requirements for authorization, notification, and other conditions specified in this Policy, the University may examine or disclose electronic communications under very limited circumstances as described in Section IV.B, Access Without Consent.

University employees are prohibited from seeking out, using, or disclosing personal information in electronic communications without authorization (see Business and Finance Bulletin RMP-8, Legal Requirements on Privacy of and Access to Information). University policy requires that its employees take necessary precautions to protect the confidentiality of personal information encountered either in the performance of their duties or otherwise (see Business and Finance Bulletin IS-3, Electronic Information Security).

University contracts with outside vendors for electronic communications services shall explicitly reflect and be consistent with this Policy and other University policies related to privacy.

### B. ACCESS WITHOUT CONSENT

An electronic communications holder's consent shall be obtained by the University prior to any access for the purpose of examination or disclosure of the contents of University electronic communications records in the holder's possession, except as provided for below.

The University shall permit the examination or disclosure of electronic communications records without the consent of the holder of such records only: (i) when required by and consistent with law; (ii) when there is substantiated reason (as defined in Appendix A, Definitions) to believe that violations of law or of University policies listed in Appendix C, Policies Relating to Access Without

Consent, have taken place; (iii) when there are compelling circumstances as defined in Appendix A, Definitions; or (iv) under time-dependent, critical operational circumstances as defined in Appendix A, Definitions.

When under the circumstances described above the contents of electronic communications records must be examined or disclosed without the holder's consent, the following shall apply:

1. **Authorization.** Except in emergency circumstances (as defined in Appendix A, Definitions) in accordance with Section IV.B.2, Emergency Circumstances, or except for subpoenas or search warrants in accordance with Section IV.B.6, Search Warrants and Subpoenas, such actions must be authorized in advance and in writing by the responsible campus Vice Chancellor or, for the Office of the President, the Senior Vice President, Business and Finance (see Section II.D, Responsibilities).[1] This authority may not be further redelegated.

   Authorization shall be limited to the least perusal of contents and the least action necessary to resolve the situation.

2. **Emergency Circumstances**. In emergency circumstances as defined in Appendix A, Definitions, the least perusal of contents and the least action necessary to resolve the emergency may be taken immediately without authorization, but appropriate authorization must then be sought without delay following the procedures described in Section IV.B.1, Authorization, above.

3. **Notification.** The responsible authority or designee shall at the earliest opportunity that is lawful and consistent with other University policy notify the affected individual of the action(s) taken and the reasons for the action(s) taken.

   Each campus will issue in a manner consistent with law an annual report summarizing instances of authorized or emergency nonconsensual access pursuant to the provisions of this Section IV.B, Access Without Consent, without revealing personally identifiable data.

4. **Compliance with Law.** Actions taken under Sections IV.B.1, Authorization, and IV.B.2, Emergency Circumstances, shall be in full compliance with the law and other applicable University policies, including laws and policies listed in Appendix B, References. Advice of legal counsel must always be sought prior to any action involving electronic communications records (a)

---

[1] On March 18, 2004 the Regents Committee on Audit approved changes to the Internal Audit Management Charter authorizing Internal Audit to have access to University information except where prohibited by law. [http://www.universityofcalifornia.edu/regents/regmeet/mar04.html]

stored on equipment not owned or housed by the University, or (b) whose content is protected under the federal Family Educational Rights and Privacy Act of 1974 (see Section IV.C.1.b, Student Information).

5. **Recourse.** Campus implementing procedures shall specify the process for review and appeal of actions taken under Sections IV.B.1, Authorization, and IV.B.2, Emergency Circumstances to provide a mechanism for recourse to individuals who believe that actions taken by employees or agents of the University were in violation of this Policy.

6. **Search Warrants and Subpoenas.** Search warrants and subpoenas are not subject to sections 1-2 and 4-5 above. Search warrants and subpoenas for electronic communications records shall be referred to University legal counsel at the Office of the General Counsel or designated officials at campus locations.

