# Exhibit R

August, 2004

Return to Cal
home p[age]

# CalMail Service Policy

| | |
|---|---|
| Responsible Executive: | Jack McCredie<br>UC Berkeley Chief Information Officer |
| Responsible Office: | Information Systems and Technology |
| Contacts for: | • Questions about this policy: itpolicy@berkeley.edu |
| | • Service use information: consult@berkeley.edu |
| | • Mis-use issues: Responding to Inappropriate Use of Computing and Network Resources |

## I. Policy Summary

CalMail supplies email and mailing list services in support of the University's mission of education, research and public service and to conduct the University's business. Access to and use of campus CalMail services is a privilege accorded at the discretion of the University. Use of CalMail is subject to legal and policy restrictions that apply to all University property and by constraints necessary for the reliable operation of electronic communication systems and services. The Berkeley Campus reserves the right to deny access to use CalMail when necessary to satisfy these restrictions and constraints.

## II. Who Should Read this Policy

CalMail service applicants, service users, and service administrators.

## III. Why We Have This Policy

This policy enumerates the principles and practices of operation for the CalMail service.

## IV. Responsibilities

### A. Policy Administrators:

This Policy is issued by Information Systems and Technology. The CalMail Steering Committee is responsible for maintenance of this Policy.

### B. Service Users:

1. *Appropriate Use*

    CalMail users must comply with the Terms and Conditions of Appropriate Use of Calmail described in Appendix A to this Policy.

The Terms and Conditions of Appropriate Use of Calmail also apply to CalMail secondary domain users.

2. *Privacy Awareness*

Users of Calmail Email Services should exercise extreme caution in using email to transmit confidential or sensitive matters. Confidentiality might be compromised by unintended redistribution or by the inadequacy of current technologies to protect against unauthorized access. The privacy of CalMail electronic communications is also limited by:

  i. laws that protect the public's right to know about the public business;
  ii. policies that require employees to comply with management requests for University records in their possession; and
  iii. technical requirements for efficient operation of University electronic communications resources.

Also see Appendix B: Cautions in the Use of Email for more specific information.

C. **Service Provider:**

1. *Operation of this Service*

CalMail endeavors to provide to the campus community the most reliable, high performance, electronic communication service possible, within the constraints of available resources and technological resources. To ensure that the service is administered in compliance with applicable regulations and principles, Calmail is administered in accordance with the Guidelines for Administering Appropriate Use of Campus Computing and Network Services.

The administrators of secondary domains may develop and require more comprehensive policies in addition to, and not less restrictive than, the provisions of this Calmail Service Policy and Appendix A: Terms and Conditions of Appropriate Use of Calmail.

2. *Publication of Information*

  i. **Service Information**: Calmail maintains and publishes material regarding this service in accordance with normal professional standards. See, for example: Eligibility For Services, Frequently asked questions (FAQs) for CalMail users, and the IST: Central Computing Services' Systems Status site.

  ii. **Policy Requirements**: Calmail notifies all users of the requirement to abide by the Terms and Conditions of Appropriate Use of Calmail. Notification is given:
       a. to new user applicants at the time an account is requested;
       b. to all affected users upon significant changes to the provisions; and
       c. as a reminder to all users on an annual basis.

Service information and policy notifications may be in print or electronic form and

shall include reference to an email address or other viable contact information to reach authoritative individuals who can answer questions.

3. *Protection of Privacy*

CalMail systems support staff do not routinely inspect, monitor, or disclose CalMail electronic communications without the holder's (creator's or recipient's) consent. Nonetheless, subject to the requirements for authorization, notification, and other conditions specified in the UC Electronic Communications Policy (ECP), Section IV. B., electronic communications may be inspected, monitored, or disclosed under very limited circumstances.

During the performance of their duties, personnel who operate and support CalMail may periodically need to monitor transmissions or observe certain transactional information to ensure the proper functioning and security of CalMail resources and services. On these and other occasions, systems personnel might observe the contents of CalMail electronic communications. Except as provided in the ECP or by law, they are not permitted to seek out the contents or transactional information where not germane to the foregoing purposes, or disclose or otherwise use what they have observed.

Such unavoidable inspection of electronic communications by CalMail support personnel is limited to the least invasive degree of inspection required to perform their duties. This authorization to perform system support duties does not exempt personnel from the prohibition against disclosure of personal and confidential information, except insofar as such disclosure equates with good faith attempts to route an otherwise undeliverable electronic communication to its intended recipients.

