BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Telephone: (510) 637-3500

Counsel for Defendant BORGERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ERIC BORGERSON,<br><br>　　　　　Defendant. | No. CR-07-0472-CW<br><br>DECLARATION OF ERIC MICHAEL BORGERSON FILED IN SUPPORT OF HIS MOTION TO SUPPRESS |

I, Eric Michael Borgerson, hereby declare:

1.　My name is Eric Michael Borgerson. In October 2006 I was an employee of the University of California, Berkeley, Institute of Industrial Relations and in that capacity drafted and edited articles for CALIFORNIA PUBLIC EMPLOYEE RELATIONS, a bi-monthly periodical on public-sector labor and employment law. My office was located in the Institute of Industrial Relations building, a university-owned building on Channing Way in Berkeley, California. My salary was paid by the university.

2.　I am trained and licensed in California as an attorney. I am currently an active member of the State Bar of California.

3.　After my arrest in October 2006, I was released on bond and immediately began

Declaration of Eric Michael Borgerson　　　　　　　　1

1  psychological counseling.  In December 2006, I entered a six-week intensive treatment program
2  to combat a serious methamphetamine addiction.  I completed that program in January 2007 and
3  participate in the continuing care component on an ongoing basis.  I remain active in my
4  recovery, attending 5-6 meetings per week.  I have been sober and drug-free for over sixteen
5  months.

   Executed this 22 day of April, 2008, in the Northern District of California.

   *[signature]*
   ERIC MICHAEL BORGERSON

Declaration of Eric Michael Borgerson                2