ROUTING SLIP (2-4095)

| To | From | Date |
|---|---|---|
| 1. V.C. Burnside | I.I.R (via Karen Eft) | 1/3/07 |
| 2. | | |
| 3. | | |

| | 1 | 2 | 3 | | 1 | 2 | 3 |
|---|---|---|---|---|---|---|---|
| Reading and initialing | | | | Noting and filing | | | |
| Signature | | | | Dispatching to addressee | | | |
| Approval | | X | | | | | |
| Discussion | | | | | | | |

REMARKS: IIR submitted this on the form for UCOP. I have attached a cover sheet with UC Berkeley format. - Karen

University of California—F2213

BORGERSON0290

University of California, Berkeley

## TRACKING FORM FOR NON-CONSENSUAL ACCESS TO ELECTRONIC COMMUNICATION RECORDS

Use this form to monitor compliance with the provisions for non-consensual access to electronic communication records as specified in the University of California Electronic Communications Policy. Please attach detailed documentation as necessary.

Please present the authorized form to the appropriate organizational head for your department or unit (e.g. Dean, Vice Chancellor, Associate Vice Chancellor, etc.).

**Note: Authorization shall be limited to the least perusal of contents and the least action necessary to resolve the situation.**

NAME OF ELECTRONIC COMMUNICATION HOLDER: ___Eric Borgerson___

ACCOUNT and SYSTEM NAME(S): ___networked computer using IP address 128.32.94.9___

ELECTRONIC COMMUNICATION RECORDS SOUGHT FROM:   Date: ___n/a___   TO: Date: ___n/a___

SUBJECT OF ELECTRONIC COMMUNICATION RECORDS SOUGHT: _____

PROVISIONS OF THE ELECTRONIC COMMUNICATION POLICY UNDER WHICH RECORDS ARE SOUGHT (check all that apply):

___ Required by and consistent with law    ___ Violation of law or UC Policy
_X_ Compelling circumstances                ___ Time-dependent, critical operational need

REASONS WHY CONSENT CANNOT BE OBTAINED (check all that apply):

___ The record holder has denied a request to access the specified University records
___ The record holder cannot be contacted because of absence, illness or death.
___ Compelling circumstances preclude requesting the record holder's consent.
_X_ Post-authorization: the records have already been accessed.

COMMENTS:

Please see attached MEMORANDUM.

NAME of requesting DEPARTMENT or organizational UNIT: ___Institute of Industrial Relations (IIR)___

REQUESTED BY (Department or Unit Head)

Please see attached signed form originally prepared on UCOP format, rather than UC Berkeley format.

_____Michael Reich_____        Date: ___11/15/06___

*APPROVED BY Control Unit Head (if different from above)*

_____    Date: _____

*Chair, Berkeley Division of Academic Senate Date* **(for faculty only)**

IS NON-CONSENSUAL ACCESS RECOMMENDED? ___ YES ___ NO

_____    Date: _____

*Assistant Chancellor - Legal Affairs* Advice of counsel must always be sought **prior to** any action involving: (a) records on equipment not owned or housed by the University, or (b) for student records protected under FERPA.

IS NON-CONSENSUAL ACCESS RECOMMENDED?  YES  ~~NO~~

_____    Date: _____

*Approved by Vice Chancellor for Research*  [signature]    Date  1/10/07

Obtain new copies of this form from: http://itpolicy.berkeley.edu/access.wo.html
OFFICE OF THE CIO: Security, Privacy, Policy & Communications Department         Rev. date: January 2, 2007

BORGERSON0291

# UCOP Request for Authorization to Access Electronic Communications Records

Use this form to comply with the provisions for nonconsensual access to electronic communications records as specified in the UC Electronic Communications Policy (ECP). Complete the form on-line. Print out completed form, attach detailed documentation as necessary, and then obtain signatures. Submit a copy of the signed form to the Associate Vice President – Information Resources and Communications.

1. **Records Requested By**
   Name _Hadidjah Rivera_

   Title _MSO III_

   Date: _November 12, 2006_
   Department: _Institute of Industrial Relations_

2. **Name of *Holder* of Electronic Communications Records:** _Eric Borgerson_

3. ***Holder's* Account Name and/or E-mail Program Name:** _011832578_

4. **Type of Request**
   ☐ Prior authorization
   ☑ Post-authorization: emergency circumstances required immediate access

5. **Description of the Electronic Communications Records for Which Access Is Requested:**

   Access to UCB laptop assigned to employee and all data stored on said laptop's hard disk

6. **ECP Provisions under Which Records Are to Be Accessed** (check all that apply):
   ☐ Required by and consistent with law
   ☐ Violation of law or UC policy
   ☑ Compelling circumstances
   ☐ Time-dependent, critical operational circumstances

7. **Attach an Explanation Describing the Circumstances Supporting this Request**

8. **Is Nonconsensual Access Recommended?**

   *Has Advice of Counsel Been Sought?*   ☑ Yes   ☐ No

   *Does the Department Head Recommend Access?*   ☑ Yes   ☐ No

   Name of Dept. Head _Riech_    Date _11/15/06_
   Signature _Michael Reich_    Title _Director_
   *Department Head*

9. **Is Nonconsensual Access Approved?**   ☐ Yes   ☐ No

   Signature _____    Date _____
   *Senior Vice President–Business & Finance* or
   *(in the case of faculty) Provost & Senior Vice President–Academic Affairs*

May 4, 2004

BORGERSON0292

BERKELEY: INSTITUTE OF INDUSTRIAL RELATIONS
2521 CHANNING WAY, MC 5555

# MEMORANDUM

On Sunday October 29th 2006, Robert Hiramoto, IIR's IT manager began an investigation on the computer using IP 128.32.94.9. This investigation was begun as the result of a bandwidth report sent to him by CNS. In that report he saw a large amount of data being transferred to and from high numbered, unallocated ports. These types of transfers can be indicative of system compromise and have been the basis of more than 120 security investigations on campus including SNS incidents #69347 and #91692. Given the data at Robert's disposal and the increased security awareness in IIR since the September 2004 incident involving around 1 million names and Social Security Numbers (SNS #31588), Robert's investigation was prudent and falls under the Time-dependant, Critical Operational Circumstance provisions of the Access Without Consent section to the Electronic Communications Policy. The time criticality of this particular situation lies in the fact that if the system had indeed been compromised, any data it contained would be suspect. Additionally, because of the trust relationship that is seen in domain membership as well as many firewall rules, a compromised system can be used as a spring board into other systems. Further, Robert was justified in disclosing his findings to SNS and the UCPD under the ECP and any applicable laws because of Compelling Circumstances, because in so doing, UCPD was able to preserve the physical evidence and SNS was able to preserve any relevant network logs.

BORGERSON0293