JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MERRY JEAN CHAN (CASBN 229254)
DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorneys

450 Golden Gate Avenue, 11th Fl.
San Francisco, CA 94102
Telephone: (415) 436-6750
Facsimile: (415) 436-6470
Email: merry.chan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0472 CW |
| Plaintiff, | |
| v. | DECLARATION OF JOHN IVES |
| ERIC MICHAEL BORGERSON, | |
| Defendant. | |

I, John Ives, hereby declare as follows:

1.     I am a senior security analyst in the Systems and Network Security Group for the University of California, Berkeley. Using various software programs, I monitor the Unviersity's network system for signs that it has been broken into. I have been in this position since 2004. From approximately November 1999 through October 2006, overlapping in part with my position as a senior security analyst, I was the server administrator for the University's College of Chemistry. Prior to that, from 1996 to 1999, I worked as the systems administrator for the University's English Department.

1

2.  As a part of my work duties, I am familiar with the bandwidth usage report. The report shows the level of data usage by the computers in a particular department or building, by host name, in descending order. The program was created by a former colleague of mine named Mike Hunter. I personally reviewed the report for the College of Chemistry on a daily basis from 2004 to 2006. I did this in order to detect abnormalities in the pattern of Internet usage in the College of Chemistry. Abnormalties might indicate that a security breach in the system. Only the administrator of a particular department or building who is keeping track of the bandwidth usage and activities of users in his department or building can tell what is abnormal for that department or building. For example, research in the College of Chemistry may regularly involve intense use of network resources to calculate large mathematical models. The same use of network resources would rarely occur in the English Department. What would be an abnormally high use of bandwidth in the English Department would not raise any suspicions in the College of Chemistry.

3.  The first column of the bandwidth usage report is labeled "host." This refers to a specific computer by host name. Computers have unique IP addresses which are numerical. These numerical addresses are hard for people to remember, so generally, the computers are also assigned a more comprehensible, user-friendly name called its host name. For example, if a computer is assigned to a particular data connection or office, the computer might be given a name that refers to that location. This way, if a network administrator spots a problem with a particular computer from the bandwidth usage report, he knows immediately where he should be able to find the computer.

4.  I understand this declaration is being submitted in connection with a motion to suppress in this prosecution; accordingly, this declaration is limited to some facts concerning this motion.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: May 4, 2008

JOHN IVES

2