JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MERRY JEAN CHAN (CASBN 229254)
DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorneys

    450 Golden Gate Avenue, 11th Fl.
    San Francisco, CA 94102
    Telephone: (415) 436-6750
    Facsimile: (415) 436-6470
    Email: merry.chan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-0472 CW |
|---|---|
| Plaintiff, | ) |
| v. | ) DECLARATION OF FBI SPECIAL |
| ERIC MICHAEL BORGERSON, | ) AGENT LYDIA DURBEN |
| Defendant. | ) |

I, Lydia Durben, hereby declare as follows:

    1.    I am a Special Agent for the Federal Bureau of Investigation ("FBI"). I am the case agent for the above-captioned case. This declaration is based on my review of all the investigatory reports and evidence in this case and interview of numerous witnesses.

    2.    On Monday, October 30, 2006, the defendant agreed to speak with the police about a potenital security breech on his computer. He admitted to downloading BearShare to his work computer, but initially stated that he had only used it to download music. He later stated that he had only accidentally downloaded child pornography. He then stated that he had

1  downloaded child pornography intentionally because he was interested in people's fantasy and
2  because he did not believe the files would depict real children. Finally, he admitted that he had
3  begun downloading child pornography six months earlier.

4      3.    On November 1, 2006, a search warrant was issued permitting search of the
5  defendant's work laptop computer. The computer was found to contain eighteen video
6  files of child pornography. The video files were found in multiple folders on the C drive,
7  including a folder named xerxes. The computer was also found to have a file entitled "21b.avi"
8  containing an Internet chat documenting conversation on the afternoon of October 27, 2006
9  between "joseph schmosef" and "guardsmen21b" during which joseph schmosef sent four child
10 pornography video files. I believe 21b.avi was made with a program called Snagit and shows
11 that joseph schmosef was watching guardsman21b masturbate while chatting about rape fantasies
12 and sending him child pornography. The video files sent included a video of an infant girl being
13 raped by an adult male; the baby's cries of pain as well as the man's instructions for her to hush
14 are audible on the soundtrack.

15     4.    On October 30, 2006, the defendant's residence at at 2625 School Street, Oakland,
16 California was searched pursuant to a search warrant. During the search, the defendant's
17 domestic partner Gene Faurie expressed disappointment that the defendant's problem with child
18 pornography had recurred and stated that he had forbidden the defendant from keeping any
19 pornographic materials at home. The search recovered several computers and media. One of the
20 home computers contained a user folder named "Joe Schmow." A CD was found which
21 contained a folder labeled "Users" which contains a sub-folder entitled "joeschmow." Other
22 media were found containing child pornography.

23     5.    The event logs for the defendant's workplace laptop computer show that Eric
24 Borgerson was the only person to log on to his work computer on Friday, October 27, 2006, and
25 that he never logged off. These show that Robert Hiramoto, a network administrator, logged
26 onto the defendant's work computer on Saturday, October 28, 2006 at 6:32 p.m., and logged off
27 the computer at 6:42 p.m.

28     6.    The access dates and times for folders and files containing images of child

| | |
|---|---|
| 1 | exploitation and abuse on the defendant's workplace laptop computer show the following access |
| 2 | times on October 27, 2006: |
| 3 |     1:00 p.m. to  C:\Documents and Settings\011832578\MyDocuments\soft\83005tylerfuck.wmv |
| 4 |     1:17 p.m. to C:\WINDOWS\xerxes\system\g-rape.zip\g-rape.avi |
| 5 |     1:18 p.m. to C:\WINDOWS\xerxes\system\g-rape.avi |
| 6 |     1:18 p.m. to C:\WINDOWS\xerxes\system\g-rape.zip |
| 7 |     2:21 p.m. to C:\WINDOWS\xerxes\system\esoterica |
| 8 |     2:35 p.m. to C:\WINDOWS\xerxes\system\esoterica\esoterica\ |
| 9 |     3:07 p.m. to C:\WINDOWS\xerxes\system |
| 10 |     3:08 p.m.to C\WINDOWS\xerxes\system\21b.avi |
| 11 |     4:30 p.m. to C:\Program Files\BearShare\Temp\TMP(Pthc)(Homemade) 3Yo molested by |
| 12 | Hindu.mpg |
| 13 |     4:37 p.m. to C:\WINDOWS\xerxes\system\esoterica\My Downloads\Pedofilia - Young |
| 14 | russian girl eats daddys cum for the first - 11 yrs old girl.mpeg |
| 15 |     4:43 p.m. to C:\Program Files\BearShare\Temp\TMP(Hussyfan)(pthc)(r@ygold)(babyshivid) |
| 16 | Carol 6yo child-cum.mpg |
| 17 |     4:43 p.m. to C:\WINDOWS\xerxes\system\esoterica\My Downloads\nude daddy sun bathing |
| 18 | movies movie.mov |
| 19 |     4:48 p.m. to C:\WINDOWS\xerxes\system\esoterica\My Downloads\TMPChild porn - 13yo |
| 20 | child rape and crying1.mpg |
| 21 |     5:03 p.m. to C:\Program Files\BearShare\Temp\TMP(Hussyfan)(pthc)(r@ygold)(babyshivid) |
| 22 | Sally medley of scenes.mpg |
| 23 |     5:03 p.m. to C:\Program Files\BearShare\Temp\TMP(R@Ygold)(Babyshivid) Sweet Hc- |
| 24 | c4G.mpg |
| 25 |     5:07 p.m. to C:\WINDOWS\xerxes\system\esoterica\My Downloads\R@ygold sytle BabyJ |
| 26 | 3yo girl eats cum2(CRYBABY).mpg |
| 27 |     5:11 p.m. to C:\WINDOWS\xerxes\system\esoterica\My Downloads\(Hussyfan) (pthc) |
| 28 | (r@ygold) (babyshivid) Pussy Pounded.avi |

