BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA  94607
Telephone:  (510) 637-3500

Counsel for Defendant BORGERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0472-CW |
| Plaintiff, | ) ) | EXHIBITS AND INDEX TO EXHIBITS FILED IN SUPPORT OF DEFENDANT'S |
| vs. | ) ) | REPLY RE: MOTION TO SUPPRESS AND REQUEST FOR EVIDENTIARY HEARING |
| ERIC MICHAEL BORGERSON, | ) ) | |
| Defendant. | ) ) | |

**INDEX**

| Exhibit | Date | Description |
|---|---|---|
| S | 12/18/07 | IS-3 Electronic Information Security, *available at* http://www.ucop.edu/ucophone/policies/bfb/1s3.pdf |
| T | 06/13/07 | Carol Vendrillo FBI Interview |
| U | 06/04/07 | Myra Armstrong FBI Interview |
| V | 06/29/07 | Katherine Thomson FBI Interview |
| W | 01/25/006 | Guidelines for Use of Campus Network Data Reports, *available at* https://security.berkeley.edu/cispc/gdlns.net.data.html |
| X | 11/06-01/07 | Newly Produced UC Berkeley Forms for Authorization of Non-consensual Access to Electronic Communications Records and Memorandum in Support of Post-Hoc Approval of Hiramoto's Actions |

Exhibits Filed in Support of Defendant's Reply Re:
Motion to Suppress and Request for Evidentiary
Hearing                                                                1

| Exhibit | Date | Description |
|---|---|---|
| Y | 02/21/03 | Newly Produced Document Entitled "Departmental Bandwidth Usage Reports" |

Exhibits Filed in Support of Defendant's Reply Re: Motion to Suppress and Request for Evidentiary Hearing     2