# Exhibit T

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    06/13/2007

    CAROL VENDRILLO was interviewed at her place of employment, THE UNIVERSITY OF CALIFORNIA (UC) Institute of Industrial Relations, 2521 Channing Way, Berkeley, California. ~~V~~ ██████████████████████████████████████████. After being advised of the identities of the interviewing agents and the nature of the interview, VENDRILLO provided the following information:

    VENDRILLO was ERIC BORGERSON'S boss while he worked at UC in Berkeley. BORGERSON'S office, room 210, was right next door to VENDRILLO'S office.

    VENDRILLO has a set of keys that can open other employees' offices who report directly to her. She said it is not uncommon for co-workers to need access to each other's offices in order to accomplish their work. VENDRILLO keeps these keys in her office and said that anyone has access to them. There have been occasions where an employee gained access to VENDRILLO'S office for legitimate reasons without her being present. However, their method for entry is unknown to VENDRILLO.

    BORGERSON used other work areas besides his own office in order to allow more privacy for either himself, or STEPHANIE KALMIN, his office mate. It was not uncommon for him to use office number 217. VENDRILLO thinks BORGERSON used a laptop as his primary computer.

    Child Pornography has never been downloaded by VENDRILLO, and she has never seen anyone else download it. VENDRILLO does not know of anyone who has unauthorized access to her computer, nor does she know any log on information for computers other than her own.

    The lock on VENDRILLO'S office door can be set up to work one of two ways. It can be set up to lock automatically when the door shuts, or it can remain unlocked when the door shuts.

    On October 27th, 2006, after law enforcement officers had arrested BORGERSON and searched his work space, VENDRILLO contacted GENE FAURIE on his cell phone. FAURIE informed VENDRILLO during

---

Investigation on   06/12/2007   at Berkeley, California

File #  ████████████████

by  SA S. Cort Dugan
    SA Hans H. Frank:hhf

Date dictated   Not Dictated

BORGERSON0134

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ___CAROL VENDRILLO_____ , On _06/12/2007___ , Page ___2___

the same phone conversation that law enforcement was already present in his home.

    JAMIE CALLOWAY was an intern working under VENDRILLO. CALLOWAY has recently passed her BAR exam and now lives in Albany. VENDRILLO did not know CALLOWAY'S contact information.

BORGERSON0135

# Exhibit U

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  06/04/2007

MYRA ARMSTRONG, Administrative Specialist for the Institute for Research on Labor and Employment (IRLE), 2521 Channing Way, Berkeley, California (CA), ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ was interviewed at her place of business. After being advised of the identity of the interviewing agents and the purpose of the interview, ARMSTRONG voluntarily provided the following information:

ARMSTRONG has worked at IRLE for approximately ten years and has been the IRLE Building Coordinator for approximately six years. As such, her duties include issuing keys for the IRLE offices. Master keys open all offices and the server room. Sub-master keys open all office except the server room. ARMSTRONG identified the following individuals as master key holders:

Hadidjah RIVERA
Michael REICH
Robert HIRAMOTO

ARMSTRONG identified herself and the following individuals as sub-master key holders:

Annette BARNES
Barbara CAMPBELL
Margaret OLNEY
Terry HUWE
Janice KIMBALL
Kendall MOALEM

ARMSTRONG thought that Simon BARROS, assistant to HIRAMOTO, might have had a sub-master key.

ARMSTRONG identified the following individuals as having keys to room 217 of the IRLE building:

Carol VENDRILLO
Kathleen THOMPSON
Jamie CALLOWAY

She confirmed room 217 was currently occupied by Kathleen THOMPSON.

Investigation on  06/04/2007  at  Berkeley, California

File #  3▓▓▓▓▓▓▓▓▓▓▓▓▓                                      Date dictated

by  SA Lydia L. Durben:lld, SA Hans H. Frank                    BORGERSON0125

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___MYRA ARMSTRONG_____, On 06/04/2007 , Page ___2___

     ARMSTRONG was aware of allegations that ERIC MICHAEL BORGERSON downloaded child pornography at work. She knew BORGERSON only through work and described him as friendly, respectful, and professional. She was shocked to hear he had been arrested for possessing child pornography and would be surprised if he had indeed accessed child pornography. ARMSTRONG would feel this way about anyone she has worked with at IRLE and could not identify anyone who might have been capable of such crime.

