# Exhibit W



# Guidelines for Use of Campus Network Data Reports

Campus network data reports may be sent to campus departments by CNS or SNS, either because operational or security issues have been observed, or when otherwise requested by the departments. This access is given on the condition that use of the data must respect all governing laws and policies. In particular, its use must comply with the University's firmly-held principles of academic freedom and shared governance, freedom of speech, and privacy, within the context of the University's legal and other obligations.

### Systems Support:

The University of California Electronic Communications Policy (ECP) is very specific about the level of inspection allowed to system administrators to ensure the proper functioning of resources. As part of their assigned job duties support staff may access data, but only at the least invasive level necessary to do the job.

### Resource Management:

The campus has approved the distribution of network data reports so departments may conduct financial planning or other resource management duties, in support of the business operations of the department. Departments must exercise great caution to ensure that their uses of the data do not impinge upon the expectations of privacy afforded to campus network users by law and policy. For example, except under allowable circumstances described in the ECP, departments:

- Shall not monitor the activities of specific individuals; and
- Shall not intentionally search network data reports for violations of law or policy.

    However, if during the performance of their duties systems personnel inadvertently see information indicating serious misuse, they are advised to consult with their supervisor. For cases involving "improper governmental activity", see the "Policy on Reporting and Investigating Allegations of Suspected Improper Governmental Activities" and the Berkeley Campus directive "How to Blow the Whistle on Suspected Improper Activities". If the situation is an emergency, intervening action may be appropriate.

The ECP governs all activities using UC electronic communication resources. ECP provisions must be followed when electronic communication records (see ECP Appendix A Definitions) are involved in any situation.

Departments must document and make available to their users general information about their network data monitoring practices. If departments determine that it is necessary to examine suspect electronic communications records beyond routine practices, the user's consent shall be sought. If circumstances prevent prior consent, notification procedures described in ECP Section IV.B.3 "Notification" shall be followed.

Any discussions with individuals about their activities on the network must be conducted within the context of applicable human resource policies or contracts, codes of conduct, affiliation agreements, or other applicable due process procedures.

Any requests for network data in support of academic research or instruction must be submitted to itpolicy@berkeley.edu.

**Campus Information Security and Privacy Committee (CISPC)**

*Revised: January 25, 2006*

## Related Documents

- CNS Data Collection and Retention: Current Practice (Cliff Frost, April 2004)
- SNS Data Retention (Craig Lant, September 20, 2002)
- SNS Campus Scanning (Craig Lant, January 7, 2003)
- University of California Electronic Communications Policy (ECP)
- IT Policy Services Guide to Selected Privacy and Confidentiality Regulations
- University of California Policy on Reporting and Investigating Allegations of Suspected Improper Governmental Activities ("Whistleblower Policy)"

Copyright 2008 The Regents of the University of California. Updated 2008-01-14.

# Exhibit X

University of California, Berkeley

## TRACKING FORM FOR NON-CONSENSUAL ACCESS
## TO ELECTRONIC COMMUNICATION RECORDS

Use this form to monitor compliance with the provisions for non-consensual access to electronic communication records as specified in the University of California Electronic Communications Policy. Please attach detailed documentation as necessary.

Please present the authorized form to the appropriate organizational head for your department or unit (e.g. Dean, Vice Chancellor, Associate Vice Chancellor, etc.).

