*Communication & Network Services*

# Departmental Bandwidth Usage Reports

## Introduction

This page gives a brief description of departmental bandwidth usage reports provided by CNS. The description is broken into two sections. Section one deals with understanding the layout of the reports. Section two gives a brief introduction on how to interpret results.

The departmental reports show the network utilization of hosts between UC Berkeley and the "Commodity Internet." Here, a "host" is any system configured with an IP address that is connected to the network, such as a desktop PC or the UC Berkeley web server. Network utilization is measured by aggregating data about individual network 'flows'. A network flow is a specific connection between two hosts, such as a web connection between a client system and a web server to view a web page. Data about a network flow includes the time it began, size (number of packets and bytes transmitted), nature (TCP/UDP port numbers, IP protocols, etc.), and identities of the transmitting hosts. The reports generally represent 24 hour periods from 00:00 to 23:59. These reports are made possible by netflow, the Cisco aggregated-network-reporting standard, and flow-tools, a free-software suite for netflow analysis.

At this time, network flow data is collected for connections between UC Berkeley campus hosts and hosts available via the "Commodity Internet." It is not collected for connections between campus hosts, nor between campus hosts and those available via Internet2, a consortium of academic, research and government sites.

## Section 1: Understanding The Data Format

Here is a sample of the comma-separated-values (CSV) form of the data:

```
newsfeed,128.32.206.55,*,119/nntp,518,471877,484982747,95359,41749837,567236,526732584
newsfeed,128.32.206.55,119/nntp,*,505,67866,6375734,395801,20807220,463667,27182954
newsfeed,128.32.206.55,433/nnsp,2186,1,4,215,0,0,4,215
newsfeed,128.32.206.55,-1,-1,4,3,144,7,370,10,514
```

The fields are as follows:

| Hostname (sans "berkeley.edu") | Host IP | Source port(s) | Destination port(s) | Total Flows (connections) | Incoming Packets | Incoming Bytes | Outgoing Packets | Outgoing Bytes | Total Packets | Total Bytes |
|---|---|---|---|---|---|---|---|---|---|---|
| newsfeed | 128.32.206.55 | * | 119/nntp | 518 | 471877 | 484982747 | 95359 | 41749837 | 567236 | 526732584 |

Some things to notice:

- Some ports have an additional text description. Port 119 corresponds to the Network News Transfer Protocol (i.e. Usenet)
- Hosts that end in "berkeley.edu" have the name truncated to save space
- If the port is "*", that corresponds to "many". For example, ports of *,119 would indicate that the host contacted many remote machines on port 119 using many different source ports. Similarly, an entry of 119,* would indicate traffic from source port 119 to many different destination ports
- * can also correspond to "port 0." Port 0 is not valid for normal (tcp/udp) network communications. Large amounts of traffic on port 0 that do not appear to correspond to a normal network pattern could indicate invalid traffic used for a denial of service attack against or by the system in question
- -1,-1 in the CSV for ports signifies "all traffic not previously accounted for" (denoted by "other" in the human readable format)
- The IP will be repeated for the hostname if the hostname could not be found. This may be because of a transient DNS failure, or the host may not have a DNS entry (which should be corrected!) Read section 2 for more details.

Here's a look at the same piece of data in human-readable format:

```
(F Flows) (I- Incoming) (O- Outgoing) (T- Total) (-P Packets) (-O Octets)
i.e. I-O means Incoming Octets

Host                            Known Port        F    I-P    I-O   O-P    O-O   T-P    T-O
newsfeed                        *->119/nntp     .5K   461K   463M  93K  39.8M  554K   502M
newsfeed                        119/nntp->*     .5K    66K  6226K 387K  19.8M  453K  25.9M
newsfeed                        433->2186         1     4    215    0      0     4    215
newsfeed                             Other:       4     3    144    7    370    10    514
```

(Note: "Octet" is another term for a byte: 8 bits of data. Octet was coined to avoid confusion with systems that called 16 bit words "bytes." Non-8-bit-

bytes have been relegated to history, but the term octet remains popular in networking circles.)

The same rules apply as for the CSV. version. The data is reported with suffixes as described here.

## Section 2: The Implications

When a host rises to the top of a report, all that can be said is that it has used a lot of bandwidth. That does not always imply that there is a problem with the host. In the example of a departmental web server, it should come as a welcome treat to see that many people across the world are making use of the information your department is providing. For example, this is the traffic pattern from a departmental mail and web server:

```
Host                     Known Port         F     I-P    I-O   O-P    O-O   T-P    T-O
example1                 80/http->*        85K    128   41.6K  1.6M  1386M  1.6M  1386M
example1                 *->25/smtp        17K   443K   382M   298K   231M  741K   612M
example1                 993->*            32K     0      0    642K   400M  642K   400M
example1                 *->80/http        88K   1.3M   167M   137   8198   1.3M   167M
example1                 995->*             8K     0      0    247K   141M  247K   141M
example1                 *->993            32K   515K   52.1M   0      0    515K   52.1M
example1                 25/smtp->*        16K   181K   9888K  272K  18.8M  453K   28.5M
example1                 *->995             9K   191K   11.6M   0      0    191K   11.6M
example1                 *->53/domain      30K    27K   5206K   29K  2023K   56K   7229K
example1                 Other:            26K    30K   4021K   40K  5549K   70K   9570K
```

Notice the large number of connections (88,000) coming into port 80, and the correspondingly large number of replies (85,000) and bandwidth (1386 MB) from port 80 to various ports.

