BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for ERIC BORGERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ERIC BORGERSON,<br><br>　　　　　Defendant. | No. CR-07-0472 CW<br><br>APPLICATION FOR ORDER SHORTENING TIME FOR FILING DEFENDANT'S MOTION TO VACATE THE TRIAL DATE AND FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE RE: DEFENDANT'S MOTION TO SUPPRESS |

I, Angela M. Hansen, hereby declare:

1. I am an Assistant Federal Public Defender for the Northern District of California. My office has been appointed to represent Eric Borgerson in the above-captioned capital case. I returned to the office in early April and Mr. Borgerson's case was reassigned to me on April 14. During the same period, the Federal Public Defender reassigned more than 20 additional pending cases to me.

2. At the point when I came onto the case, a briefing schedule had already been set by the Court, government counsel and prior defense counsel. Despite my recent arrival to the case, I did not ask for a continuance, and instead my office worked diligently to file the opening brief by the existing deadline, April 23, 2008. Then, shortly before the government filed its opposition to

1  our motion, I contacted Assistant United States Attorney Merry Jean Chan to request a short

2  continuance for my reply brief. Government counsel denied my request for a continuance.

3      3.    On May 8, 2008, I received a copy of the government's opposition to the motion

4  to suppress, which contained an additional five declarations in support of it. Our reply brief was

5  due yesterday in this case — May 12, 2008 — just three business days after the government's

6  opposition was filed. Because the government did not agree to a continuance, my office filed our

7  reply within this tight deadline.

8      4.    I did not ask for a continuance before the government filed its opposition, on the

9  theory that some defense arguments might have been moot depending upon positions taken by

10 key government witnesses in the opposition. Instead, the government's opposition raised still

11 more questions than existed at the time we filed our opening motion. Thus not only did the

12 government box defense counsel into a needlessly tight deadline for the reply brief, but because

13 of the new questions raised by the government's opposition, the work involved in replying to the

14 government was greater than anticipated.

15     5.    On April 4, 2008, the Court set this case for trial. The pretrial conference date is

16 June 11, 2008, and trial is set to begin on June 16, 2008. On April 15, 2008 — the day after I

17 became counsel of record for Mr. Borgerson — I immediately notified the government in writing

18 that Mr. Borgerson does not intend to go to trial in this case. I was surprised that a trial date had

19 been set and felt it was important to convey Mr. Borgerson's intent to the government so as to

20 not waste government time and resources in preparing this case for trial. Nevertheless, despite

21 my repeated assurances to the government that Mr. Borgerson would seek to negotiate a plea if

22 his motion were denied, the government has continued to insist on a June 16 trial date.

23     6.    A preliminary hearing to determine whether to set an evidentiary hearing on Mr.

24 Borgerson's motion to suppress is set for tomorrow, May 14, 2008. Many of the issues in the

25 instant motion overlap with those in the motion to suppress. For the sake of judicial economy, it

26 makes sense for the Court to consider the instant motion at tomorrow's motion hearing as well.

1  In addition, because the Court is unavailable until June 11 — the pretrial conference date — the
2  14 days of advance notice normally required for filing the instant motion would mean that this
3  motion would not be heard until June 11, 2008, and the parties thus would not know until a week
4  before trial whether the trial date had been vacated.

5        7.    For these reasons, counsel respectfully requests that the Court enter an order
6  shortening time to permit the instant motion to be heard on May 14, 2008 at 2:00 p.m. at the
7  previously scheduled motion hearing.

8        I declare under penalty of perjury that the foregoing is true and correct, except for those
9  matters stated on information and belief, and as to those matters, I am informed and believe them
10 to be true.

11       Executed this 13th day of May, 2008, in the Northern District of California.

13       _____
         ANGELA M. HANSEN
14       Assistant Federal Public Defender