1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for ERIC BORGERSON

6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,          )      No. CR-07-0472 CW
11                                     )
                       Plaintiff,      )      [PROPOSED] ORDER SHORTENING
12                                     )      TIME FOR FILING DEFENDANT'S
   vs.                                 )      MOTION TO VACATE THE TRIAL DATE
13                                     )      AND FOR LEAVE TO FILE
   ERIC BORGERSON,                     )      SUPPLEMENTAL EVIDENCE RE:
14                                     )      DEFENDANT'S MOTION TO SUPPRESS
                       Defendant.      )
15                                     )
   _____)
16

17       GOOD CAUSE APPEARING, and upon application of defendant Eric Borgerson, it is

18  hereby ordered that the defendant's motion shall be heard on Wednesday, May 14, 2008 at 2:30

19  p.m.

20       IT IS SO ORDERED.

21  Date: May __, 2008

22                                     _____
                                       HONORABLE CLAUDIA WILKEN
23                                     United States District Judge

24

25

26

_____
[Proposed] Order Shortening Time            1