1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for ERIC BORGERSON

6

7
                     IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,           )    No. CR-07-0472 CW
11                                      )
                 Plaintiff,             )    DEFENDANT'S MOTION TO VACATE
12                                      )    THE TRIAL DATE AND FOR LEAVE TO
   vs.                                  )    FILE SUPPLEMENTAL EVIDENCE RE:
13                                      )    DEFENDANT'S MOTION TO SUPPRESS
   ERIC BORGERSON,                      )
14                                      )    Date:   May 14, 2008
                 Defendant.             )    Time:   2:30 p.m.
15                                      )    Court:  Honorable Claudia Wilken
   _____)
16

17 TO:    UNITED STATES OF AMERICA, PLAINTIFF; AND JOSEPH RUSSONIELLO,
          UNITED STATES ATTORNEY; AND MERRY JEAN CHAN, ASSISTANT UNITED
18        STATES ATTORNEY

19        PLEASE TAKE NOTICE that counsel for defendant Eric Borgerson hereby moves this

20 Court for an order allowing Mr. Borgerson to file supplemental evidence in support of his motion

21 to suppress and to vacate the trial date.  The motion is based on this notice and motion, the

22 attached declaration of counsel, and all other applicable authority.

23        This Court has the discretion to control its own docket, and so may set briefing schedules

24 and administer its own calendar to serve that purpose.  New counsel took over Mr. Borgerson's

25 defense on April 14, 2008.  For the reasons set forth in detail in the attached declaration, defense

26

   Motion to Vacate Trial Date and for Leave to Submit
   Supplemental Evidence Re: Defendant's Motion to
   Suppress                                          1

1   counsel needs additional time to prepare the case.  Accordingly, Mr. Borgerson requests leave to

2   file a supplemental reply brief or, in the alternative, leave to submit supplemental evidence that

3   was not included in the reply brief at any evidentiary hearing on this matter.  Mr. Borgerson

4   further requests that the Court vacate the June 18, 2008 trial date, and set this matter for an

5   evidentiary hearing on Mr. Borgerson's motion to suppress.

6

7

8   Dated: May 13, 2008

9                                         Respectfully submitted,

10                                        BARRY J. PORTMAN
                                          Federal Public Defender

11
                                                  /S/
12
                                          ANGELA M. HANSEN
13                                        Assistant Federal Public Defender

14

15

16

17

18

19

20

21

22

23

24

25

26

Motion to Vacate Trial Date and for Leave to Submit
Supplemental Evidence Re: Defendant's Motion to
Suppress                                          2