JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MERRY JEAN CHAN (CABN 229254)
DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorneys

   450 Golden Gate Ave., 11th Floor
   San Francisco, California 94102612
   Telephone: (415) 436-6150
   Facsimile:  (415) 436-6470
   Email: merry.chan@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0472 CW |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING PARTIES' |
| ) | WAIVER OF JURY TRIAL AND |
| v. ) | STIPULATION OF FACTS FOR TRIAL |
| ) | |
| ERIC MICHAEL BORGERSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION

1. On May 14, 2008, the parties appeared before this Court.  At that time, the defendant indicated his preference for either a change of plea on June 25, 2008 or a stipulated facts bench trial on July 7, 2008.  This Court asked the parties to submit a stipulation by May 16, 2008, indicating whether the parties would waive their rights to a jury trial and providing for stipulation of facts.

2. The United States is willing to waive its right to a jury trial on the condition that the defendant stipulates to certain facts establishing his guilt of the charged offenses.

3. The parties are in plea negotiations.  The defendant has requested to postpone a filing

regarding stipulation of facts as to his guilt of the charged offenses until May 23, 2008. The United States has agreed to this request. The parties jointly request this Court for the postponement.

IT IS SO STIPULATED.

DATED: May 16, 2008                             /s/
                                         MERRY JEAN CHAN
                                         DENISE MARIE BARTON
                                         Assistant United States Attorneys

DATED: May 16, 2008                             /s/
                                         ANGELA M. HANSEN
                                         Attorney for Eric Borgerson