UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> ERIC MICHAEL BORGERSON, <br>     Defendant. | No. CR 07-0472 CW <br><br> [PROPOSED] ORDER CONTINUING PARTIES' STIPULATION WAIVING JURY TRIAL AND OF FACTS PERTINENT TO DEFENDANT'S GUILT from MAY 16, 2008 to MAY 23, 2008 |

<u>ORDER</u>

1. On May 14, 2008, this Court ordered the parties to file a stipulation notifying the Court whether the parties waived right to a jury trial, and to facts establishing the defendant's guilt by May 16, 2008.

2. The parties are in plea negotiations, and have jointly requested a postponement for the filing of the ordered stipulation.

//

1  3. The order requiring the parties to file a stipulation regarding jury trial and stipulation of facts by
2  May 16, 2008 is hereby vacated. The parties are ordered to file said stipulation by May 23, 2008.
3
4      IT IS SO ORDERED.
5
6  DATED:_____                    _____
7                                                 HON. CLAUDIA WILKEN
                                                   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28