UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 5/14/08

**Plaintiff:**  United States

**v.**                                                      **No.**  CR-07-00472 CW

**Defendant:**  Eric Michael Borgerson (present)


**Appearances for Plaintiff:**
Merry Jean Chan; Denise Marie Barton

**Appearances for Defendant:**
Angela Hansen

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


**Hearing:**   Defendant's Motion to Suppress and Request for Evidentiary
              Hearing
              Defendant's Motion to Vacate Trial Date

**Notes:**     Court denies  motion to suppress and request for evidentiary
hearing.  If going to trial, defense is willing to waive jury.  If
government also willing to waive jury, parties to file stipulation
waiving jury and agreeing to proceed on stipulated facts by 4:00 p.m.
on Friday.  If bench trial, trial will commence on 7/7/08 at 8:30
a.m.; if jury trial, trial will commence on 6/30/08 at 8:30 a.m.  Case
continued to 6/25/08 at 2:30 p.m. for change of plea.  Time excluded
to 7/7/08 for effective preparation and continuity of counsel.

Copies to: Chambers