IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC MICHAEL BORGERSON,<br><br>    Defendant.<br>_____/ | No. CR 07-472 CW<br><br>ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS AND REQUEST FOR EVIDENTIARY HEARING |

For the reasons set forth at the hearing, the Court finds that Defendant did not have a reasonable expectation of privacy in his computer.  Therefore, the Court denies the motion to suppress. Because the facts which remain in dispute relate to the reasonableness of the search, an issue the Court need not reach, the Court also denies the request for an evidentiary hearing.

IT IS SO ORDERED.

Dated: 5/16/08

_____
CLAUDIA WILKEN
United States District Judge