**1**
**2**
**3**
**4**
**5**
**6**
**7**
**8**
**9**
**10**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0472 CW |
|---|---|---|
| Plaintiff, | ) ) | ORDER CONTINUING PARTIES' STIPULATION WAIVING JURY TRIAL |
| v. | ) ) | AND OF FACTS PERTINENT TO DEFENDANT'S GUILT from MAY 16, |
| ERIC MICHAEL BORGERSON, | ) ) | 2008 to MAY 23, 2008 |
| Defendant. | ) ) | |

ORDER

1. On May 14, 2008, this Court ordered the parties to file a stipulation notifying the Court whether the parties waived right to a jury trial, and to facts establishing the defendant's guilt by May 16, 2008.

2. The parties are in plea negotiations, and have jointly requested a postponement for the filing of the ordered stipulation.

//

1  3. The order requiring the parties to file a stipulation regarding jury trial and stipulation of facts
2  by May 16, 2008 is hereby vacated. The parties are ordered to file said stipulation by May 23,
3  2008.
4    IT IS SO ORDERED.

DATED: 5/20/08

HON. CLAUDIA WILKEN
United States District Judge