JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MERRY JEAN CHAN (CABN 229254)
DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorneys

    450 Golden Gate Ave., 11th Floor
    San Francisco, California 94102612
    Telephone: (415) 436-6150
    Facsimile:  (415) 436-6470
    Email: merry.chan@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0472 CW |
| Plaintiff, | STIPULATION CONTINUING PARTIES' WAIVER OF JURY TRIAL AND STIPULATION OF FACTS FOR TRIAL |
| v. | |
| ERIC MICHAEL BORGERSON, | |
| Defendant. | |

## STIPULATION

1. On May 14, 2008, the parties appeared before this Court. At that time, the defendant indicated his preference for either a change of plea on June 25, 2008 or a stipulated facts bench trial on July 7, 2008. This Court asked the parties to submit a stipulation by May 16, 2008, indicating whether the parties would waive their rights to a jury trial and providing for stipulation of facts.

2. The United States is willing to waive its right to a jury trial on the condition that the defendant stipulates to certain facts establishing his guilt of the charged offenses.

3. Due to plea negotiations, the defendant requested to postpone a filing regarding stipulation

of facts as to his guilt of the charged offenses until May 23, 2008. The United States agreed to this request and the parties jointly requested this Court for the postponement. On May 20, 2008, this Court ordered that the parties submit the stipulation by May 23, 2008.

4. Due to plea negotiations, the defendant has requested to postpone a filing regarding stipulation of facts as to his guilt of the charged offenses until May 30, 2008. The United States agrees to this final postponement, and the parties jointly request this Court for the postponement.

IT IS SO STIPULATED.

DATED: May 23, 2008

/s/
_____
MERRY JEAN CHAN
DENISE MARIE BARTON
Assistant United States Attorneys


/s/
_____

DATED: May 23, 2008

ANGELA MILELLA HANSEN
Attorney for Eric Borgerson