1
2
3
4
5
6
7
8
9
10

11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13              OAKLAND DIVISION
14

| | | |
|---|---|---|
| 15 UNITED STATES OF AMERICA, | ) | No. CR 07-0472 CW |
| 16   Plaintiff, | )<br>) | [PROPOSED] ORDER CONTINUING<br>PARTIES' STIPULATION WAIVING |
| 17   v. | )<br>) | JURY TRIAL AND OF FACTS<br>PERTINENT TO DEFENDANT'S GUILT |
| 18 ERIC MICHAEL BORGERSON, | )<br>) | from MAY 23, 2008 to MAY 30, 2008 |
| 19   Defendant. | )<br>) | |

                           ORDER

1. On May 14, 2008, this Court ordered the parties to file a stipulation notifying the Court whether the parties waived right to a jury trial, and to facts establishing the defendant's guilt by May 16, 2008.

2. On May 20, 2008, this Court agreed that the stipulation could be filed on May 23, 2008 instead due to the parties' plea negotiations.

3. The parties continue in their plea negotiations, and have jointly requested a final postponement for the filing of the ordered stipulation.

4. The order requiring the parties to file a stipulation regarding jury trial and stipulation of facts by May 23, 2008 is hereby vacated. The parties are ordered to file said stipulation by May 30, 2008.

   IT IS SO ORDERED.


DATED:_____                    _____
                                               HON. CLAUDIA WILKEN
                                               United States District Judge