1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  MERRY JEAN CHAN (CABN 229254)
   DENISE MARIE BARTON (MABN 634052)
5  Assistant United States Attorneys

6  450 Golden Gate Ave., 11th Floor
   San Francisco, California 94102612
7  Telephone: (415) 436-6150
   Facsimile: (415) 436-6470
8  Email: merry.chan@usdoj.gov

9  Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0472 CW |
| Plaintiff, ) | STIPULATION CONTINUING PARTIES' WAIVER OF JURY TRIAL AND STIPULATION OF FACTS FOR TRIAL |
| v. ) | |
| ERIC MICHAEL BORGERSON, ) | |
| Defendant. ) | |

STIPULATION

1. On May 14, 2008, the parties appeared before this Court. At that time, the defendant indicated his preference for either a change of plea on June 25, 2008 or a stipulated facts bench trial on July 7, 2008. This Court asked the parties to submit a stipulation by May 16, 2008, indicating whether the parties would waive their rights to a jury trial and providing for stipulation of facts.

2. The United States is willing to waive its right to a jury trial on the condition that the defendant stipulates to certain facts establishing his guilt of the charged offenses.

3. Due to plea negotiations, the defendant requested to postpone a filing regarding stipulation

1  of facts as to his guilt of the charged offenses until May 23, 2008. The United States agreed
2  to this request and the parties jointly requested this Court for the postponement. On May 20,
3  2008, this Court ordered that the parties submit the stipulation by May 23, 2008.
4  4. Due to plea negotiations, the defendant requested to postpone a filing regarding stipulation
5  of facts as to his guilt of the charged offenses until May 30, 2008. The United States agreed
6  to this request and the parties jointly requested this Court for the postponement. This Court
7  has not yet granted the reqest.
8  5. In order to obtain approval of the stipulation from Federal Public Defender Barry Portman,
9  the defendant is requesting that this Court postpone the filing regarding stipulation of facts
10 as to his guilt of the charged offenses until June 4, 2008. The United States does not object
11 to this final postponement.

13 IT IS SO STIPULATED.

15 DATED: May 30, 2008

MERRY JEAN CHAN
DENISE MARIE BARTON
Assistant United States Attorneys

20 DATED: May 30, 2008

ANGELA MILELLA HANSEN
Attorney for Eric Borgerson