1

2

3

4

5

6

7

8

9

10

11            UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13            OAKLAND DIVISION

14

15  UNITED STATES OF AMERICA,       )    No. CR 07-0472 CW
                                    )
16          Plaintiff,              )    [PROPOSED] ORDER CONTINUING
                                    )    PARTIES' STIPULATION WAIVING
17      v.                          )    JURY TRIAL AND OF FACTS
                                    )    PERTINENT TO DEFENDANT'S GUILT
18  ERIC MICHAEL BORGERSON,         )    from MAY 30, 2008 to JUNE 4, 2008
                                    )
19          Defendant.              )
                                    )
20  _____

21                      ORDER

22  1.  On May 14, 2008, this Court ordered the parties to file a stipulation notifying the Court whether

23      the parties waived right to a jury trial, and to facts establishing the defendant's guilt by May 16,

24      2008.

25  2.  On May 20, 2008, this Court agreed that the stipulation could be filed on May 23, 2008 instead

26      due to the parties' plea negotiations.

27  3.  The parties continue in their plea negotiations, and jointly requested a postponement for the

28      filing of the ordered stipulation until May 30, 2008.

4. The Federal Public Defender Barry Portman requires additional time to review and approve the proposed stipulation, and the defendant has therefore requested a final postponement for the filing of the ordered stipulation.  The United States does not object to this request.

5. The order requiring the parties to file a stipulation regarding jury trial and stipulation of facts by May 23, 2008 is hereby vacated.  The parties are ordered to file said stipulation by June 4, 2008.  No further extensions will be granted.


IT IS SO ORDERED.


DATED:_____                    _____

                                                HON. CLAUDIA WILKEN
                                                United States District Judge