**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET- SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

June 5, 2008

***By e-filing and hand delivery***

The Honorable Claudia Wilken
United States District Judge
Northern District of California
1301 Clay Street, Chambers 410C
Oakland, CA 94612

    Re:    ***United States v. Eric Michael Borgerson,***
              **07-CR-00472-CW**

Dear Judge Wilken:

    The parties jointly request that the Court vacate the June 30, 2008, jury trial date in this matter because yesterday the parties filed a joint Bench Trial Stipulation in which Mr. Borgerson and the government waived a trial by jury. The Court previously set July 7 as an alternative date for a bench trial; however, the parties are still negotiating a possible plea disposition, and if we reach an agreement before July 7, we will immediately contact the Court with hope that we could execute a plea agreement on June 25, 2008, as previously scheduled.

                                  Respectfully submitted,

                                  BARRY J. PORTMAN
                                  Federal Public Defender

                                  ANGELA M. HANSEN
                                  Assistant Federal Public Defender

cc:    Merry Jean Chan, AUSA