UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

==AMENDED== Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date:** ==6/11/08==

**Plaintiff:** United States

**v.**                                                    **No.** CR-07-00472 CW

**Defendant:** Eric Michael Borgerson (present)


**Appearances for Plaintiff:**
Merrie Jean Chan

**Appearances for Defendant:**
Angela Hansen

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


**Hearing: Pretrial Conference**

**Notes:**    Parties have worked out stipulation obviating need for jury trial.  **Case continued to 6/25/08 at 2:30 p.m. for stipulated fact bench trial or disposition.**  Time previously excluded for effective preparation to 7/7/08.

Copies to: Chambers