

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*      *(415) 436-7200*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102*      *FAX:(415) 436-6470*

June 18, 2008

Hon. Claudia Wilken
Courtroom 2, 4th Floor
1301 Clay Street
Oakland, CA 94612

      Re: *United States v. Eric Michael Borgerson*; CR 07-0472 CW

Dear Judge Wilken:

      On June 11, 2008, I represented to this Court that the United States would file its exhibits pursuant to the parties' stipulation for the stipulated facts bench trial scheduled for June 25, 2008 a week beforehand (*i.e.*, today). The exhibits are ready to be filed. However, because the defense attorney was out of the office yesterday, and has indicated her unavailability to review the exhibits until tomorrow afternoon, the United States plans to file the exhibits on Friday. I apologize for any inconvenience this delay causes the Court.

      Please note that the parties continue to be involved in plea discussions.

      Please call me at (415) 436-6750 if you have any questions.

      Sincerely,

      JOSEPH P. RUSSONIELLO
      United States Attorney

         /s/
      _____

      MERRY JEAN CHAN
      DENISE MARIE BARTON
      Assistant United States Attorney

cc:    Angela M. Hansen, AFPD, Oakland
       Denise Barton