

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*   (415) 436-7200
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102*   *FAX:(415) 436-6470*

June 20, 2008

Hon. Claudia Wilken
Courtroom 2, 4th Floor
1301 Clay Street
Oakland, CA 94612

      Re: *United States v. Eric Michael Borgerson*; CR 07-0472 CW

Dear Judge Wilken:

      On June 18, 2008, I notified this Court that the United States would file its exhibits pursuant to the parties' stipulation for the stipulated facts bench trial scheduled for June 25, 2008 on June 20, 2008, instead of June 18, 2008, as originally planned, to accommodate defense counsel's inability to review the exhibits earlier.

      The parties have reached an agreement and it is my understanding that the defendant intends to enter a guilty plea pursuant to the agreement on Wednesday, June 25, 2008.  For this reason, and at the defendant's request, the United States will not file the trial exhibits, most of which contain images of child pornography.

      I am also requesting that our case be called last on the 2:30 p.m., June 25, 2008 calendar.  My co-counsel, who will assume primary responsibility for this case on sentencing, has a court appearance at 1:00 p.m. in San Francisco, and would like to be at the change of plea in this case.

      Please call me at (415) 436-6750 if you have any questions.

      Sincerely,

      JOSEPH P. RUSSONIELLO
      United States Attorney

          /s/
      _____

      MERRY JEAN CHAN
      DENISE MARIE BARTON
      Assistant United States Attorney

cc:    Angela M. Hansen, AFPD, Oakland