

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*     *(415) 436-7200*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102*     *FAX:(415) 436-6470*

June 24, 2008

Hon. Claudia Wilken
Courtroom 2, 4th Floor
1301 Clay Street
Oakland, CA 94612

       Re: *United States v. Eric Michael Borgerson*; CR 07-0472 CW

Dear Judge Wilken:

     Defense counsel informs me that the defendant intends to enter a guilty plea pursuant to a plea agreement tomorrow, Wednesday, June 25, 2008. I am attaching an unexecuted copy of the plea agreement to this letter.

     The plea agreement provides in paragraph 9 that pursuant to 18 U.S.C. § 3143(a)(2), the defendant agrees to be immediately remanded upon change of plea.

     I would like to reiterate my request that our case be called last on the 2:30 p.m. calendar. My co-counsel, who will assume primary responsibility for this case on sentencing, has a court appearance at 1:00 p.m. in San Francisco, and would like to be at the change of plea in this case.

     Thank you for your accommodation. Please call me at (415) 436-6750 if you have any questions.

     Sincerely,

     JOSEPH P. RUSSONIELLO
     United States Attorney

     /s/
     _____
     MERRY JEAN CHAN
     DENISE MARIE BARTON
     Assistant United States Attorney

cc:      Angela M. Hansen, AFPD, Oakland