**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET- SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

June 25, 2008

*By e-filing and fax*

The Honorable Claudia Wilken
United States District Judge
Northern District of California
1301 Clay Street, Chambers 410C
Oakland, CA 94612

    Re:   *United States v. Eric Michael Borgerson*,
              07-CR-00472-CW

Dear Judge Wilken:

    Per our discussion on the record today, enclosed is a proposed order requiring the United States Marshal Service and the Alameda County Jail to administer Mr. Borgerson's prescribed medications. Assistant United States Attorney Denise Barton approved this draft order.

                             Respectfully submitted,

                             BARRY J. PORTMAN
                             Federal Public Defender

                             /S/
                             ANGELA M. HANSEN
                             Assistant Federal Public Defender

cc:    Denise Barton, AUSA