1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for ERIC BORGERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0742 CW |
| Plaintiff, ) | [PROPOSED] ORDER REQUIRING THE UNITED STATES MARSHAL SERVICE AND THE ALAMEDA COUNTY JAIL TO ADMINISTER PRESCRIBED MEDICATIONS |
| vs. ) | |
| ERIC BORGERSON, ) | |
| Defendant. ) | |

TO:  THE UNITED STATES MARSHAL SERVICE AND THE ALAMEDA COUNTY JAIL

It is hereby ordered that the United States Marshal Service and the Alameda County Jail (the Glenn E. Dyer Detention Facility or the Alameda County Santa Rita Jail, wherever the defendant is being housed) shall without delay administer the appropriate dose of Mr. Borgerson's prescribed medications (45 mg/day of Remeron, 225 mg/day of Effexor, 75 mg/day of Topamax) or, in the alternative, administer the equivalent medications through their own medical program. There should be no cessation in Mr. Borgerson's medications.

IT IS SO ORDERED.

Date: June 25, 2008

_____
HONORABLE CLAUDIA WILKEN
United States District Judge