BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for ERIC BORGERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0472 CW |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING THE UNITED |
| | ) | STATES MARSHAL SERVICE AND THE |
| vs. | ) | ALAMEDA COUNTY JAIL TO |
| | ) | ADMINISTER PRESCRIBED |
| ERIC BORGERSON, | ) | MEDICATIONS |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |

TO:     THE UNITED STATES MARSHAL SERVICE AND THE ALAMEDA
        COUNTY JAIL

        It is hereby ordered that the United States Marshal Service and the Alameda County Jail

(the Glenn E. Dyer Detention Facility or the Alameda County Santa Rita Jail, wherever the

defendant is being housed) shall without delay administer the appropriate dose of Mr.

Borgerson's prescribed medications (45 mg/day of Remeron, 225 mg/day of Effexor, 75 mg/day

of Topamax) or, in the alternative, administer the equivalent medications through their own

medical program.  There should be no cessation in Mr. Borgerson's medications.

        IT IS SO ORDERED.

Date: June 30, 2008                    _Claudia Wilken_

                                       _____
                                       HONORABLE CLAUDIA WILKEN
                                       United States District Judge