UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Raynee Mercado**
**Date: 6/25/08**

FILED
JUN 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Plaintiff:** United States

**v.**                                                    **No.** CR-07-00472 CW

**Defendant:** Eric Michael Borgerson (present)


**Appearances for Plaintiff:**
Denise Marie Barton; Merrie Jean Chan

**Appearances for Defendant:**
Angela Hansen

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


**Hearing:   Change of Plea**

**Notes:** Defendant enters under oath Rule 11(c)(1)(A) and (C) plea of guilty to Count One of the Indictment charging Distribution of Child Pornography in violation of 18 USC 2252A(a)(2) and Count Four of the Indictment providing for criminal forfeiture under 18 USC 2253(a)(1) and (a)(3). Plea Agreement filed. Court finds factual basis for plea; Court accepts plea. PSR requested. **Sentencing set for 9/17/08 at 2:00 p.m.** ✓ Court will only view images if there is a disagreement of what sentence should be and at the Court's convenience. Defense counsel to submit order re prescription for defendant. Pursuant to plea agreement, the defendant is remanded into the custody of the U.S. Marshal. Defendant's previous request to continue current terms and conditions of release pursuant to 18 USC 3145(c) is denied as moot.

Copies to: Chambers; probation; PTS