JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MERRY JEAN CHAN (CSBN 229254)
DENISE MARIE BARTON (MABN 634052)
STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorneys

   450 Golden Gate Ave., 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6150
   Facsimile:  (415) 436-6470
   Email:  stephanie.hinds@usdoj.gov

Attorneys for the United States

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC MICHAEL BORGERSON,,<br><br>Defendant. | **Case No.** CR 07-0472 CW<br><br>**APPLICATION OF THE UNITED STATES FOR A PRELIMINARY ORDER OF FORFEITURE** |

The United States of America, by and through the undersigned Assistant United States

Attorneys, respectfully submit this Application of the United States for Issuance of a Preliminary

Order of Forfeiture in the above-captioned case.  In support thereof, the United States sets forth

the following:

On July 20, 2007, defendant Eric Michael Borgerson was charged by indictment with

violation of Title 18, United States Code, Section 2252(a)(2) (Distribution of Child Pornography)

and Title 18, United States Code, Section 2252(a)(5)(B) (Possession of Child Pornography).  The

indictment also sought criminal forfeiture, pursuant to Title 18, United States Code, Section

2253(a)(1) and (a)(3) of :

1      a.  Dell laptop, Serial Number HPV9T01;

2      b.  Gateway laptop, Serial Number N6368F1004188;

3      c.  Generic tan CPU seized from my residence, no serial number;

4      d.  Compact Disk E-19-1.1;

5      e.  Compact Disk E-19-1.2;

6      f.  Compact Disk G-20-1.1;

7      g.   Compact Disk G-20-1.2;

8      h.  Compact Disk G-20.1.3;

9      i.  Compact Disk G-21-1.1

10  (hereinafter "subject property").

11       On June 25, 2008, defendant, Eric Michael Borgerson, pled guilty to a violation of Title

12  18, United States Code, Section 2252A(a)(2), and agreed to forfeit to the United States, all right,

13  title and interest in the subject property.

14       Rule 32.2 (b)(1) of the Federal Rules of Criminal Procedure provides that as soon as

15  practicable after entering a guilty verdict or accepting a plea of guilty or nolo contendere on any

16  count in an indictment or indictment with regard to which criminal forfeiture is sought, the court

17  shall determine what property is subject to forfeiture under the applicable statute.  If forfeiture of

18  specific property is sought, the court shall determine whether the government has established the

19  requisite nexus between the property and the offense.  If the government seeks a personal money

20  judgment against the defendant, the court shall determine the amount of money that the

21  defendant will be ordered to pay.  The court's determination may be based on evidence already in

22  the record, including any written plea agreement or, if the forfeiture is contested, on evidence or

23  information  presented by the parties at a hearing after the verdict or finding of guilt.

24       Pursuant to Rule 32.2(b)(2), if the court finds that property is subject to forfeiture, it shall

25  promptly enter a preliminary order of forfeiture setting forth the amount of any money

26  judgment or directing the forfeiture of specific property without regard to any third party's

27  ///

28

APPLICATION OF THE UNITED STATES FOR A                  2
PRELIMINARY ORDER OF FORFEITURE
CR 07-0472 CW

1  interest in all or part of it.  Determining whether a third party has such an interest shall be

2  deferred until any third party files a claim in an ancillary proceeding under Rule 32.2(c).

3  Rule 32.2(b)(3) further provides that the entry of a preliminary order of forfeiture

4  authorizes the Attorney General (or a designee) to seize the specific property subject to

5  forfeiture; to conduct any discovery the court considers proper in identifying, locating, or

6  disposing of the property; and to commence proceedings that comply with any statutes governing

7  third-party rights. At sentencing - or at any time before sentencing if the defendant consents - the

8  order of forfeiture becomes final as to the defendant and shall be made part of the sentence and

9  included in the judgment.  The court may include in the order of forfeiture conditions

10  reasonably necessary to preserve the property's value pending any appeal.

11  Pursuant to the plea agreement, the United States has established the requisite nexus

12  between the subject property and the offense to which the defendant pled guilty.  Pursuant to the

13  provisions of Title 18, United States Code, Section 2253(a)(1) and (a)(3), any and all right, title,

14  and interest that the defendant holds in the aforesaid property is forfeitable to the United States.

15  Upon the issuance of a Preliminary Order of Forfeiture and pursuant to Title 21, United

16  States Code, Section 853(n), and Rule G(4)(a)(iv) of the Supplemental Rules for admiralty or

17  Maritime Claims and Asset Forfeiture Actions, the United States will 1)   publish at least once

18  for three successive weeks in a newspaper of general circulation; and 2) publish on

19  www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of

20  its intent to dispose of the property in such manner as the Attorney General may direct and notice

21  that any person, other than the defendant, having or claiming a legal interest in the property must

22  file a petition with the Court and serve a copy on Merry Jean Chan, Assistant United States

23  Attorney, 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102, Denise Marie Barton,

24  Hinds, Assistant United States Attorney, 450 Golden Gate Avenue, 11th Floor, San Francisco, CA

25  94102 and/or Stephanie M. Hinds, Assistant United States Attorney, 450 Golden Gate Avenue,

26  9th Floor, San Francisco, CA 94102,  within thirty (30) days of the final publication of notice or

27  of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be

28

1  for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be

2  signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the

3  petitioner's right, title or interest in the forfeited property and any additional facts supporting the

4  petitioner's claim and the relief sought. The United States may also, to the extent practicable,

5  provide direct written notice to any person known to have alleged an interest in the property that

6  is the subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to

7  those persons so notified.

8         WHEREFORE, the United States respectfully requests that this Court enter a Preliminary

9  Order of Forfeiture which provides for the following:

10        a.   authorizes the forfeiture of the subject property to the United States;

11        b.   directs the United States, through its appropriate agency, to seize the forfeited

12  property forthwith; and

13        c.   directs the United States to publish  1)   at least once for three successive weeks in a

14  newspaper of general circulation; and 2) on a government website for at least thirty days, notice

15  of this Order, notice of the government's intent to dispose of the property in such manner as the

16  Attorney General may direct and provide notice that any person, other than the defendants,

17  having or claiming a legal interest in the subject property must file a petition with the Court and

18  serve a copy on government counsel within thirty (30) days of the final publication of notice or of

19  receipt of actual notice, whichever is earlier.

20

21  Dated: 7/1/08                          Respectfully submitted,

22                                         JOSEPH P. RUSSONIELLO
                                           United States Attorney

23

24                                         _____/S/_____
                                           STEPHANIE M. HINDS
25                                         Assistant United States Attorney

26

27

28

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of the following documents

- **APPLICATION FOR A PRELIMINARY ORDER OF FORFEITURE;**

- **[PROPOSED] PRELIMINARY ORDER OF FORFEITURE**

to be served by electronic  mail upon the person(s) identified below at their last known place of address:

Angela Milella Hansen
Federal Public Defender's Office
555 - 12th Street, Suite 650
Oakland, CA 94607

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of July, 2008, at San Francisco, California.


_____/S/_____

ALICIA CHIN
Paralegal/ Asset Forfeiture Unit