UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC MICHAEL BORGERSON,<br><br>Defendant. | Case No. CR 07-0472 CW<br><br>**[PROPOSED] PRELIMINARY ORDER OF FORFEITURE** |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on June 25, 2008, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that defendant Eric Michael Borgerson shall forfeit to the United States all right, title and interest in:

    a. Dell laptop, Serial Number HPV9T01;

    b. Gateway laptop, Serial Number N6368F1004188;

    c. Generic tan CPU seized from my residence, no serial number;

    d. Compact Disk E-19-1.1;

    e. Compact Disk E-19-1.2;

    f. Compact Disk G-20-1.1;

    g. Compact Disk G-20-1.2;

    h. Compact Disk G-20.1.3;

    i. Compact Disk G-21-1.1

1 | pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).

2 |     IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish 1) at least once for three successive weeks in a newspaper of general circulation; and 2) on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

    IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

    IT IS SO ORDERED this ___ day of _____ 2008.

_____
CLAUDIA WILKEN
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 07-0472 CW

3