**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET- SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

July 21, 2008

*By e-filing and hand delivery*

The Honorable Wayne D. Brazil
United States Magistrate Judge
Northern District of California
1301 Clay Street, Chambers 310C
Oakland, CA 94612

    Re:   *United States v. Eric Michael Borgerson,*
            **07-CR-00472-CW**

Dear Judge Brazil:

    Mr. Borgerson self-surrendered to the United States Marshal Service on June 25, 2008, following his change of plea. Now that he is in custody, it is appropriate to exonerate the bond in his case. I've enclosed a proposed order to that effect. Assistant United States Attorney Denise Barton informed me that she has no objection to this request.

    Please let me know if there is anything else that the Court may need.

                Respectfully submitted,

                BARRY J. PORTMAN
                Federal Public Defender

                ANGELA M. HANSEN
                Assistant Federal Public Defender

cc:    Denise Barton