BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for ERIC BORGERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0742 CW |
| Plaintiff, ) | [PROPOSED] ORDER EXONERATING BOND AND RELEASING SURETY |
| vs. ) | |
| ERIC BORGERSON, ) | |
| Defendant. ) | |

To:   Richard W. Wieking, Clerk of the Court

It is hereby ordered that the property located at 210 Stranahan Circle, Clayton, CA 94517, which was posted as security for the bond in this case, is released. The Clerk of the United States District Court for the Northern District of California shall forthwith reconvey the property at 210 Stranahan Circle, Clayton, CA 94517, to the owner, Ms. Drea York.

IT IS SO ORDERED.

Date: July ___, 2008

_____
HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge