BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627
Tel. 510-637-3500

Counsel for Defendant BORGERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ERIC MICHAEL BORGERSON,<br><br>　　　　Defendant. | No. CR 07-0472-CW<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING DATE<br><br>Current Date: September 17, 2008<br>Requested Date: October 22, 2008 |

　　　It is hereby stipulated between counsel for Mr. Borgerson, Angela M. Hansen, and Assistant United States Attorney, Denise Marie Barton, that the sentencing date of September 17, 2008 should be continued to October 22, 2008 at 2:00 p.m. The parties have contacted United States Probation Officer Charlie Mabie who has been assigned by his office to draft the Presentence Investigation Report (PSR) in this case, and he agrees with this continuance.

　　　The parties request this continuance because counsel for Mr. Borgerson needs additional time to present materials to the United States Probation Office. Defense counsel is in the process of obtaining a psychological report of Mr. Borgerson. The defense expert was unavailable at the end of July and the first half of August due to a recovery period following a medical procedure. As a result,

the defense expert will not have a report until the second week of September—a week before the scheduled sentencing hearing and after the final PSR would have been disclosed to the Court. Mr. Borgerson would like for Probation to consider this report so that its findings can be incorporated into the final PSR. Additionally, Officer Mabie needs additional time to meet with Mr. Borgerson to document and verify Mr. Borgerson's drug abuse history. Mr. Mabie was not able to complete his interview of Mr. Borgerson due to scheduling problems at the jail, and written materials Mr. Borgerson prepared for Mr. Mabie on this topic were seized when he was transferred to another facility, and, unfortunately, after he was transferred, the jail could not locate any of Mr. Borgerson's legal papers or private materials.

Additionally, the parties request this continuance because counsel for the government is unavailable on September 17, 2008, as she will be in trial in San Francisco. The parties have requested a date in late October 2008, in part, because the government's case agent is unavailable from early to mid-October.

For all of these reasons, the parties stipulate and agree that the sentencing date should be continued to October 22, 2008 so that probation can consider all of the information that will be presented to the Court at sentencing and so that the government's case agent can be available at sentencing.

| | |
|---|---|
| DATED: August 21, 2008 | |
| | _____/S/_____ |
| | DENISE MARIE BARTON |
| | Assistant United States Attorney |

DATED: August 21, 2008

                                   _____/S/_____
                                   ANGELA M. HANSEN
                                   Assistant Federal Public Defender
                                       Counsel for Eric Borgerson

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the sentencing hearing presently set for September 17, 2008 is hereby continued to October 22, 2008 at 2:00 p.m.

Dated:  8/26/08                                   /s/ Claudia Wilken

HON. CLAUDIA WILKEN
United States District Judge