# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

## Request for Modifying the Conditions or Term of Supervision

**Name of Offender**
Eric Michael Borgerson

**Docket Number**
0971 4:07CR00472-001 CW

**Name of Sentencing Judge:** The Honorable Claudia Wilken
Chief United States District Judge

FILED
SEP 0 9 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Date of Original Sentence:** October 22, 2008

**Original Offense**
Count One: Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2), a Class C Felony.

**Original Sentence:** 96 months custody, 10 years supervised release
**Special Conditions:** Special assessment $100; drug/alcohol treatment; mental health treatment; register as a sex offender; search; not possess a computer with on-line service; no data encryption program; maintain list of internet addresses; not possess or use any computer; computer search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection.

**Prior Form(s) 12:** On August 1, 2014, the offender's conditions of supervision were modified to include a computer monitoring condition.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Denise Barton

**Date Supervision Commenced**
June 9, 2014
**Defense Counsel**
Angela Hansen AFPD

### Petitioning the Court

To suspend the drug treatment portion of the offender's special condition of Supervised Release.

RE:   Borgerson, Eric Michael                                                                  2
      0971 4:07CR00472-001 CW

## Cause

The offender commenced supervision in the Central District of California on June 9, 2014. According to that district, their Special Offender Specialist conducted an assessment on the offender and determined that substance abuse treatment is not needed at this time. The offender has been drug tested and he has not tested positive for any substances. He will continue to be randomly drug tested and will be referred for treatment if needed.

Respectfully submitted,                           Reviewed by:

_____                         _____
Nicole M. Fairchild                               Mark Messner
U.S. Probation Officer Specialist                 Supervisory U.S. Probation Officer
Date Signed: September 2, 2014

---

THE COURT ORDERS:

☒ To modify the conditions of supervision as follows:
  The drug treatment portion of the offender's special condition of Supervised Release is suspended.
☐ Submit a request for a warrant
☐ Submit a request for summons
☐ Other:

Date: SEP - 9 2014                                _____
                                                  Claudia Wilken
                                                  Chief United States District Judge

NDC-SUPV-FORM 12B(1) 09/01/13