   *Search Warrants.* Duly signed search warrants shall be processed in accordance with federal and state laws, University policies, and instructions in the warrant.

   *Subpoenas.* Subpoenas shall be processed in accordance with applicable federal and state laws and University policies (see Business and Finance Bulletin RMP-10, Instructions for Responding to Subpoena). Campus officials shall provide advance notice to individuals whose records are the subject of a subpoena duces tecum in accordance with instructions and time requirements in RMP-10, section III.C, "Responding to requests for personal records of a consumer."

## C. PRIVACY PROTECTIONS AND LIMITS

1. **Privacy Protections**

   a. **Personal Information.** Federal and California law provide privacy protections for some information that personally identifies an individual. Business and Finance Bulletin RMP-8, Legal Requirements on Privacy of and Access to Information, provides guidelines for the collection and use of personal information in conformance with the law. These guidelines apply to information collected and disseminated by electronic means just as they do to records stored on paper and other media.

   b. **Student Information.** Users of electronic communications systems and services shall not disclose information about students in violation of the federal Family Educational Rights and Privacy Act of 1974 (FERPA), and the University policies that provide guidance in meeting FERPA requirements. See Business and Finance Bulletin RMP-8, Legal

**Electronic Communications Policy**                    **Section IV: Privacy & Confidentiality**

Requirements on Privacy of and Access to Information, and the University's Policy Applying to the Disclosure of Information from Student Records (Sections 130-134 of the Policies Applying to Campus Activities, Organizations, and Students).

c.  **Electronically Gathered Data.** Any collection or distribution of personally identifiable information shall be consistent with federal and state law and University policy (see Business and Finance Bulletin RMP-8, Legal Requirements on Privacy of and Access to Information). Except when otherwise provided by law, users of University electronic communications systems and services shall be informed whenever personally identifiable information other than transactional information (see Appendix A, Definitions) will be collected and stored automatically by the system or service.

In addition, California law requires state agencies and the California State University to enable users to terminate an electronic communications transaction without leaving personal data (see Appendix B, References). All electronic communications systems and services in which the University is a partner with a state agency or the California State University must conform to this requirement.

In no case shall electronic communications that contain personally identifiable information about individuals, including data collected by the use of "cookies" or otherwise automatically gathered, be sold or distributed to third parties without the explicit permission of the individual.

d.  **Telephone Conversations.** In compliance with federal law, audio or video telephone conversations shall not be recorded or monitored without advising the participants unless a court has explicitly approved such monitoring or recording. Emergency services shall record 911-type emergency calls in accordance with federal and state laws and regulations.

Participants shall be informed when a call is being monitored or recorded for the purpose of evaluating customer service, assessing workload, or other business purpose permitted by law. University units that monitor or record telephone calls shall provide an alternative method of doing business with the University to clients who do not wish to be part of a monitored telephone call.

2.  **Privacy Limits**

a. **Possession of Public Records.** University employees shall comply with University requests for copies of public records in their possession, regardless of whether such records reside on University electronic communications resources.

b. **System Monitoring.** University employees who operate and support electronic communications resources regularly monitor transmissions for the purpose of ensuring reliability and security of University electronic communications resources and services (see Section V.B, Security Practices), and in that process might observe certain transactional information or the contents of electronic communications. Except as provided elsewhere in this Policy or by law, they are not permitted to seek out transactional information or contents when not germane to system operations and support, or to disclose or otherwise use what they have observed.

In the process of such monitoring, any unavoidable examination of electronic communications (including transactional information) shall be limited to the least invasive degree of inspection required to perform such duties. This exception does not exempt systems personnel from the prohibition (see Section IV.A, Introduction) against disclosure of personal or confidential information..