Any personal and confidential information observed during the normal duties of system operation and maintenance will be treated with strictest confidentiality, except in cases where it is evidence for violations of law, or University policies. In these cases, the nature or contents of that information will be disclosed only to proper authorities.

Except as authorized under the conditions specified in the ECP Section IV. B., systems personnel shall not intentionally search CalMail electronic communications records or transactional information for violations of law or policy. However, as required by Business and Finance Bulletin G-29, Procedures for Investigating Misuse of University Resources, they shall report violations discovered inadvertently in the course of their duties.

## V. Procedures

A. **Access to the Service**

1. *Individuals:*

   Current students, faculty, and staff are eligible to apply for individual CalMail accounts. Others, such as visiting scholars, post-doctoral researchers, retired staff, and exchange and concurrent enrollment students may gain eligibility via a special application. For details, see Eligibility For Services.

2. *Departments:*

Departments or other organizational or administrative units of the Berkeley Campus may apply to set up CalMail accounts for shared use to conduct the University's business. For details, see Eligibility For Services.

### B. Use of the Service

"How-to" information about using CalMail service features is available from Frequently asked questions (FAQs) for CalMail users. Consultation is also available from consult@calmail.berkeley.edu.

### C. Restrictions of Service

1. *Related to Possible Misuse*

   Access may be wholly or partially suspended or rescinded without prior notice and without the consent of the user as described in the ECP section III-E, "Access Restriction".

   Subject to any legally-authorized limitations, intentional action restricting a user's CalMail service in response to suspected misuse will follow relevant procedures that assure due process, such as Student Conduct Policies, Faculty Code of Conduct, Staff Contracts or Policies, or other Affiliation Agreements.

2. *Related to Service Administration, Changes, or Outages*

   Normally, users shall be notified in advance of any planned temporary outages or changes affecting their use of Calmail service that are necessary due to system support requirements. Unless unforeseen circumstances dictate more immediate action, service notifications will be planned to allow sufficient time for users to make provisions for accommodating service outages or changes, to the extent possible.

   Unintentional service outages for reasons outside the control of CalMail service providers, such as infrastructure failures, may occur without notice.

   System status information is maintained at http://systemstatus.berkeley.edu. This site will be updated whenever there is a change in system status that will affect system availability for more than 15 minutes. CalMail status news items also may be posted on the Calmail home page and/or the campus iNews page.

### D. Backup Copies, Archiving

Calmail does not maintain central archives of all email sent or received. Email is normally backed up only to ensure system integrity and reliability, not to provide for future retrieval, although back-ups may at times serve the latter purpose incidentally. CalMail staff are not required by this Policy to retrieve email from such back-up facilities upon the Holder's request, although on occasion they may do so as a courtesy.

### E.

**Traffic Controls**

1. *Flow Control Limit*

    CalMail imposes various limits and automatic restrictions in order to protect the service and its users. These limits are intended as protection from both malicious and accidental abuses of the system. These limits include (among others):

    - maximum message size
    - number of messages an account can send or receive per unit of time
    - number of simultaneous connections a single host can make

    Additional limitations and security measures may be imposed at any time, either temporarily or permanently, either as needed or as part of ongoing improvements to the service. Any such changes to the service will be subject to the notification conditions of section C-2, above.

2. *Malware Filtering*

    Calmail employs virus detection processes to automatically delete or reject email messages containing commonly-accepted indicators of known malware, such as viruses. In these cases it is not feasible to send a notice to the actual sender, so the message is deleted without notice.

3. *Spam Tagging*

    Calmail automatically identifies and marks incoming email messages which have a high probability of being unwanted, unsolicited, email ("spam").


## VI. Glossary

Use of terminology in this document corresponds to the definitions in the ECP's Appendix A — Definitions. Additional terms include:

**account**
    The administrative mechanism for authorizing any use of (CalMail) services.
**host**
    A computer connected to a network.
**malware**
    Malware (for "malicious software") programs or files that are developed for the purpose of doing harm. Thus, malware includes computer viruses, worms, and Trojan horses.
**spam**
    To exploit electronic communications systems for purposes beyond their intended scope to amplify the widespread distribution of unsolicited email.
**user**
    The individual or department associated with each authorization account (see above).