1  5:32 p.m. to C:\WINDOWS\xerxes\system\esoterica\My Downloads\(pthc) 10yo full length
2  w sound.mpg
3  5:48 p.m. to C:\WINDOWS\xerxes\system\esoterica\My Downloads\(Hussyfan)(pthc)
4  (r@ygold)(babyshivid) Babyj Child abuse dark secret~Very willing premature sexualized little
5  girls 3yo to 7yo shamed in pedofamilies.avi
6  6:01 p.m. to C:\WINDOWS\xerxes\system\esoterica\My Downloads\(Pthc) Thressome-(9yo
7  Girl & 10yo Boy & 15yo Boy).mpg
8  7.  The access dates and times for folders and files containing images of child
9  exploitation and abuse on the defendant's workplace laptop computer show the following access
10 times on October 28, 2006:
11 2:21 p.m. to C:\WINDOWS\xerxes\system\esoterica\My Downloads\
12 3:21 p.m. to C:\WINDOWS\xerxes\system\esoterica\My Downloads\
13 4:15 p.m. to C:\Program Files\BearShare\Temp\TMPBabyJ-Ass-Fuck.wmv
14 6:34 p.m. to C:\Program Files\BearShare\Temp\TMP(Hussyfan)(pthc)(r@ygold)(babyshivid)
15 BEST! Little 6yo and dad.mpg
16 6:34 p.m. to C:\Program Files\BearShare\Temp\TMP+1s BabyJ mouthfull pthc kid porn cum
17 suck dick kiddy).mpg
18 6:34 p.m. to C:\Program Files\BearShare\Temp\TMPgirl crying forced to swallow cum.mpg
19 6:37 p.m. to C:\Program Files\BearShare\Temp\
20 8.  Assistant U.S. Attorney Merry Jean Chan, who is prosecuting this case, asked me
21 to make promptly available any and all discovery in this case to the defense team. In particular,
22 she asked me to make available media containing images of child exploitation to the defense
23 team in the FBI's offices, pursuant to the Adam Walsh Act.
24 9.  In January 2008, John Paul Reichmuth, the defense attorney at the time, contacted
25 me to arrange for an evidence viewing. I did so, and he and an investigator named Madeleine
26 Larsen came to the FBI's offices in Oakland, California, on January 15, 2008 and January 25,
27 2008. They indicated that they might want to examine the hard drives, but neither one of them
28 ever contacted me again.

10.     Recently, AUSA Chan notified me that she had received a telephone message that morning from defense attorney Angela Hansen, who indicated a desire to examine the defendant's workplace laptop in relation to the defendant's motion to suppress. Between her and her investigator's schedule, they requested to examine the computer the week of May 12, 2008, and requested that the schedule for the motion to suppress be continued.

11.     On May 2, 2008, AUSA Chan notified me that the Computer Systems Administrator for the defense, Donald C. Watts, was unavailable to examine the computer the week of May 12, 2008, and would not be able to examine the computer until May 19, 2008. I contacted Watts to coordinate a suitable time, and found that we were both available on May 22 and 23, 2008. Watts told me to expect a call from defense counsel confirming a time for the evidenc review. I have not heard back from anyone on the defense team.

12.     I understand that this declaration is being submitted in connection with Borgerson's motion to suppress; accordingly, this declaration is limited to some facts concerning this motion.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: May 7, 2008

SPECIAL AGENT LYDIA DURBEN

5