     ARMSTRONG has encountered adult and child pornography at work and at home via unsolicited SPAM emails. The University became more vigilant in blocking such SPAM and the last time she encountered child pornography was approximately two years ago. ARMSTRONG has never downloaded child pornography. ARMSTRONG has never logged onto or used BORGERSON's computer. ARMSTRONG never noticed BORGERSON's computer logged on and unattended.

     BORGERSON would ask ARMSTRONG to unlock unoccupied offices for him to use in the California Public Employee Relations (CPER) center. ARMSTRONG cleared this with BORGERSON's boss, Carol VENDRILLO, before opening the requested office(s). BORGERSON would ask ARMSTRONG to do this more often than anyone else in the office. ARMSTRONG remembers he primarily used the office of VENDRILLO, THOMPSON, and maybe Rebecca MCKEE when they were gone.

     ARMSTRONG does not recall events occurring on October 27th or 28th, 2006.

     ARMSTRONG advised the building contained a security camera for purposes of theft detection. ARMSTRONG checked the supply of video tapes and learned the tape for October 27th and 28th had been recycled and taped over.

     ARMSTRONG was shown a Department of Motor Vehicle (DMV) photograph of the following individual:

          Name:   ERIC MICHAEL BORGERSON
          DOB:    11/29/1965
          CDL:    B4810388

     ARMSTRONG positively identified this individual as ERIC BORGERSON.

BORGERSON0126

# Exhibit V

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    06/29/2007

On 06/29/2007, at approximately 10:30 a.m., KATHERINE J.
THOMSON, aka KATHERINE THOMSON UMALI, born 06/17/1959, of 908
Shevlin Drive, El Cerrito, California (CA), CA Driver's License
number N9145494, was interviewed at her place of business, the
Institute for Research on Labor and Employment (IRLE), 2521
Channing Way, Berkeley, CA, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
THOMSON was advised of the identity of the interviewing agents and
the purpose of the interview. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ THOMSON voluntarily
provided the following information:

THOMSON, who is an attorney, has worked as an editor and
writer for the CA Public Employee Relations department (CPER) of
IRLE since approximately April 2002.

THOMSON heard about the arrest of her co-worker, ERIC
MICHAEL BORGERSON, from co-workers and was shocked.  THOMSON did
not socialize with BORGERSON and knew him only from work.  She was
not aware of anyone at work who had anything against him.  She knew
him as a friendly person and feels bad for him because she believes
he has a mental illness.  She believes this because he would
sometimes be sleepy in the morning and she heard from co-workers,
possibly Stefanie KALMIN, that the medication he took for a mental
illness would sometimes make him tired.  Other than being tired,
she has not witnessed any behavior from him that would indicate he
has a mental illness and had no further information regarding the
nature of the alleged illness.

THOMSON has neither seen nor downloaded child
pornography.  She is not aware of anyone who has ever accessed
child pornography.  She never used BORGERSON's laptop computer and
did not know his login ID or password.  She was not aware of anyone
else using BORGERSON's computer.  THOMSON does not recall ever
seeing BORGERSON's laptop computer in her office and is not aware
of his computer use habits.  She acknowledged employees would use
one another's offices to work from time to time.  She was not aware

---

Investigation on   06/29/2007   at Berkeley, California

File #   ▮▮▮▮▮▮▮▮▮▮▮▮▮                              Date dictated   _____

by  SA Lydia L. Durben:lld
    SA Hans H. Frank                                BORGERSON0136

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___KATHERINE THOMSON_____ , On 06/29/2007 , Page ___2___

that police found BORGERSON's laptop computer, containing child
pornography, in her locked office.

THOMSON was telephonically contacted by SA Durben and
provided she was not in the office on Friday, October 27, 2006.
She recalled she and her boss, Carol VENDRILLO, were at a
conference in San Jose that day.  Her officemate, Jamie CALLOWAY,
was not at the conference and she did not know if CALLOWAY was in
the office that day.  THOMSON's office was locked the last time she
left prior to the conference.

BORGERSON0137