**Note: Authorization shall be limited to the least perusal of contents and the least action necessary to resolve the situation.**

---

NAME OF ELECTRONIC COMMUNICATION HOLDER: __Eric Borgerson__

ACCOUNT and SYSTEM NAME(S): __networked computer using IP address 128.32.94.9__

ELECTRONIC COMMUNICATION RECORDS SOUGHT FROM:  Date: __n/a__  TO: Date: __n/a__

SUBJECT OF ELECTRONIC COMMUNICATION RECORDS SOUGHT: _____

PROVISIONS OF THE ELECTRONIC COMMUNICATION POLICY UNDER WHICH RECORDS ARE SOUGHT (check all that apply):

- ____ Required by and consistent with law
- _X_ Compelling circumstances
- ____ Violation of law or UC Policy
- ____ Time-dependent, critical operational need

REASONS WHY CONSENT CANNOT BE OBTAINED (check all that apply):

- ____ The record holder has denied a request to access the specified University records.
- ____ The record holder cannot be contacted because of absence, illness or death.
- ____ Compelling circumstances preclude requesting the record holder's consent.
- _X_ Post-authorization: the records have already been accessed.

COMMENTS:
   Please see attached MEMORANDUM.

NAME of requesting DEPARTMENT or organizational UNIT: __Institute of Industrial Relations (IIR)__

REQUESTED BY (Department or Unit Head)

   Please see attached signed form originally prepared on UCOP format, rather than UC Berkeley format.
   __Michael Reich__                                                      Date: __11/15/06__

---

*APPROVED BY Control Unit Head (if different from above)*
_____                                           Date: _____

*Chair, Berkeley Division of Academic Senate Date* **(for faculty only)**
IS NON-CONSENSUAL ACCESS RECOMMENDED? ____ YES ____ NO
_____                                           Date: _____

*Assistant Chancellor - Legal Affairs* Advice of counsel must always be sought **prior to** any action involving: (a) records on equipment not owned or housed by the University, or (b) for student records protected under FERPA.
IS NON-CONSENSUAL ACCESS RECOMMENDED? (X) YES ____ NO
                                                                          Date: _____

*Approved by Vice Chancellor for Research* __[signature]__                Date __1/10/07__

---

Obtain new copies of this form from: http://itpolicy.berkeley.edu/access.wo.html
OFFICE OF THE CIO: Security, Privacy, Policy & Communications Department                  Rev. date: January 2, 2007

BORGERSON0291

# UCOP Request for Authorization to Access Electronic Communications Records

Use this form to comply with the provisions for nonconsensual access to electronic communications records as specified in the UC Electronic Communications Policy (ECP). Complete the form on-line. Print out completed form, attach detailed documentation as necessary, and then obtain signatures. Submit a copy of the signed form to the Associate Vice President – Information Resources and Communications.

---

**1. Records Requested By**
Name: Hadidjah Rivera
Title: MSO III

Date: November 12, 2006
Department: Institute of Industrial Relations

**2. Name of *Holder* of Electronic Communications Records:** Eric Borgerson

**3. *Holder's* Account Name and/or E-mail Program Name:** 011832578

**4. Type of Request**
☐ Prior authorization
☑ Post-authorization: emergency circumstances required immediate access

**5. Description of the Electronic Communications Records for Which Access Is Requested:**
Access to UCB laptop assigned to employee and all data stored on said laptop's hard disk.

**6. ECP Provisions under Which Records Are to Be Accessed** (check all that apply):
☐ Required by and consistent with law
☐ Violation of law or UC policy
☑ Compelling circumstances
☐ Time-dependent, critical operational circumstances

**7. Attach an Explanation Describing the Circumstances Supporting this Request.**

**8. Is Nonconsensual Access Recommended?**

*Has Advice of Counsel Been Sought?* ☑ Yes ☐ No

*Does the Department Head Recommend Access?* ☑ Yes ☐ No

Name of Dept. Head: Michael Reich     Date: 11/15/06
Signature: Michael Reich     Title: Director
Department Head

**9. Is Nonconsensual Access Approved?** ☐ Yes ☐ No

Signature _____ Date _____
*Senior Vice President–Business & Finance* or
(in the case of faculty) *Provost & Senior Vice President–Academic Affairs*