However; it is not uncommon for a high-utilization host to be up to no good. Consider the following usage pattern:

```
Host                     Known Port         F     I-P    I-O   O-P    O-O   T-P    T-O
example2                 1214/kazaa->*     5K    18K   23.2M  2.3M  2480M  2.3M  2504M
example2                 *->1214/kazaa     9K     2M   1246M   15K   716K   2M   1246M
example2                 3770->*           46    18K   24.6M    0     0    18K   24.6M
example2                 3760->*           29    16K   22.3M    0     0    16K   22.3M
example2                 1646->*           29    14K   19.8M    0     0    14K   19.8M
example2                 1537->*           27    14K   19.7M    0     0    14K   19.7M
example2                 3728->*           34    14K   19.6M    0     0    14K   19.6M
example2                 3008->*           35    12K   17.7M    0     0    12K   17.7M
example2                 2801->*           23   7.4K   10.6M    7    1096  7.4K   10.6M
example2                 Other:            4K   196K   257M   230K  17.7M  426K   275M
```

Or this pattern:

```
Host                     Known Port         F     I-P    I-O   O-P    O-O   T-P    T-O
example3                 4485->7986         5     0      0    719K   922M  719K   922M
example3                 1265->8111         5     0      0    721K   921M  721K   921M
example3                 4361->32947        6     0      0    651K   889M  651K   889M
example3                 2300->33547        6     0      0    655K   889M  655K   889M
example3                 4639->3190         7     0      0    629K   873M  629K   873M
example3                 1059->32996        7     0      0    608K   855M  608K   855M
example3                 3184->32995        6     0      0    606K   855M  606K   855M
example3                 1160->21184        5     0      0    715K   853M  715K   853M
example3                 1421->4808        11     0      0    608K   852M  608K   852M
example3                 *->6667/IRC       18     0      0    161   6623   161   6623
example3                 Other:            8K    61M   2699M   83M   104G  144M   106G
```

These are both examples of hosts trafficking in large (often copyrighted) media files. In the first example, it appears the user has installed kazaa, a peer-to-peer (P2P) file-sharing utility. Using P2P software does not violate CNS policy in and of itself. However, since P2P software is often used to disseminate pirated materials, and can have adverse affect on network performance, departmental administrators should know how to recognize such hosts.

In the second example, the server had been hacked. Systems within academic institutions are favorite targets of hackers because they offer high-bandwidth connections. When a hacker exploits a vulnerability in a host, he is not usually looking for personal information; it's much more frequently a means of gaining a staging area for serving illicit digital media. Tools exist to easily administer and monitor every action of a compromised remote computer, including setting up an FTP server, a peer-to-peer file-sharing node, or even to launch a Denial of Service attack. For more information about these sorts of problems, click here. Notice the large sizes of the connections between seemingly random port numbers. Peer-to-peer file sharing programs are designed to vary their traffic patterns as much as possible to avoid detection. (Kazaa is often configured to use port 80 so as to appear to be a web server). Once a machine has been converted into a file-swapping zombie, the hacker can just sit back and watch while the machine does its work. The traffic patterns of any subsequent control commands can be another good sign that a machine has been hacked. IRC, or Internet Relay Chat, is one of the most well established forms of network chat. Often times, a hacked system will interact via the IRC protocol with other machines to

receive control instructions. IRC is not in and of itself a sign of a hacked system, but it can be a clue if the system is already using a lot of bandwidth.

Finally, consider this usage pattern:

```
Host                    Known Port         F    I-P    I-O    O-P    O-O    T-P    T-O
169.229.129.10          *->137/nb-ns      18     18   1404      0      0     18   1404
169.229.129.10          *->2048            4      9    462      0      0      9    462
169.229.129.10          2330->21/ftp       1      4    240      0      0      4    240
169.229.129.10          1711->445          1      3    144      0      0      3    144
169.229.129.10          2829->445          1      3    144      0      0      3    144
169.229.129.10          2928->445          1      3    144      0      0      3    144
169.229.129.10          1096->1433         1      2     96      0      0      2     96
169.229.129.10          3259->80/http      1      2     96      0      0      2     96
169.229.129.10          4769->80/http      1      2     96      0      0      2     96
169.229.129.10          Other:             2      4    192      0      0      4    192
```

The reports often contain pages of entries similar to this. No hostname could be found, and no outgoing traffic can be observed. This corresponds to a record of a scan towards a non-existent host within a campus subnet from a hacker (or a curious, rude computer user) off-campus. Notice in this example the 18 scans to port 137, a Microsoft Windows service that can be exploited if the machine has not been patched. System administrators should be aware that each and every machine (and even machines that don't exist!) on his or her network is constantly being scanned for vulnerabilities, so if a machine on your network is vulnerable, it is only a matter of time before it will be hacked.

Feel free to email Mike Hunter if you have any questions or comments regarding this document.

---

Last revised: February 21, 2003

CNS Home | IST Home | UCB Home | Search
CNS Jobs | Request Services