Except as provided above, systems personnel shall not intentionally search the contents of electronic communications or transactional information for violations of law or policy. However, if in the course of their duties systems personnel inadvertently discover or suspect improper governmental activity (including violations of law or University policy), reporting of such violations shall be consistent with the Policy on Reporting and Investigating Allegations of Suspected Improper Governmental Activities (the "Whistleblower Policy").

c. **Back-up Services.** Operators of University electronic communications resources shall provide information about back-up procedures to users of those services upon request.

# V. SECURITY

## A. INTRODUCTION

The University makes reasonable efforts to provide secure and reliable electronic communications services. Operators of University electronic communications resources are expected to follow appropriate professional practices in providing for the security of electronic communications records, data, application programs, and systems following guidelines provided in Business and Finance Bulletin IS-3, Electronic Information Security.

IS-3 provides guidelines for managing the security of electronic information resources used to conduct activities in support of the University's mission. IS-3 guidelines apply to the security of University electronic information resources in the form of electronic communications, stored data, and electronic communications resources used to transmit and process such records and data.

## B. SECURITY PRACTICES

Providers of electronic communications services ensure the integrity and reliability of systems under their control through the use of various techniques that include routine monitoring of electronic communications.  Network traffic may be inspected to confirm malicious or unauthorized activity that may harm the campus network or devices connected to the network. Such activity shall be limited to the least perusal of contents required to resolve the situation. User consent is not required for these routine monitoring practices.   Providers shall document and make available to their users general information about these monitoring practices. If providers determine that it is necessary to examine suspect electronic communications records beyond routine practices, the user's consent shall be sought.  If circumstances prevent prior consent, notification procedures described in Section IV.B.3, Notification shall be followed.

## C. INTEGRITY

No person shall attempt to breach any security mechanisms that protect electronic communications services or facilities or any records or messages associated with these services or facilities unless otherwise authorized by other provisions of this Policy.

### D. AUTHENTICATION

Electronic communications service providers (see Appendix A, Definitions) shall maintain currency with authentication technologies supported by the University and implement them in accordance with Business and Finance Bulletin IS-3, Electronic Information Security, and commensurate with applicable security requirements.

### E. AUTHORIZATION

Service providers shall use authorization technologies commensurate with security requirements of the service, application, or system. See Business and Finance Bulletin IS-3, Electronic Information Security, for requirements regarding access management of the University's electronic information resources.

### F. ENCRYPTION

Where deemed appropriate, electronic communications containing restricted data as defined in Business and Finance Bulletin IS-3, Electronic Information Security should be encrypted during transit across communications networks. Other communications may be encrypted during transit. All encrypted communications shall be handled upon receipt in conformance with the storage requirements for electronic information resources, as defined in IS-3.

### G. RECOVERY

Providers of campuswide or Universitywide electronic communications services shall implement recovery practices adequate to ensure rapid recovery from security intrusions and service interruptions.

### H. AUDIT

Providers of electronic communications services shall use cost-effective audit technologies and practices to help identify security violators and speed up recovery from security incidents. The use of such audit technologies and practices shall not conflict with other provisions of this Policy, in particular Section IV, Privacy and Confidentiality.

## VI. RETENTION AND DISPOSITION

### A. RETENTION

Electronic communications records are subject to University records management policies as stated in the University of California Records Disposition Schedules Manual, which provides guidance for administering the retention and disposition of all records, regardless of the medium on which they are stored.

### B. DISPOSITION

The Record Proprietor, as defined in Business and Finance Bulletin RMP-1, University Records Management Program, is responsible for preserving those electronic communications records that have been identified as having lasting business purpose or historical value to the University.

### C. BACK-UP

The University does not maintain central or distributed electronic archives of all electronic communications records sent or received. Electronic communications records are normally backed up, if at all, only to assure system integrity and reliability, not to provide for future retrieval, although back-ups may at times serve the latter purpose incidentally. Operators of University electronic communications services are not required by this Policy to routinely retrieve electronic communications records from such back-up facilities for individuals.