## VII. Reference Documents

- CalMail home page
- Eligibility For Services
- Frequently asked questions (FAQs) for CalMail users
- IST: Central Computing Services' Systems Status

- Guidelines for Administering Appropriate Use of Campus Computing and Network Services
- Responding to Inappropriate Use of Computing and Network Resources
- Berkeley Campus IT Policies
- Berkeley Campus Computer Use Policy
- University of California Electronic Communications Policy
- E-Berkeley Policy
- Navigating the Campus Business Environment: Guide to Administrative Responsibilities
- Copyright Information Resources
- CAUTIONS: Protecting Your Privacy on the Internet
- Berkeley Campus IT Security-related policies and guidelines
- Code of Student Conduct
- Berkeley Campus Implementation of University of California Policies Applying to Campus Activities, Organizations, and Students
- Berkeley Campus Personnel Policies for Staff Members
- Faculty Code of Conduct
- Netiquette and Ethics

**Appendices**

- Appendix A: Terms and Conditions of Appropriate Use of Calmail
- Appendix B: Cautions in the use of Email

**Return to top.**

Go to the CalMail home page.

Send email about this website to: policy@berkeley.edu          Website updated: August 24, 2004

# Terms and Conditions of Appropriate Use for Calmail

CalMail email service users must comply with the CalMail Requirements below, as well as with the University of California Electronic Communications Policy (ECP), the Berkeley Campus Computer Use Policy, the Campus Online Activities Policy, and all other laws and policies relevant to their conduct while using a Berkeley Campus electronic communication service.

1. Users of Calmail shall not give the impression that they are representing, giving opinions, or otherwise making statements on behalf of the Campus or any department or unit of the Campus unless appropriately authorized to do so. Nevertheless, because communications sent via CalMail indicate an individual's affiliation with the University of California, Berkeley, users are expected to show courtesy and consideration in all their CalMail communications.

2. CalMail users must not waste resources or interfere with others' use of electronic communications services. For example, users shall not send or forward email chain letters, send spam, or intentionally engage in other practices such as "denial of service attacks" that impede the availability of electronic communications services.

3. Users must not share their individual Calmail account password with others. If an authorized user shares the individual account's password, that authorized user may be held responsible for any misuse of the account that occurred as a result.

   If a shared use account is needed to conduct University business, a departmental account may be set up. The authorized administrative official who sponsors a departmental account shall be responsible for ensuring appropriate use of that account by all users.

4. Users must not use their CalMail account for any commercial use for personal profit, including publishing their CalMail address for such commercial activity contacts.

   Users must not use their CalMail account for any commercial use on behalf of other individuals or on behalf of groups, unless authorized by campus administrative officials as being in support of the campus [(1)].

5. CalMail mailing list owners must:
   a. obtain consent from all addressees to be included on their lists, except for lists used to conduct official campus notifications [(2)]
   b. inform list members and new subscribers what the purpose of the list is and the rules governing posting to the list
   c. enforce appropriate use of their lists
      (A list manager may remove from the list any users who do not comply with rules governing use of the list, for example, the scope of topics which may be discussed or stated standards of conduct.)

    d. inform list members what level of privacy exists for each list they own.
Different types of mailing lists may allow for different privacy levels. For example:
- mailing lists can be advertised or private
- list membership can be open to the public or restricted

**Examples of Misuse:**

Specific examples of violations of these Terms and Conditions include but are not limited to:

- violations of copyright law
- sending harassing email
- knowingly forwarding or originating hoaxes, scams, or other types of fraudulent messages
- intentionally sending viruses, worms, or other "malware"
- sending unsolicited mass mailings without the consent of all addressees, unless authorized on behalf of the campus by an appropriate administrative official [(2)]
- forging messages or masking the identity of an account
- any commercial use for personal profit

**Non-Compliance**

In addition to any possible legal sanctions, users who violate these Terms and Conditions of Appropriate Use of Calmail may be subject to temporary or permanent service restriction and/or to disciplinary action up to and including dismissal or expulsion. Actions taken in response to alleged violations, as well as avenues available to the user for appeals of actions, will be in accordance with the procedures and due process rights contained in the policy or agreement governing the user's affiliation with the University.

---

(1) See the Campus Online Activities Policy section on Sponsorship, advertising, or other forms of acknowledgement. **Return to text.**

(2) See the Campus Online Activities Policy "Use of electronic mail" section on Mass Mailings. **Return to text.**

**Return to top.**

Go to the CalMail home page.

Send email about this website to: itpolicy@berkeley.edu      Updated: May 05, 2006