May 4, 2004

BORGERSON0292

BERKELEY: INSTITUTE OF INDUSTRIAL RELATIONS
2521 CHANNING WAY, MC 5555

# MEMORANDUM

On Sunday October 29th 2006, Robert Hiramoto, IIR's IT manager began an investigation on the computer using IP 128.32.94.9. This investigation was begun as the result of a bandwidth report sent to him by CNS. In that report he saw a large amount of data being transferred to and from high numbered, unallocated ports. These types of transfers can be indicative of system compromise and have been the basis of more than 120 security investigations on campus including SNS incidents #69347 and #91692. Given the data at Robert's disposal and the increased security awareness in IIR since the September 2004 incident involving around 1 million names and Social Security Numbers (SNS #31588), Robert's investigation was prudent and falls under the Time-dependant, Critical Operational Circumstance provisions of the Access Without Consent section to the Electronic Communications Policy. The time criticality of this particular situation lies in the fact that if the system had indeed been compromised, any data it contained would be suspect. Additionally, because of the trust relationship that is seen in domain membership as well as many firewall rules, a compromised system can be used as a spring board into other systems. Further, Robert was justified in disclosing his findings to SNS and the UCPD under the ECP and any applicable laws because of Compelling Circumstances, because in so doing, UCPD was able to preserve the physical evidence and SNS was able to preserve any relevant network logs.

BORGERSON0293

# Exhibit Y

*Communication & Network Services*

# Departmental Bandwidth Usage Reports

## Introduction

This page gives a brief description of departmental bandwidth usage reports provided by CNS. The description is broken into two sections. Section one deals with understanding the layout of the reports. Section two gives a brief introduction on how to interpret results.

The departmental reports show the network utilization of hosts between UC Berkeley and the "Commodity Internet." Here, a "host" is any system configured with an IP address that is connected to the network, such as a desktop PC or the UC Berkeley web server. Network utilization is measured by aggregating data about individual network 'flows'. A network flow is a specific connection between two hosts, such as a web connection between a client system and a web server to view a web page. Data about a network flow includes the time it began, size (number of packets and bytes transmitted), nature (TCP/UDP port numbers, IP protocols, etc.), and identities of the transmitting hosts. The reports generally represent 24 hour periods from 00:00 to 23:59. These reports are made possible by netflow, the Cisco aggregated-network-reporting standard, and flow-tools, a free-software suite for netflow analysis.

At this time, network flow data is collected for connections between UC Berkeley campus hosts and hosts available via the "Commodity Internet." It is not collected for connections between campus hosts, nor between campus hosts and those available via Internet2, a consortium of academic, research and government sites.

## Section 1: Understanding The Data Format

Here is a sample of the comma-separated-values (CSV) form of the data:

```
newsfeed,128.32.206.55,*,119/nntp,518,471877,484982747,95359,41749837,567236,526732584
newsfeed,128.32.206.55,119/nntp,*,505,67866,6375734,395801,20807220,463667,27182954
newsfeed,128.32.206.55,433/nnsp,2186,1,4,215,0,0,4,215
newsfeed,128.32.206.55,-1,-1,4,3,144,7,370,10,514
```

The fields are as follows:

| Hostname (sans "berkeley.edu") | Host IP | Source port(s) | Destination port(s) | Total Flows (connections) | Incoming Packets | Incoming Bytes | Outgoing Packets | Outgoing Bytes | Total Packets | Total Bytes |
|---|---|---|---|---|---|---|---|---|---|---|
| newsfeed | 128.32.206.55 | * | 119/nntp | 518 | 471877 | 484982747 | 95359 | 41749837 | 567236 | 526732584 |

Some things to notice:

- Some ports have an additional text description. Port 119 corresponds to the Network News Transfer Protocol (i.e. Usenet)
- Hosts that end in "berkeley.edu" have the name truncated to save space
- If the port is "*", that corresponds to "many". For example, ports of *,119 would indicate that the host contacted many remote machines on port 119 using many different source ports. Similarly, an entry of 119,* would indicate traffic from source port 119 to many different destination ports
- * can also correspond to "port 0." Port 0 is not valid for normal (tcp/udp) network communications. Large amounts of traffic on port 0 that do not appear to correspond to a normal network pattern could indicate invalid traffic used for a denial of service attack against or by the system in question
- -1,-1 in the CSV for ports signifies "all traffic not previously accounted for" (denoted by "other" in the human readable format)
- The IP will be repeated for the hostname if the hostname could not be found. This may be because of a transient DNS failure, or the host may not have a DNS entry (which should be corrected!) Read section 2 for more details.