## APPENDIX A: DEFINITIONS

**Compelling Circumstances**: Circumstances in which failure to act might result in significant bodily harm, significant property loss or damage, loss of significant evidence of one or more violations of law or of University policies listed in Appendix C, Policies Relating to Access Without Consent, or significant liability to the University or to members of the University community.

**Electronic Communications**: Any transfer of signals, writings, images, sounds, data or intelligence that is, created, sent, forwarded, replied to, transmitted, distributed, broadcast, stored, held, copied, downloaded, displayed, viewed, read, or printed by one or several electronic communications systems[2]. For purposes of this Policy, an electronic file that has not been transmitted is not an electronic communication.

**Electronic Communications Records**: The contents of electronic communications created, sent, forwarded, replied to, transmitted, distributed, broadcast, stored, held, copied, downloaded, displayed, viewed, read, or printed by one or several electronic communications systems or services. This definition of electronic communications records applies equally to attachments to such records and transactional information associated with such records.

**Electronic Communications Resources**: Telecommunications equipment, transmission devices, electronic video and audio equipment, encoding or decoding equipment, computers and computer time, data processing or storage systems, computer systems, servers, networks, input/output and connecting devices, and related computer records, programs, software, and documentation that supports electronic communications services.

**Electronic Communications Service Provider**: Any unit, organization, or staff with responsibility for managing the operation of and controlling individual user access to any part of the University's electronic communications systems and services.

**Electronic Communications Systems or Services**: Any messaging, collaboration, publishing, broadcast, or distribution system that depends on electronic communications resources to create, send, forward, reply to, transmit, distribute, broadcast, store, hold, copy, download, display, view, read, or print electronic records for purposes of communication across electronic communications network systems between or among individuals or groups, that is either explicitly denoted as a system for electronic communications or is implicitly used for such purposes.

---

[2] Definition is modeled on language contained in the Electronic Communications Privacy Act (see US Code Title 18 § 2510).

**Emergency Circumstances**: Circumstances in which time is of the essence and there is a high probability that delaying action would almost certainly result in compelling circumstances.

**Faculty**: A member of the faculty as defined by Academic Personnel Policy 110-4 (14).

**Holder of an Electronic Communications Record or Electronic Communications Holder:** An electronic communications user who, at a given point in time, is in possession (see definition below) or receipt of a particular electronic communications record, whether or not that electronic communications user is the original creator or a recipient of the content of the record.

**Possession of Electronic Communications Record:** An individual is in possession of an electronic communications record, whether the original record or a copy or modification of the original record, when that individual has effective control over the location of its storage or access to its content. Thus, an electronic communications record that resides on an electronic communications server awaiting download to an addressee is deemed, for purposes of this Policy, to be in the possession of that addressee. Systems administrators and other operators of University electronic communications services are excluded from this definition of possession with regard to electronic communications not specifically created by or addressed to them.

- Electronic communications users are not responsible for electronic communications records in their possession when they have no knowledge of the existence or contents of such records.

**Public Record**: A record as defined in Business and Finance Bulletin RMP-8, Legal Requirements on Privacy of and Access to Information, and/or the California Public Records Act. Public records include writings or other forms of recording that contain information relating to the conduct of the public's business in materials prepared, owned, used, or retained by the University regardless of physical form or characteristics [California Government Code Section 6252(e)]. Except for certain defined situations, such records are subject to disclosure under the California Public Records Act. For more information regarding the requirements of the Public Records Act, and the University's implementation of that Act, including exemptions from disclosure, see RMP-8.

**Substantiated Reason**: Reliable evidence indicating that violation of law or of University policies listed in Appendix C, Policies Relating to Access Without Consent, probably has occurred, as distinguished from rumor, gossip, or other unreliable evidence.

**Time-dependent, Critical Operational Circumstances**: Circumstances in which failure to act could seriously hamper the ability of the University to function administratively or to meet its teaching obligations, but excluding circumstances pertaining to personal or professional activities, or to faculty research or matters of shared governance.