Here's a look at the same piece of data in human-readable format:

```
(F Flows) (I- Incoming) (O- Outgoing) (T- Total) (-P Packets) (-O Octets)
i.e. I-O means Incoming Octets

Host                       Known Port         F    I-P   I-O   O-P   O-O   T-P   T-O
newsfeed                   *->119/nntp       .5K  461K  463M  93K  39.8M 554K  502M
newsfeed                   119/nntp->*       .5K   66K 6226K 387K  19.8M 453K  25.9M
newsfeed                   433->2186           1    4   215     0     0    4   215
newsfeed                       Other:          4    3   144     7   370   10   514
```

(Note: "Octet" is another term for a byte: 8 bits of data. Octet was coined to avoid confusion with systems that called 16 bit words "bytes." Non-8-bit-

bytes have been relegated to history, but the term octet remains popular in networking circles.)

The same rules apply as for the CSV. version. The data is reported with suffixes as described here.

## Section 2: The Implications

When a host rises to the top of a report, all that can be said is that it has used a lot of bandwidth. That does not always imply that there is a problem with the host. In the example of a departmental web server, it should come as a welcome treat to see that many people across the world are making use of the information your department is providing. For example, this is the traffic pattern from a departmental mail and web server:

```
Host                    Known Port          F     I-P     I-O    O-P     O-O   T-P     T-O
example1                80/http->*          85K   128    41.6K   1.6M   1386M 1.6M   1386M
example1                *->25/smtp          17K   443K   382M    298K   231M   741K   612M
example1                993->*              32K   0      0       642K   400M   642K   400M
example1                *->80/http          88K   1.3M   167M    137    8198   1.3M   167M
example1                995->*              8K    0      0       247K   141M   247K   141M
example1                *->993              32K   515K   52.1M   0      0      515K   52.1M
example1                25/smtp->*          16K   181K   9888K   272K   18.8M  453K   28.5M
example1                *->995              9K    191K   11.6M   0      0      191K   11.6M
example1                *->53/domain        30K   27K    5206K   29K    2023K  56K    7229K
example1                Other:              26K   30K    4021K   40K    5549K  70K    9570K
```

Notice the large number of connections (88,000) coming into port 80, and the correspondingly large number of replies (85,000) and bandwidth (1386 MB) from port 80 to various ports.

However; it is not uncommon for a high-utilization host to be up to no good. Consider the following usage pattern:

```
Host                    Known Port          F     I-P     I-O    O-P    O-O    T-P    T-O
example2                1214/kazaa->*       5K    18K    23.2M   2.3M   2480M  2.3M   2504M
example2                *->1214/kazaa       9K    2M     1246M   15K    716K   2M     1246M
example2                3770->*             46    18K    24.6M   0      0      18K    24.6M
example2                3760->*             29    16K    22.3M   0      0      16K    22.3M
example2                1646->*             29    14K    19.8M   0      0      14K    19.8M
example2                1537->*             27    14K    19.7M   0      0      14K    19.7M
example2                3728->*             34    14K    19.6M   0      0      14K    19.6M
example2                3008->*             35    12K    17.7M   0      0      12K    17.7M
example2                2801->*             23    7.4K   10.6M   7      1096   7.4K   10.6M
example2                Other:              4K    196K   257M    230K   17.7M  426K   275M
```