**Transactional Information:** Information, including electronically gathered information, needed either to complete or to identify an electronic communication. Examples include but are not limited to: electronic mail headers, summaries, addresses and addressees; records of telephone calls; and IP address logs.

**University Administrative Record**: A Public Record (see definition above) that documents or contains information related to the organization, functions, policies, decisions, procedures, operations, or other business activities of the University.

**University Electronic Communications Record**: A Public Record in the form of an electronic communications record, whether or not any of the electronic communications resources utilized to create, send, forward, reply to, transmit, distribute, broadcast, store, hold, copy, download, display, view, read, or print the electronic communications record are owned by the University. This implies that the location of the record, or the location of its creation or use, does not change its nature (i) as a University electronic communications record for purposes of this or other University policy, and (ii) as having potential for disclosure under the California Public Records Act.

- Until determined otherwise or unless it is clear from the context, any electronic communications record residing on university-owned or controlled telecommunications, video, audio, and computing facilities will be deemed to be a University electronic communications record for purposes of this Policy. This *would* include personal electronic communications. Consistent with the principles of least perusal and least action necessary and of legal compliance, the University must make a good faith a priori effort to distinguish University electronic communications records from personal and other electronic communications in situations relevant to disclosures under the California Public Records Act and other laws, or for other applicable provisions of this Policy.

**University Electronic Communications Systems or Services**: Electronic communications systems or services owned or operated by the University or any of its sub-units or provided through contracts with the University.

**Use of Electronic Communications Services**: To create, send, forward, reply to, transmit, distribute, broadcast, store, hold, copy, download, display, view, read, or print electronic communications with the aid of electronic communications services. An Electronic Communications User is an individual who makes use of electronic communications services.

- The act of receipt of electronic communications as contrasted with actual viewing of the record by the recipient is excluded from the definition of "use" to the extent that the recipient does not have advance knowledge of the contents of the electronic communications record.

## APPENDIX B: REFERENCES

The following list identifies significant sources used as background in the preparation of this Policy, whether or not they are directly referenced by this Policy. It does not include all applicable laws and University policies. Laws and policies change from time to time, so users of this Policy are encouraged to refer to the Office of the President Universitywide Policy Manuals and Selected Guidelines website at http://www.ucop.edu/ucophome/coordrev/ucpolicies/policymanuals.html for updates.

**University Policies and Guidelines**

- *Business and Finance Bulletins:*

  A-56, Academic Support Unit Costing and Billing Guidelines
  BUS-29, Management and Control of University Equipment
  BUS-43, Materiel Management
  BUS-65, Guidelines for University Mail Services
  IS-3, Electronic Information Security
  RMP-1, University Records Management Program
  RMP-2, Records Retention and Disposition
  RMP-7, Privacy of and Access to Information Responsibilities
  RMP-8, Legal Requirements on Privacy of and Access to Information
  RMP-10, Instructions for Responding to Subpoena

- *Personnel Manuals and Agreements:*

  Academic Personnel Manual
  Personnel Policies for Staff Members and Appendix II for Senior Managers
  Collective Bargaining Contracts (Memoranda of Understanding)

- *Other Related Policies and Guidelines:*

  Campus Access Guidelines for Employee Organizations (Local Time, Place, and
    Manner Rules)
  Policies Applying to Campus Activities, Organizations, and Students
  Policy and Guidelines on the Reproduction of Copyrighted Materials for Teaching
    and Research
  Policy on Copyright Ownership (1992) and the 2003 Policy on Ownership of Course
    Materials
  Policy on Reporting and Investigating Allegations of Suspected Improper
    Governmental Activities (the "Whistleblower Policy")

**Electronic Communications Policy**                    **Appendix B: References**

Policy on Sexual Harassment and Procedures for Responding to Reports of Sexual
  Harassment
University of California Records Disposition Schedules Manual
University Policy on Integrity in Research

**State of California Statutes**

State of California Information Practices Act of 1977 (Civil Code Section 1798 et
  seq.)
State of California Public Records Act (Government Code Section 6250 et seq.)
State of California Education Code, Section 67100 et seq.
State of California Education Code 92000
State of California Government Code, Section 11015.5
State of California Penal Code, Section 502 and 1523 et seq.