Or this pattern:

```
Host                    Known Port          F     I-P    I-O     O-P    O-O    T-P    T-O
example3                4485->7986          5     0      0       719K   922M   719K   922M
example3                1265->8111          5     0      0       721K   921M   721K   921M
example3                4361->32947         6     0      0       651K   889M   651K   889M
example3                2300->33547         6     0      0       655K   889M   655K   889M
example3                4639->3190          7     0      0       629K   873M   629K   873M
example3                1059->32996         7     0      0       608K   855M   608K   855M
example3                3184->32995         6     0      0       606K   855M   606K   855M
example3                1160->21184         5     0      0       715K   853M   715K   853M
example3                1421->4808          11    0      0       608K   852M   608K   852M
example3                *->6667/IRC         18    0      0       161    6623   161    6623
example3                Other:              8K    61M    2699M   83M    104G   144M   106G
```

These are both examples of hosts trafficking in large (often copyrighted) media files. In the first example, it appears the user has installed kazaa, a peer-to-peer (P2P) file-sharing utility. Using P2P software does not violate CNS policy in and of itself. However, since P2P software is often used to disseminate pirated materials, and can have adverse affect on network performance, departmental administrators should know how to recognize such hosts.

In the second example, the server had been hacked. Systems within academic institutions are favorite targets of hackers because they offer high-bandwidth connections. When a hacker exploits a vulnerability in a host, he is not usually looking for personal information; it's much more frequently a means of gaining a staging area for serving illicit digital media. Tools exist to easily administer and monitor every action of a compromised remote computer, including setting up an FTP server, a peer-to-peer file-sharing node, or even to launch a Denial of Service attack. For more information about these sorts of problems, click here. Notice the large sizes of the connections between seemingly random port numbers. Peer-to-peer file sharing programs are designed to vary their traffic patterns as much as possible to avoid detection. (Kazaa is often configured to use port 80 so as to appear to be a web server). Once a machine has been converted into a file-swapping zombie, the hacker can just sit back and watch while the machine does its work. The traffic patterns of any subsequent control commands can be another good sign that a machine has been hacked. IRC, or Internet Relay Chat, is one of the most well established forms of network chat. Often times, a hacked system will interact via the IRC protocol with other machines to

receive control instructions. IRC is not in and of itself a sign of a hacked system, but it can be a clue if the system is already using a lot of bandwidth.

Finally, consider this usage pattern:

```
Host                    Known Port       F   I-P   I-O   O-P   O-O   T-P   T-O
169.229.129.10          *->137/nb-ns    18    18  1404     0     0    18  1404
169.229.129.10              *->2048      4     9   462     0     0     9   462
169.229.129.10          2330->21/ftp     1     4   240     0     0     4   240
169.229.129.10             1711->445     1     3   144     0     0     3   144
169.229.129.10             2829->445     1     3   144     0     0     3   144
169.229.129.10             2928->445     1     3   144     0     0     3   144
169.229.129.10            1096->1433     1     2    96     0     0     2    96
169.229.129.10          3259->80/http    1     2    96     0     0     2    96
169.229.129.10          4769->80/http    1     2    96     0     0     2    96
169.229.129.10                Other:     2     4   192     0     0     4   192
```

The reports often contain pages of entries similar to this. No hostname could be found, and no outgoing traffic can be observed. This corresponds to a record of a scan towards a non-existent host within a campus subnet from a hacker (or a curious, rude computer user) off-campus. Notice in this example the 18 scans to port 137, a Microsoft Windows service that can be exploited if the machine has not been patched. System administrators should be aware that each and every machine (and even machines that don't exist!) on his or her network is constantly being scanned for vulnerabilities, so if a machine on your network is vulnerable, it is only a matter of time before it will be hacked.

Feel free to email Mike Hunter if you have any questions or comments regarding this document.

---

Last revised: February 21, 2003

CNS Home | IST Home | UCB Home | Search
CNS Jobs | Request Services