**Federal Statutes and Regulations**

Americans with Disabilities Act of 1990
Communications Decency Act of 1996
Copyright Act of 1976
Digital Millennium Copyright Act of 1998
Electronic Communications Privacy Act of 1986
Family Educational Rights and Privacy Act of 1974
Health Insurance Portability and Accountability Act of 1996
Privacy Act of 1974
Telecommunications Act of 1934
Telecommunications Act of 1996
Federal Communications Commission Rules and Regulations

## APPENDIX C: POLICIES RELATING TO ACCESS WITHOUT CONSENT

The Electronic Communications Policy cites circumstances under which access to electronic communications may occur without the prior consent of the holder (see Section IV.B, Access Without Consent). Following are University policies that may trigger nonconsensual access following procedures defined in Section IV.B, Access Without Consent.

1.  University policies governing sexual or other forms of harassment, specifically: Policies Applying to Campus Activities, Organizations, and Students, Section 160; Section APM-035, Appendix A of Affirmative Action and Nondiscrimination in Employment; and Personnel Policies for UC Staff Members.  Sexual harassment concerning students is covered by item 6 below.

2.  Certain portions of policies governing access to University records, specifically RMP-1, Section IV.B; RMP-8, Sections on Disclosure of Information and Rules of Conduct.

3.  The Academic Personnel Manual, APM-015, Section II, Part II, Professional Responsibilities, Ethical Principles, and Unacceptable Faculty Conduct, and the University Policy on Integrity in Research, APM 190, Appendix B.

4.  Personnel Policies for Staff Members and Appendix II for Senior Managers

5.  Collective bargaining agreements and memoranda of understanding.

6.  Section 102 governing student conduct of the policy entitled Policies Applying to Campus Activities, Organizations, and Students.

7.  Sections III, Allowable Use, and IV, Privacy and Confidentiality, of this Electronic Communications Policy.

Violations of other policies can normally be detected and investigated without requiring nonconsensual access to electronic communications. On occasion, attention to possible policy violations is brought about because of the receipt by others of electronic communications. However, it is acknowledged that electronic communications can be forged, the true identity of the sender can be masked, and the apparent sender might deny authorship of the electronic communication. In such circumstances and provided there is substantiated reason (as defined in Appendix A, Definitions) that points to the identity of the sender, nonconsensual access to the purported sender's electronic communications may be authorized following the procedures defined in Section IV.B, Access Without

**Electronic Communications Policy**          **Appendix C: Access Without Consent**

Consent, but only to the least extent necessary for verifying unambiguously the identity of the sender, and only for major violations of the following policies:

- Business and Finance Bulletin A-56, Section IV.H, governing sales of goods or services outside the University.

- Business and Finance Bulletin BUS-29, Section N, governing use of University materiel or property.

- Business and Finance Bulletin BUS-43, Part 3, Section X.A, governing use of University credit, purchasing power, or facilities.

- Policies Applying to Campus Activities, Organizations, and Students, Section 42.40, governing use of University properties for commercial purposes and personal financial gain.

- Business and Finance Bulletin BUS-65, Section VII, governing provision of University mailing lists to others.

- Policy and Guidelines on the Reproduction of Copyrighted Materials for Teaching and Research.

- Campus Access Guidelines for Employee Organizations.

**Posting and Authority to Change**

Because University policies are subject to change, this list may change from time to time. The authoritative list at any time will be posted under the listings of University policies posted on the Web. Authority to change this list rests with the President of the University acting, where policies affecting faculty are concerned, with the advice of the Academic Senate.